## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GRACE DAUGHTRIDGE )
625 G Street S.W. )
Washington, D.C. 20024 )
  )
and )
  )
BETTY J. DAUGHTRIDGE )        Case No. _____
625 G Street S.W. )
Washington, D.C. 20024, )
  )
      Plaintiffs, )
  )
v. )
  )
CARROLLSBURG SQUARE )
CONDOMINIUM ASSOCIATION, )
INC., )
4301 Connecticut Avenue N.W. #132 )
Washington, D.C. 20008 )
  )
and )
  )
TRAVELERS INSURANCE )
COMPANY )
One Tower Square )
Hartford, Connecticut 06183, )
  )
      Defendants. )

## NOTICE OF REMOVAL

Defendant The Travelers Indemnity Company of America ("Travelers"),

incorrectly named in the complaint as Travelers Insurance Company, by its undersigned

counsel, pursuant to 28 U.S.C. § 1446, hereby removes this action from the Superior

Court for the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are:

1.　　Plaintiffs Grace and Betty Daughtridge brought this action in the Superior Court for the District of Columbia against Travelers and the Carrollsburg Square Condominum Association, Inc. ("the Association"). That action is captioned *Grace Daughtridge et al. v. Carrollsburg Square Condominum Association, Inc. et al.*, Civil Action No. 0001762-07, and is referred to hereinafter as the "Superior Court Action." True and correct copies of the Summons, Complaint, and Initial Order in the Superior Court Action are attached hereto as Exhibit A. No other process, pleadings, orders, or papers have been served on Travelers in the Superior Court Action.

2.　　The Daughtridges served Travelers' registered agent on March 12, 2007. Thus, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by service of the Summons and Complaint, which was the initial pleading setting forth the claims for relief upon which this action is based.

3.　　The Complaint alleges that the Daughtridges are residents of the District of Columbia.

4.　　Travelers is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

5.　　The Complaint alleges that the Association is a District of Columbia corporation. Nevertheless, for each of the following reasons, the Daughtridges' naming

of the Association as a defendant in their complaint does not defeat diversity jurisdiction under 28 U.S.C. § 1332, and the Association's consent to removal is not necessary:

    a.    Under the doctrine of "fraudulent joinder," *see* Wright, Miller & Cooper Federal Practice & Procedure § 3723, because the Daughtridges have not or cannot state a claim for relief against the Association under District of Columbia law and/or do not intend to secure a judgment against the Association, it is sufficient that diversity of citizenship exists between Travelers and the Daughtridges.

    b.    Additionally, to the extent that the Daughtridges contend that they have named the Association (as the named insured on the insurance policy under which the Daughtridges assert their claims against Travelers) as a necessary party to their insurance claims, the Association is deemed a co-plaintiff for the purposes of diversity jurisdiction. *See U.S. Fid. & Guar. Co. v. A&S Mfg. Co., Inc.*, 48 F.3d 131, 132 (4th Cir. 1995); *Home Ins. Co. of Ill. v. Adco Oil Co.*, 154 F.3d 739, 741 (7th Cir. 1998).

6.    The Complaint seeks damages in excess of $75,000.00.

7.    Consequently, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00.

8.    Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a).

9.    Attached hereto as Exhibit B is a copy of the notice to the clerk of the Superior Court for the District of Columbia of the filing of this notice of removal, the original of which is being filed with the Clerk of the Superior Court for the District of Columbia, as required by 28 U.S.C. §1446(d).

10.    Attached hereto as Exhibit C is a copy of the Notice to the Adverse Party of the Filing of the Notice of Removal, the original of which is being served on Plaintiff's counsel, pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted,

Geoffrey H. Genth, Bar No. MD 08735
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for Defendant The Travelers Indemnity Company of America (incorrectly named as Travelers Insurance Company)*

Dated: April 2, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2007, a copy of this

Notice of Removal was sent by first-class mail, postage prepaid, to:

Edward L. Pugh II, Esquire
LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001

Jeffrey M. Hamberger, Esquire
Kass, Mitek & Kass, PLLC
1050 17th St. N.W., Suite 1100
Washington, DC 20036-5596

Steven M. Klepper

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Grace Daughtridge; Betty J. Daughtridge | Carrollsburg Square Condominum Association, Inc.; Travelers Insurance Company |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br> Edward L. Pugh II, LOEWINGER & BRAND, PLLC, 471 H Street, N.W.,  Washington, D.C. 20001, 202-789-2382 | ATTORNEYS (IF KNOWN) <br> Jeffrey M. Hamberger, Kass, Mitek & Kass, PLLC, 1050 17th St. N.W., Suite 1100, Washington, D.C. 20036, 202-659-6500; Geoffrey H. Genth and Steven M. Klepper, Kramon & Graham, P.A., One South St., Suite 2600, Baltimore, MD 21202, 410-752-6030 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.  General Civil (Other)**     OR     ○ **F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

<table>
<tr>
<td>

○ **G. Habeas Corpus/2255**

☐ 530 Habeas Corpus-General
☐ 510 Motion/Vacate Sentence

</td>
<td>

○ **H. Employment Discrimination**

☐ 442 Civil Rights-Employment
(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

</td>
<td colspan="2">

○ **I. FOIA/PRIVACY ACT**

☐ 895 Freedom of Information Act
☐ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

</td>
<td>

○ **J. Student Loan**

☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

</td>
</tr>
<tr>
<td>

○ **K. Labor/ERISA (non-employment)**

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Labor Railway Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

</td>
<td>

○ **L. Other Civil Rights (non-employment)**

☐ 441 Voting (if not Voting Rights Act)
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights
☐ 445 American w/Disabilities-Employment
☐ 446 Americans w/Disabilities-Other

</td>
<td colspan="2">

● **M. Contract**

☒ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder's Suits
☐ 190 Other Contracts
☐ 195 Contract Product Liability
☐ 196 Franchise

</td>
<td>

○ **N. Three-Judge Court**

☐ 441 Civil Rights-Voting (if Voting Rights Act)

</td>
</tr>
</table>

**V. ORIGIN**

○ 1 Original Proceeding    ● 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §1332: diversity jurisdiction over claim for breach of contract

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 441,486.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE April 2, 2007    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

GRACE DAUGHTRIDGE
    Vs.                                 C.A. No.      2007 CA 001762 B
CARROLLSBURG SQUARE CONDOMINIUM ASSOCIATION, INC

### **INITIAL ORDER**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MELVIN R WRIGHT
Date:  March 9, 2007
Initial Conference: 9:30 am, Friday, June 08, 2007
Location:  Courtroom 200
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

*6/8 by EC*

**EXHIBIT**

**A**

i

CA Form 1

# Superior Court of the District of Columbia

### CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

_Grace Daughtridge et al_

*Plaintiff*

vs.                                                    Civil Action No. 0001762-07

_Travelers Insurance Company_
_Serve CT Corp_    *Defendant*
      _Systems_

## SUMMONS

To the above named Defendant: _Travelers Insurance Company_

　　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　　You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

_Ed Pugh II #499252_
Name of Plaintiff's Attorney

_471 H Street NW_
Address
_Washington, DC 20001_

_202-789-2382_
Telephone

By _____
　　　　　Deputy Clerk

Date _____3/9/07_____

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ES-TATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly con-tact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

GRACE DAUGHTRIDGE )
625 G Street, SW )
Washington, DC 20024 )
)
And )
)
BETTY J. DAUGHTRIDGE )
625 G Street, SW )
Washington, DC 20024 )
)
)
Plaintiff, )
)
v. )
)
CARROLLSBURG SQUARE )
CONDOMINIUM ASSOCIATION, Inc. )
SERVE: )
Benny L. Kass, Registered Agent )
1050 17th Street, NW )
Washington, DC 20036 )
)
And )
)
TRAVELERS INSURANCE COMPANY )
SERVE: )
Registered Agent )
1090 Vermont Ave. NW )
Washington, DC 2005 )
AND )
CT Corporation Systems )
1015 15th Street, NW )
Washington, DC 20005 )
)
Defendants. )

**RECEIVED**
Civil Clerk's Office

MAR 0 9 2007

Superior Court of the
District of Columbia
Washington, D.C.

## 0001762-07

CASE NUMBER:

LOEWINGER & BRAND,
PLLC
471 H Street. N.W.
Washington, D.C. 20001
(202) 789-2182

## COMPLAINT FOR DECLARTORY RELIEF AND BREACH OF AN INSURANCE CONTRACT

COMES NOW, Plaintiffs, by Counsel, seeking the declaratory relief on the breach of a contract to enforce an insurance policy and for a cause of action shows this Honorable Court as follows:

1.  Jurisdiction is founded under DC Code §11-921.

2.  Grace Daughtridge and Betty J. Daughtridge, hereinafter "Plaintiffs", are adult citizens of the United States and residents of the District of Columbia whose addresses are 625 G Street, SW, Washington, DC.

3.  Carrollsburg Condominium Association, Inc., hereinafter "defendant Carrollsburg", is a corporation conducting business and registered in the District of Columbia at 1050 17th Street, NW, Washington, DC and the Statutory Condominium Association for Carrollsburg Condominiums located at 1257 Delaware Avenue, SW, Washington, DC and charged with its statutory duties under the District of Columbia Condominium Act.

4.  Travellers Insurance Company, Inc., hereinafter "defendant Travellers", is a corporation incorporated in St. Paul, Minnesota and writing fire and casualty insurance policies within the District of Columbia and having a registered agent in the District of Columbia at 1090 Vermont Ave. NW, Washington, DC and at 1015 15th Street, NW, Washington, DC.

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2182

5. Plaintiffs own real property located at 1257 Delaware Ave., SW, Washington, DC, lot 2056, square 0546 as evidenced by the Deed attached hereto and incorporated by reference herein as Exhibit "A".

6. Defendant Carrollsburg is operating under §42-1903 et seq. of the District of Columbia Condominium Act and pursuant to its By-Laws and Articles of Incorporation has a duty to insure that the premises and limited common elements under its control are insured and capable of being reconstructed in the event of a loss by fire.

7. Defendant Carrollsburg as trustee and statutory agent of the Condominium Association, acting pursuant to the condominium by-laws, placed an active insurance policy, written by defendant Travellers on the Plaintiff's realty and improvements pursuant to its powers and duties as a condominium association. Said policy was in force at the time of the loss alleged in this Complaint.

8. Defendant Carrollsburg, at the time of the fire which caused the damage that defendant Travellers refuses to correct properly, held a policy of fire insurance for the benefit of, and as trustee for, the Plaintiffs, among other owners.

9. Defendant Carrollsburg is named as a necessary defendant as defendant Carrollsburg is the named insured in the insurance policy written by defendant Travellers.

10. Plaintiff's real property was insured by defendant Travellers and Plaintiffs are a third party beneficiary under the insurance policy that has provided coverage since the purchase date. A copy of said insurance policy is attached hereto as Exhibit "B".

11. Said insurance policy provides coverage for damage from fire and states that defendant Travelers will pay to replace the damaged property with materials of comparable quality, the same design specifications and the same purpose as stated in the "casualty loss by fire" paragraph in said policy.

12. On March 19, 2004, Plaintiff's dwelling was damaged and partially destroyed by fire.

13. The fire was an insured risk under said policy and Plaintiffs properly gave notice to defendant Carrollsburg and defendant Travellers as required by the Condominium By-Laws.

14. Defendant Travellers has receipt of the notice and admits notice.

15. Defendant Carrollsburg gave said notice to defendant Travellers of said loss.

16. Plaintiff's estimated total reconstruction cost to restore the insured property is approximately $141,486.00 as of 2004. Said estimate will be more costly at present due to inflation.

17. Plaintiffs were provided this estimate by Scharf Associates Inc. who are licensed in the District. Said estimate is attached hereto and incorporated herein by reference as Exhibit "C".

18. Defendant Travellers has offered $90,099.70 to defendant Carrollsburg to reconstruct the property to a lesser quality than that of the property before the fire.

19. Plaintiffs have advised defendant Travellers and defendant Carrollsburg that this estimate is not acceptable to Plaintiffs and will not fully pay for the loss.

20. Defendant Travellers' offer is grossly insufficient, underestimated the loss and will not fund reconstruction to a "pre-fire" state as required by the policy.

21. Both defendants have refused to give permission to Plaintiffs to restore the property and reimburse Plaintiffs which forced Plaintiffs to do the restoration work and file this suit.

22. Plaintiffs have lost rents due to defendant Travellers delay in funding the reconstruction and defendant Carrollsburg's delay in settling the claim.

23. Plaintiffs have incurred real estate taxes and expenses on the property due to this delay.

24. Defendant Travellers refused to fulfill its contractual obligation to the Plaintiffs by reconstructing the property to its "before fire" state and refused to pay Plaintiffs for their loss.

25. Defendant Carrollsburg refused to sue defendant Travellers.

26. Defendant Travellers refuses to meaningfully discuss the estimate provided by the Plaintiffs or a comparison of estimates provided by the Plaintiff's counsel attached hereto and incorporated by reference herein as Exhibit "D".

27. Defendant Travellers refuses to address the obvious shortcomings in its own estimate provided by Fire Works Construction, Inc. attached hereto and incorporated by reference herein as Exhibit "E".

28. Defendant Travellers has not repaired the property.

29. Defendant Travellers has not paid the Plaintiffs for their loss.

30. The property is vacant, unlivable and unrentable in its present state.

31. Said conduct of defendant Travellers constitutes a breach of the contract created by the insurance policy for the benefit of the Plaintiffs.

32. Plaintiffs are entitled to sue thereon the breached contract as an intended beneficiary thereof.

33. Defendant Carrollsburg has failed to discharge its duty to the Plaintiffs to timely sue defendant Travellers on the policy of insurance.

34. Defendant Carrollsburg has failed to properly adjust the loss or timely initiate the lawsuit on behalf of the Plaintiffs themselves and therefore has also breached the Condominium agreement with the Plaintiffs and its duty to the Plaintiffs.

35. Defendant Travellers has offered proceeds which are insufficient to cover the Plaintiff's loss and defendant Carrollsburg placed the insurance policy with improper and insufficient coverage whereby defendant Carrollsburg should answer in negligence for said insufficient coverage.

NOW WHEREFORE the Plaintiff, by and through counsel, respectfully prays this Court grant Declaratory Relief for the Plaintiff ordering the Defendant Travellers to pay Plaintiff's loss in the amount of $141,486.00, $50,000.00 for lost rents, expenses and carrying costs and for $250,000.00 in punitive and delay damages and all costs and attorney's fees associated herein and damages from defendant Carrollsburg for failure to timely adjust the loss and place proper coverage.

Respectfully Submitted,

Edward X. Pugh II - #499250
LOEWINGER & BRAND, PLLC
471 H Street, N.W.,
Washington, D.C. 20001
(202) 789-2382
Attorney for Plaintiff

**JURY TRIAL DEMANDED**

We ask for this:

Grace Daughtridge

LOEWINGER & BRAND,
PLLC
471 H Street, N.W.
Washington, D.C. 20001
(202) 789-2382

Doc# 2003025281

THIS DEED, made this 21st day of, February, 2003, by and between Betty J. Daughtridge, individually and as the Personal Representative of the Estate of Robert W. Daughtridge, who died without a will on March 25, 2002, and whose estate was administered in the Superior Court of the District of Columbia as Administration No. 1224-02 , party of the first part,

and

Betty J. Daughtridge and Grace Elizabeth Daughtridge, parties of the second part:

WITNESSETH, that in consideration of the Qualified Disclaimer of Betty J. Daughtridge as to her survivorship interest dated December 17, 2002, and the Qualified Disclaimer of Sarah Ellen Daughtridge, as to her intestate share, dated December 17, 2002, both filed in the Office of the Register of Wills, D. C. in Administration No. 1224-02 on December 20, 2002, and other good and valuable consideration, the party of the first part does hereby give, grant, remise, release and forever quitclaim unto the parties of the second part, in fee simple, as tenants in common, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to-wit:

> Part of Lot 316, Square 546 in the subdivision made by the District of Columbia Redevelopment Land Agency, as per plat recorded in Liber 144, folio 73 of the Records of the Office of the Surveyor of the District of Columbia, being more particularly designated as Condominium Unit 56 in the Carrollsburg Square Condominium, Share Interest .908 according to the Declaration of Condominium thereof dated January 9, 1967 and recorded January 9, 1967 as Instrument No. 459 and as amended by First Amendment to Declaration of Condominium dated May 2, 1967 and recorded May 4, 1967 as Instrument No. 9291 among the Land Records of the District of Columbia as per Plat of Condominium Subdivision dated December 30, 1966 and recorded January 6, 1967 in Condominium Book 1 Page 6 of said Surveyor's Office Records.

> Subject to the easement and conditions of record.
> TAXED AS LOT 2056 IN SQUARE 546.

> and further described as 1257 Delaware Avenue, SW.

together with all and singular the improvements, ways, easements, rights, privileges and appurtenances to the same belonging, or in any way appertaining, and all the estate right, title, interest and claim, either at law or in equity, or otherwise, of the parties of the first part of, in, to or out of the said land and premises.

WITNESS our hand and seal the day and year hereinbefore written.

_____ (SEAL)
Betty J. Daughtridge, Individually

_____ (SEAL)
Betty J. Daughtridge, Personal Representative
Estate of Robert W. Daughtridge, Deceased


PLAINTIFF'S EXHIBIT A

District of Columbia, SS:

I, William E. Davis, a Notary Public in and for the jurisdiction aforesaid do HEREBY CERTIFY that Betty J. Daughtridge, Individually and as Personal Representative of the Estate of Robert W. Daughtridge, party to and who is personally well known to me as the person who executed the foregoing and annexed Deed bearing date on the 21st day of February, A.D. 2003, personally appeared before me in said District of Columbia and acknowledged the same to be her act and deed.

GIVEN under my hand and seal, this 25th day of February, A.D. 2003.

_William E Davis_
NOTARY PUBLIC

My commission expires .
My Commission Expires April 30, 2003

AFTER RECORDING, RETURN TO:

William E. Davis, Esq.
Ross, Marsh & Foster
2001 L Street, NW, Suite 400
Washington, D.C. 20036

Doc# 2003025201
Book:
Pages: —
Filed & Recorded
02/20/2003 02:02:35 PM
LARRY TODD
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
RECORDING $ 20.00
SURCHARGE $ 6.50

**Travelers** Property Casualty
A Member of Travelers Group

## CONDOMINIUM PAC

### A Custom Insurance Policy Prepared for:

**CARROLLSBURG SQUARE CONDO.**
**4301 CONNECTICUT AVE NW #132**

**WASHINGTON**              **DC   20008**

Presented by:  J E RICE INS AGCY



PLAINTIFF'S EXHIBIT
B

One Tower Square, Hartford, Connecticut 06183

**Travelers**Property Casualty
*A Member of TravelersGroup*

**RENEWAL CERTIFICATE**

**COMMON POLICY DECLARATIONS**
CONDOMINIUM PAC
**BUSINESS: CONDOMINIUMS**

**POLICY NO.:** I-680-584H8258-TIA-03
**ISSUE DATE:** 11-25-02

1. **NAMED INSURED AND MAILING ADDRESS:**

   CARROLLSBURG SQUARE CONDO.
   4301 CONNECTICUT AVE NW #132

   WASHINGTON                    DC  20008

2. **POLICY PERIOD:** From  01-01-03  to  01-01-04  12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

   | PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
   |---|---|---|---|

   SEE IL T0 20 01 89

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

   | COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
   |---|---|
   | Businessowners Coverage Part | TIA |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

   | POLICY | POLICY NUMBER | INSURING COMPANY |
   |---|---|---|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

   | | | |
   |---|---|---|
   | Provisional Premium | $ | 23,835.00 |
   | Due at Inception | $ | |
   | Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

COUNTERSIGNED BY:

J E RICE INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                    MD  20754

_____
          Authorized Representative

DATE: _____

IL T0 25 08 01  (Page 1 of 01)
Office: CHANTILLY/WASHDC    DOWN

POLICY NUMBER: I-680-584H8258-TIA-03

EFFECTIVE DATE: 01-01-03

ISSUE DATE: 11-25-02

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
* IL T0 25 08 01    RENEWAL CERTIFICATE
* IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
  IL T3 15 12 94    COMMON POLICY CONDITIONS
* IL T0 20 01 89    ADDITIONAL LOCATIONS
```

BUSINESSOWNERS

```
* MP T0 01 09 98    BUSINESSOWNERS COVERAGE PART DEC
  MP T1 02 01 00    BUSINESSOWNERS PROPERTY COV-SPEC FORM
  MP T1 03 01 00    AMENDATORY PROVISIONS-CONDOMINIUM
* CP 14 10 07 88    ADDITIONAL COVERED PROPERTY
* CP T3 09 06 95    REPLACEMENT COST PLUS
* MP T3 06 06 97    SEWER OR DRAIN BACKUP EXTENSION
* MP T1 35 10 91    ORDINANCE OR LAW COVERAGE
* MP T1 55 01 00    AMEND EMPLOYEE DISHONESTY LIMIT
* MP T1 72 08 96    CAUSES OF LOSS-BROAD FORM FLOOD
  MP T3 20 01 00    BROADENED WIND COVERAGE
* MP T3 23 05 02    FUNGUS,ROT,BACTERIA CHANGES
  MP T9 70 01 00    TRAVELERS POWER-PAC ENDORSEMENT
```

COMMERCIAL GENERAL LIABILITY

```
  CG T0 34 10 93    TABLE OF CONTENTS
  CG 00 01 10 93    COMMERCIAL GENERAL LIABILITY COV FORM
* CG D2 37 01 01    EXCLUSION-REAL ESTATE DEV ACTIVITIES
  CG 00 57 09 99    AMENDMENT OF INSURING AGRMNT-KNOWN INJ
  CG D0 37 01 99    OTHER INSURANCE-ADDITIONAL INSUREDS
  CG D1 86 09 99    XTEND ENDORSEMENT
  CG D1 94 11 97    CHGS IN COMMERCIAL GENERAL LIAB COV FORM
* CG D2 03 12 97    AMEND-NON CUMULATION OF EACH OCC
* CG D2 34 02 01    WEB XTEND - LIABILITY
* MP T1 25 01 00    HIRED AUTO AND NON-OWNED AUTO LIAB
* CG D2 43 01 02    FUNGI OR BACTERIA EXCLUSION
  CG 21 47 10 93    EMPLOYMENT-RELATED PRACTICES EXCLUSION
  CG D0 76 06 93    EXCLUSION-LEAD
  CG D1 42 01 99    EXCLUSION-DISCRIMINATION
  CG D1 92 08 97    AMEND POLL EXCL-EXCEPT BLDG HEAT EQUIP
* CG D2 42 01 02    EXCLUSION WAR
  CG T4 78 02 90    EXCLUSION-ASBESTOS
  CG T3 33 12 88    LIMIT WHEN TWO OR MORE POLICIES APPLY
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:** I-680-584H8258-TIA-03
**EFFECTIVE DATE:** 01-01-03
**ISSUE DATE:** 11-25-02

CRIME

&ast; CR 10 19 10 90    INCLUDE SPECIFIED DIRECTORS OR TRUSTREES
&ast; CR 10 26 10 90    INCLUDE NON-COMPENSATED OFFICERS

INTERLINE ENDORSEMENTS

IL 00 21 04 98    NUCLEAR ENERGY LIABILITY EXCLUSION
IL 02 78 04 98    DC CHANGES - CANCELLATION AND NONRENEWAL
IL T3 53 04 98    EXCL CERTAIN COMPUTER-RELATED LOSSES

&ast; TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

One Tower Square, Hartford, Connecticut 06183    Travelers Property Casualty
A Member of Travelers Group

ADDITIONAL LOCATIONS
CONDOMINIUM PAC

POLICY NO.: I-680-584H8258-TIA-03
ISSUE DATE: 11-25-02

THIS SCHEDULE OF LOCATIONS AND BUILDINGS APPLIES
TO THE COMMON DECLARATIONS FOR THE PERIOD

01-01-03 to 01-01-04

| LOC. NO. | BLDG. NO. | OCCUPANCY | ADDRESS | |
|----------|-----------|-----------|---------|---|
| 01 | 01 | CONDOMINIUMS | 320-342 M STREET, S.W. WASHINGTON | DC 20024 |
| 02 | 01 | CONDOMINIUMS | 250-264 M STREET SW WASHINGTON | DC 20024 |
| 03 | 01 | CONDOMINIUMS | 200-218 M STREET SW WASHINGTON | DC 20024 |
| 04 | 01 | CONDOMINIUMS | 218-236 M STREET, SW WASHINGTON | DC 20024 |
| 05 | 01 | CONDOMINIUMS | 375-397 M STREET SW WASHINGTON | DC 20024 |
| 06 | 01 | CONDOMINIUMS | 1220-1236 4TH STREET SW WASHINGTON | DC 20024 |
| 07 | 01 | CONDOMINIUMS | 301-321 N STREET SW WASHINGTON | DC 20024 |
| 08 | 01 | CONDOMINIUMS | 1289-1299 DELAWARE AVE WASHINGTON | DC 20024 |
| 09 | 01 | CONDOMINIUMS | 1275-1287 DELAWARE AVE WASHINGTON | DC 20024 |
| 10 | 01 | CONDOMINIUMS | 1267-1273 DELAWARE AVE. WASHINGTON | DC 20024 |
| 11 | 01 | CONDOMINIUMS | 1245-1265 DELAWARE AVE. WASHINGTON | DC 20024 |
| 12 | 01 | CONDOMINIUMS | 1233-1243 DELAWARE AVE. WASHINGTON | DC 20024 |

One Tower Square, Hartford, Connecticut 06183

 **Travelers**Property Casualty
A Member of TravelersGroup

---

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**

CONDOMINIUM PAC
DELUXE PLAN

POLICY NO.: I-680-584H8258-TIA-03
ISSUE DATE: 11-25-02

**DECLARATIONS PERIOD:** From 01-01-03 to 01-01-04 12:01 A.M. Standard Time at your mailing address.

**FORM OF BUSINESS:** CONDO. ASSOC.

**COVERAGES AND LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| BUSINESSOWNERS PROPERTY COVERAGE: | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 01 | 01 | 02 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 1,108,000 | $ | 769,000 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |

**BUSINESS INCOME:** Limit-Actual loss up to 12 Consecutive Months

**DEDUCTIBLE AMOUNT:** Businessowners Property Coverage: $ 2,500 Per Occurrence.

**COMMERCIAL GENERAL LIABILITY COVERAGE–**

**OCCURRENCE FORM**

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate (except Products–Completed Operations) Limit | $ 2,000,000 |
| Products–Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

**MORTGAGE HOLDER–BUILDING COVERAGE ONLY:**

**SPECIAL PROVISIONS:**

# COMMERCIAL GENERAL LIABILITY COVERAGE
# IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 09 98 (Page 1 of 03)

One Tower Square, Hartford, Connecticut 06183    TravelersPropertyCasualty
A Member of Travelers Group

## BUSINESSOWNERS COVERAGE PART SUPPLEMENTAL DECLARATIONS

CONDOMINIUM PAC
DELUXE PLAN

POLICY NO.: I-680-584H8258-TIA-03
ISSUE DATE: 11-25-02

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

|  | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
|  | 03 | 01 | 04 | 01 |
| **BUILDINGS:** |  |  |  |  |
| Limit of Insurance: | $ 943,000 |  | $ 857,000 |  |
| Loss Adjustment Basis: | RCP |  | RCP |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass Deductible: | $ 250 |  | $ 250 |  |
|  |  |  |  |  |
| **BUSINESS PERSONAL PROPERTY:** |  |  |  |  |
| Limit of Insurance: | $ |  | $ |  |
| Loss Adjustment Basis: |  |  |  |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass: | $ |  | $ |  |
| Exterior Building Glass Deductible: | $ |  | $ |  |

|  | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
|  | 05 | 01 | 06 | 01 |
| **BUILDINGS:** |  |  |  |  |
| Limit of Insurance: | $ 1,108,000 |  | $ 857,000 |  |
| Loss Adjustment Basis: | RCP |  | RCP |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass Deductible: | $ 250 |  | $ 250 |  |
|  |  |  |  |  |
| **BUSINESS PERSONAL PROPERTY:** |  |  |  |  |
| Limit of Insurance: | $ |  | $ |  |
| Loss Adjustment Basis: |  |  |  |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass: | $ |  | $ |  |
| Exterior Building Glass Deductible: | $ |  | $ |  |

|  | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
|  | 07 | 01 | 08 | 01 |
| **BUILDINGS:** |  |  |  |  |
| Limit of Insurance: | $ 1,026,000 |  | $ 600,000 |  |
| Loss Adjustment Basis: | RCP |  | RCP |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass Deductible: | $ 250 |  | $ 250 |  |
|  |  |  |  |  |
| **BUSINESS PERSONAL PROPERTY:** |  |  |  |  |
| Limit of Insurance: | $ |  | $ |  |
| Loss Adjustment Basis: |  |  |  |  |
| Inflation Guard: |  |  |  |  |
| Exterior Building Glass: | $ |  | $ |  |
| Exterior Building Glass Deductible: | $ |  | $ |  |

MP T0 01 09 98 (Page 02 of 03)

One Tower Square, Hartford, Connecticut 06183       TravelersPropertyCasualty
A Member of Travelers Group

## BUSINESSOWNERS COVERAGE PART SUPPLEMENTAL DECLARATIONS

CONDOMINIUM PAC
DELUXE PLAN

POLICY NO.: I-680-584H8258-TIA-03
ISSUE DATE: 11-25-02

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 09 | 01 | 10 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 687,000 | $ | 419,000 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 11 | 01 | 12 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 1,026,000 | $ | 828,000 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

MP TO 01 09 98 (Page 03 of 03)

POLICY NUMBER: I-680-584H8258-TIA-03

<div align="right">

COMMERCIAL PROPERTY
ISSUE DATE: 11-25-02

</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT--OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED:

**SCHEDULE\***

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property |
|---|---|---|---|
| 01 | 01 | 2N | UNDERGROUND PIPES, FLUES OR DRAINS |

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**CP 14 10 07 88**      Copyright, ISO Commercial Risk Services, Inc., 1983, 1987      Page 1 of 1

POLICY NUMBER: I-680-584H8258-TIA-03

<div style="text-align: right">COMMERCIAL PROPERTY
ISSUE DATE: 11-25-02</div>

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REPLACEMENT COST PLUS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

**A. SCHEDULE**

| Premises Location Number | Building Number | Description of Covered Property– BUILDING to which this endorsement does not apply. |
|---|---|---|
| 01 | 01 | |

**B. PROVISIONS** — The provisions of this endorsement only apply to the buildings stated in the above Schedule. **The Newly Acquired or Constructed Property** Coverage Extension does not apply.

**1. REPLACEMENT COST**

The Replacement Cost Optional Coverage is deleted and the following substituted:

   **a.** Replacement Cost (without deduction for depreciation and regardless of the Limit of Insurance shown in the Declarations)

**CP T3 09 06 95**

<div style="text-align: right">Page 1 of 2</div>

COMMERCIAL PROPERTY

replaces Actual Cash Value in the Loss Condition, Valuation, of the Coverage Form.

**b.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis (subject to the Limit of Insurance shown on the Commercial Property Coverage Part Declarations) instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this endorsement provides if you notify us of your intent to do so within 180 days after the loss or damage.

**c.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**d.** We will not pay more for loss or damage on a replacement cost basis than the least of:

(1) The cost to replace, on the same premises, the lost or damaged property with other property;

(a) Of comparable design, material and quality; and

(b) Used for the same purpose; or

(2) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**e.** The Additional Condition, COINSURANCE does not apply to the building(s) indicated in the above SCHEDULE to which this coverage applies.

**2. ADDITIONAL EXCLUSIONS**

We will not pay more for loss or damage due to the enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of re-moving its debris.

**3. REPORTING PROVISIONS**

You agree to report to us, within 90 days of the start of construction or acquisition, the full replacement cost of:

**a.** Additions to or alterations of the above buildings;

**b.** Personal property owned by you to maintain or service the above building or premises; and

**c.** Permanently installed fixtures, machinery and equipment.

If you do not do so and the total replacement cost of such unreported items is more than $5,000, any loss occurring thereafter will be adjusted with a penalty equal to the percentage that the total replacement cost of the unreported items bears to the total replacement cost of the building at the time of loss.

**4. PREMIUM ADJUSTMENT**

We will adjust the "Limits of Insurance" for the buildings indicated in the above Schedule (and the corresponding premiums) annually to reflect any increase in construction cost reported to us by a recognized appraisal company.

CP T3 09 06 95

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SEWER OR DRAIN BACK UP EXTENSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

### SCHEDULE

| Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 01 | 01 | 02 | 01 | 03 | 01 | 04 | 01 | 05 | 01 |
| 06 | 01 | 07 | 01 | 08 | 01 | 09 | 01 | 10 | 01 |
| 11 | 01 | 12 | 01 | | | | | | |

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed to include the following as a Covered Cause of Loss:

We will pay for loss or damage caused by or resulting from water that backs up through a sewer or drain.

1. The following exclusion is deleted:

   B.1.g. (3)  Water that backs up through sewers or drains, except for any resulting insured direct physical loss by water back-up, other than from a septic tank or cesspool, when the cause of the back-up originates on the designated premises.

2. **PROPERTY DEFINITIONS G.10.c.** is revised as follows:

   c. Water Damage means:

   (1) Accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam; or

   (2) water that backs up from a sewer or drain.

**MP T3 06 06 97**

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Coverage A Applies: | Demolition Cost Limit of Insurance | Increased Cost of Construction Limit of Insurance |
|-----------|-----------|---------------------|-------------------------------------|---------------------------------------------------|
| 01 | 01 | YES | 56000 | 77000 |
| 02 | 01 | YES | 39000 | 77000 |
| 03 | 01 | YES | 48000 | 95000 |
| 04 | 01 | YES | 43000 | 86000 |
| 05 | 01 | YES | 56000 | 111000 |
| 06 | 01 | YES | 43000 | 86000 |

## A. COVERAGE

1. **Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

   If a Covered Cause of Loss occurs to covered Building property shown in the Schedule above, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

   The Limit of Insurance applicable to Coverage A is included in the Limit of Insurance applicable to the covered Building property stated in the Declarations.

2. **Coverage B – Demolition Cost Coverage**

   If a Covered Cause of Loss occurs to covered Building property and a Demolition Cost Limit of Insurance is shown in the Schedule above, we will pay the cost to demolish and clear the site of undamaged parts of the property

   caused by enforcement of building, zoning or land use ordinance or law.

3. **Coverage C – Increased Cost of Construction Coverage**

   If a Covered Cause of Loss occurs to covered Building property and an Increased Cost of Construction Limit of Insurance is shown in the Schedule above, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law.

   If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   However, we will not pay for the increased cost of construction if the building is not replaced.

## B. We will not pay for increased construction costs under this endorsement:

1. Until the property is actually repaired or replaced, at the same premises or elsewhere; and

2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years.

* Information required to complete this Schedule, if not shown in this endorsement, will be shown in the Declarations.

**MP T1 35 10 91**

Page 1 of 2

BUSINESSOWNERS

We may extend this period in writing during the 2 years.

C. If the property is repaired or replaced on the same or another premises we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. What it would have cost to replace, on the same premises, the damaged or destroyed property with other property:

      (1) Of comparable material and quality;

      (2) Of the same height, floor area and style; and

      (3) Used for the same purpose; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

3. For increased cost of construction than the lesser of:

   a. The amount you actually spend to repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises; or

   b. (1) For all loss or damage in any one occurrence than the Limit of Insurance applicable to the covered Building property; and

      (2) The Increased Cost of Construction Limit of Insurance shown in the Schedule above.

D. If Replacement Cost Coverage applies and the property is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

E. If the Actual Cash Value Coverage Option applies and the property is or is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost, than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

MP T1 35 10 91

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Coverage A Applies: | Demolition Cost Limit of Insurance | Increased Cost of Construction Limit of Insurance |
|-----------|-----------|---------------------|-----------------------------------|--------------------------------------------------|
| 07 | 01 | YES | 52000 | 103000 |
| 08 | 01 | YES | 30000 | 60000 |
| 09 | 01 | YES | 35000 | 69000 |
| 10 | 01 | YES | 21000 | 42000 |
| 11 | 01 | YES | 52000 | 103000 |
| 12 | 01 | YES | 42000 | 83000 |

## A. COVERAGE

1. **Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

   If a Covered Cause of Loss occurs to covered Building property shown in the Schedule above, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

   The Limit of Insurance applicable to Coverage A is included in the Limit of Insurance applicable to the covered Building property stated in the Declarations.

2. **Coverage B – Demolition Cost Coverage**

   If a Covered Cause of Loss occurs to covered Building property and a Demolition Cost Limit of Insurance is shown in the Schedule above, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

3. **Coverage C – Increased Cost of Construction Coverage**

   If a Covered Cause of Loss occurs to covered Building property and an Increased Cost of Construction Limit of Insurance is shown in the Schedule above, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law.

   If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   However, we will not pay for the increased cost of construction if the building is not replaced.

B. We will not pay for increased construction costs under this endorsement:

   1. Until the property is actually repaired or replaced, at the same premises or elsewhere; and

   2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years.

* Information required to complete this Schedule, if not shown in this endorsement, will be shown in the Declarations.

BUSINESSOWNERS

We may extend this period in writing during the 2 years.

C. If the property is repaired or replaced on the same or another premises we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. What it would have cost to replace, on the same premises, the damaged or destroyed property with other property:

      (1) Of comparable material and quality;

      (2) Of the same height, floor area and style; and

      (3) Used for the same purpose; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

3. For increased cost of construction than the lesser of:

   a. The amount you actually spend to repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises; or

   b. (1) For all loss or damage in any one occurrence than the Limit of Insurance applicable to the covered Building property; and

      (2) The Increased Cost of Construction Limit of Insurance shown in the Schedule above.

D. If Replacement Cost Coverage applies and the property is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

E. If the Actual Cash Value Coverage Option applies and the property is or is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost, than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

MP T1 35 10 91

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DISHONESTY AND FORGERY OR ALTERATION LIMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

Paragraphs **A.6.d.(2) Employee Dishonesty** and **A.6.h.(2) Forgery or Alteration** under Additional Coverages in the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM are replaced by the following:

(2)  The most we will pay for loss or damage in any one occurrence is $  **275,000** .

This limit applies separately to the Additional Coverages Employee Dishonesty and Forgery or Alteration.

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAUSES OF LOSS — BROAD FORM FLOOD

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A. SCHEDULE**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|
| 01 | 01 | 1 | $ 500,000 | $ 500,000 | $ 5,000 |

**Deductible: Business Income and Extra Expense - 72 hours.**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|

**Deductible: Business Income and Extra Expense - 72 hours.**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|

**Deductible: Business Income and Extra Expense - 72 hours.**

**B. DESCRIPTION OF COVERAGE SYMBOLS**

Coverage(s) to which this endorsement applies are identified by the following symbols:

1. = Building;
2. = Business Personal Property;
3. = Business Income and Extra Expense.

**C. COVERED CAUSES OF LOSS**

The following modifies:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

Covered Causes of Loss is changed to include the following Causes of Loss only for the Premises Location, Building Number(s) and Coverage(s) for which a Coverage Symbol(s) is shown, which are indicated in the above SCHEDULE:

1. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2. Release of water impounded by a dam;

3. Mudslide or mudflow; and

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or their openings.

BUSINESSOWNERS

5. Backup of sewers and drains.

**D. ADDITIONAL EXCLUSIONS**

The following EXCLUSIONS are added as respects coverage provided by this endorsement:

We will not pay under this endorsement for loss or damage caused directly or indirectly by the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

1. Fire, explosion, or sprinkler leakage; or

2. Any earth movement, such as an earthquake, landslide or earth sinking, rising or shifting; except mudslide or mudflow which is caused or precipitated by accumulation of water on or below ground.

**E. PROVISIONS THAT DO NOT APPLY TO THIS ENDORSEMENT**

The following provisions of forms and endorsements that may be attached to this policy do not apply to this endorsement:

1. The Additional Condition – Coinsurance:

2. Deductible; or

3. Limits of Insurance.

**F. FOUNDATIONS AND EXCAVATIONS**

The following provision is added:

Covered Property is changed to include the following when coverage for Building is indicated in the above SCHEDULE for Causes of Loss – Broad Form Flood:

1. Foundations of buildings, structures, machinery or boilers if their foundations are below the lowest basement floor; or the surface of the ground, if there is no basement; and

2. Underground pipes, flues and drains.

**G. DEDUCTIBLE**

The following provisions are added for coverage to Building and Business Personal Property:

1. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages (unless otherwise stated in the above SCHEDULE) exceeds the Deductible shown in the above SCHEDULE. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

2. When stated in the above SCHEDULE we will not pay for loss or damage in any one occur-

rence at each premises until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the above SCHEDULE. We will then pay the amounts of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

3. The following provision is added for coverage to Business Income and Extra Expense:

When a separate time deductible is stated in the above SCHEDULE the following is applicable to Business Income and Extra Expense Coverages:

We will only pay for loss you sustain after the first number of consecutive hours indicated in the above SCHEDULE after direct physical loss or damage caused by or resulting from flood.

**H. LIMITS OF INSURANCE**

The most we will pay for loss caused by any flood is:

1. The Limit of Insurance in the above SCHEDULE that applies to any one occurrence; or

2. The Annual Aggregate Limit for all flood losses occurring in any one year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate limits shown.

4. The Limit of Insurance shown in the above SCHEDULE is the most we will pay under this endorsement, even if the loss involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extension do not increase the Limits of Insurance.

**I. EXCESS OF LOSS LIMITATION**

1. The EXCESS OF LOSS LIMITATION applies to all premises locations situated in a Zone prefixed A or V as designated by the National Flood Insurance Act of 1968 (or any subsequent amendment). We will pay only for the amount of loss in excess of the maximum amount of insurance permitted under the provisions of the National Flood Insurance Act of 1968 (or any subsequent amendment) applicable to the property to which the loss occurs. This provision applies whether or not you

 Copyright, The Travelers Indemnity Company, 1996          **MP T1 72 08 96**

have purchased or maintained such insurance.

2.  This provision does not apply to loss which cannot be covered under provisions of the above Act or amendments. If we pay for loss subject to this provision, the benefit of any recovery or salvage on such loss is ours to the extent of our payment.

3.  The deductible provisions are in addition to any applicable Excess of Loss provision.

J.  The **"Period of Restoration"** definition is deleted as respects this endorsement and is replaced with the following:

"Period of Restoration" means the period of time that:

1.  Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

2.  Ends on the earlier of:

a.  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

b.  The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1.  Regulates the construction, use or repair or requires the tearing down of any property; or

2.  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

K.  ADDITIONAL CONDITION – CANCELLATION

We or you may cancel this endorsement as provided by the Common Policy Conditions without cancelling the entire Coverage Part.

POLICY NUMBER: I-680-584H8258-TIA-03

BUSINESSOWNERS
ISSUE DATE: 11-25-02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE PART

**A. SCHEDULE**

Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage:

**Direct Damage Limit of Insurance**

$15,000    **OR**    ☐ $25,000    ☐ $50,000    ☐ $100,000    ☐ $250,000

**B.** The EXCLUSIONS contained in Section **B.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following exclusion is added to **B.1.**:

   **"Fungus", Wet Rot, Dry Rot and Bacteria**

   a. We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

   But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   (1) When "fungus", wet or dry rot or bacteria results from fire or lightning; or

   (2) To the extent that coverage is provided in the Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria in Section **C.1.** below of this endorsement with respect to loss or damage by a cause of loss other than fire or lightning.

2. The exclusions contained in **B.2.** are amended as follows:

   a. Under exclusion **B.2.d.(2)**, reference to fungus, wet or dry rot, mold is deleted.

   b. Exclusion **B.2.f.** is deleted and replaced by the following:

   We will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**C.** The Additional Coverages contained in Section **A.6.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following Additional Coverage is added:

   **Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria**

   a. The coverage described in **b.** and **c.** below only applies when the "fungus", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

   b. Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage

   (1) We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including:

   (a) The cost of removal of the "fungus", wet or dry rot or bacteria;

   (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that

**MP T3 23 05 02**

Page 1 of 3

BUSINESSOWNERS

"fungus", wet or dry rot or bacteria are present.

(2) The coverage described in **b.(1)** above is limited to $15,000, or the limit of insurance shown in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of this annual limit even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(3) The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

(4) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage.

c.  Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

(1) If the loss which results in the "fungus", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet or dry rot or bacteria, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(2) If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet or dry rot or bacteria, but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense is included in, and not in addition to any limit or description of coverage for Business Income shown on the Businessowners Coverage Part Declarations or under the Extra Expense Additional Coverage.

d.  The terms of this Limited Coverage do not increase or reduce the coverage under the Water Damage, Other Liquids, Powder or Molten Damage Additional Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

**MP T3 23 05 02**

**D.** The DEFINITIONS contained in Section **G.** are amended as follows:

1. The definition of "Specified Causes of Loss" is deleted and replaced by the following:

   "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse as defined below; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Form.

   **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   (1) The cost of filling sinkholes; or

   (2) Sinking or collapse of land into man-made underground cavities.

   **b.** Falling objects does not include loss or damage to:

   (1) Personal property in the open; or

   (2) The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

   When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake

Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Form.

2. The following definition is added:

   **"Fungus"** means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**E.** Ordinance or Law Coverage Change

Under:

1. The ordinance or law coverage in Section **A.6.i.** Increased Cost of Construction of the Businessowners Property Coverage Form;

2. Ordinance or Law Coverage endorsement MP T3 15; and

3. Any other Ordinance or Law coverage or Ordinance or Law – Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

This coverage does not apply to:

   **a.** Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **b.** Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet or dry rot or bacteria.

POLICY NUMBER: I-680-584H8258-TIA-03

COMMERCIAL GENERAL LIABILITY
ISSUE DATE: 11-25-02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

A. If a premium charge is shown in the Schedule the insurance provided under COVERAGE A (Section I) applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "non-owned auto". Maintenance or use of a "non-owned auto" includes test driving in connection with an "auto business".

B. With respect to the insurance provided by this endorsement:

1. The exclusions, under COVERAGE A (Section I), other than exclusions a, b, d, e, f, and i and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

    a. "Bodily injury" to:

    (1) Any fellow "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business.

    b. "Property damage" to:

    (1) Property owned or being transported by, or rented or loaned to the insured; or

    (2) Property in the care, custody or control of the insured.

2. WHO IS AN INSURED (Section II) is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

a. You;

b. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "non-owned auto" except:

    (1) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

    (2) Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

    (3) Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

    (4) Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "non-owned auto"; or

c. Any other person or organization, but only with respect to their liability be-

MP T1 25 01 00

Includes Material Copyrighted by
Insurance Services Office

Page 1 of 2

COMMERCIAL GENERAL LIABILITY

cause of acts or omissions of an insured under a. or b. above.

3. **ADDITIONAL DEFINITIONS**

   a. "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

   b. "Hired auto" means any "auto" you lease, hire, or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees" or partners or members of their households.

   c. "Non-owned auto" means any "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees" or partners or members of their households but only

while used in your business or your personal affairs.

4. **AMENDED DEFINITIONS**

   Definition 8. "insured contract" of the DEFINITIONS section is amended by the addition of the following to the paragraph (An "insured contract" does not include that part of any contract or agreement):

   d. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   e. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

Includes Material Copyrighted by
Insurance Services Office

**MP T1 25 01 00**

POLICY NUMBER: I-680-584H8258-TIA-03

COMMERCIAL CRIME
ISSUE DATE: 11-25-02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INCLUDE SPECIFIED DIRECTORS OR TRUSTEES ON COMMITTEES AS EMPLOYEES

This endorsement applies to the CRIME GENERAL PROVISIONS FORM and all Crime Coverage Forms forming part of the Policy.

**A. SCHEDULE**

**Names of Directors or Trustees**

ALL DIRECTORS/TRUSTEES OF THE
ASSOCIATION

**B PROVISIONS**

"Employee" also includes any of your directors or trustees who are named in the SCHEDULE while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

**CR 10 19 10 90**

Page 1 of 1

POLICY NUMBER: I-680-584H8258-TIA-03

<div align="right">COMMERCIAL CRIME<br>ISSUE DATE: 11-25-02</div>

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INCLUDE SPECIFIED NON-COMPENSATED OFFICERS AS EMPLOYEES

This endorsement applies to the CRIME GENERAL PROVISIONS FORM and all Crime Coverage Forms forming part of the Policy.

**A. SCHEDULE**

<div align="center">

**Names of Non-Compensated Officers**

</div>

ALL NON-COMPENSATED OFFICERS OF THE
ASSOCIATION

**B. PROVISIONS**

"Employee" also includes your non-compensated officers named in the SCHEDULE.

POLICY OVERPRINT

POLICY NUMBER: I-680-584H8258-TIA-03
ISSUE DATE: 11-25-02
RATER: RF

EFFECTIVE DATE: 01-01-03
EXPIRATION DATE: 01-01-04

INSURED'S NAME: CARROLLSBURG SQUARE CONDO.

| | | |
|---|---|---|
| New/Renewal: R | Special Code: | Watch File: 0 |
| Solicitor Code: | Program Code: 10D | Survey Code: 2 |
| SAI: 9203A7068 | Paymode: B | Reinsurance: N |
| MSI: M | Audit Frequency: N | DOWNSTREAM |
| Rating Mode: G | Responsibility: I | Pro Rata Factor: 1.000 |

PREMIUM SUMMARY

| S.B. | ACCT. MO. | EFF. DATE | PREMIUM .1500 | | TOTAL |
|---|---|---|---|---|---|
| D | N/A | 01-01-03 | 23,835.00 | | 23,835.00 |

23,835.00                                23,835.00

(RENEWING     I-680-584H825-8-TIA-02)

OFFICE: CHANTILLY/WASHDC   226
PRODUCER NAME: J E RICE INS AGCY

Page 1 of 1

# M A S T E R   P A C

## PREMIUM SUMMARY

NAMED INSURED AND MAILING ADDRESS

POLICY NO. 584H8258

CARROLLSBURG SQUARE CONDO.
4301 CONNECTICUT AVE NW
WASHINGTON, DC 20008
              CONDOMINIUM PAC

POLICY PERIOD 01/01/03 - 01/01/04
RATE EFF. DATE: 09/26/02
SITUS STATE: DC

DELUXE PLAN PREMIUM SUMMARY

| COVERAGE | PREMIUM |
|---|---|
| BUILDING | 18,471 |
| GENERAL LIABILITY | INCLUDED |
| AUTO HIRED | 10 |
| AUTO NON-OWNED | 25 |
| POWER PAC | 200 |
| XTEND ENDORSEMENT | 189 |
| ADD'L EMPLOYEE DISHONESTY | 492 |
| REPLACEMENT COST PLUS | INCLUDED |
| FLOOD | 295 |
| BROADENED WIND | 552 |
| ADDITIONAL COVERAGES | 3,601 |
| TOTAL ANNUAL POLICY PREMIUM | 23,835 |

PRODUCER CODE: HF575          OFFICE:WASH      CODE:226    RF

PAGE 01

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
PLAN: DELUXE                        GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL

                     MODIFICATION FACTORS
EXPERIENCE SCHEDULE          EXPENSE  PACKAGE  TRANSITION  AGENCY    TOTAL
   N/A      1.050       X  1.000  X  .600  X   1.000   X  1.000  =  .630
EXPERIENCE SCHEDULE          EXPENSE  PACKAGE  TRANSITION  AGENCY   W/O PKG
   N/A      1.050       X  1.000  X   N/A  X   1.000   X  1.000  = 1.050
```

```
COVERAGE          LOC/BLDG       NUMBER OF        RATING      FLAT            TOT
GARAGEKEEPERS       LIMIT     X  LOC/BLDGS   =    LIMIT      CHARGE      X   MOD
  COMPREHENSIVE  (      0    X        0     ) =      0          0            .000
  COLLISION      (      0    X        0     ) =      0          0            .000

          TOTAL GARAGEKEEPERS COMPREHENSIVE PREMIUM =       0
        TOTAL GARAGEKEEPERS COLLISION PREMIUM =       0
```

```
                                   RATING                              TOT
COVERAGE                          EXPOSURE   X   RATE    FLAT CHG      MOD
AGENT'S FIDELITY COVERAGE                       .000    N/A           .000
ADD'L EMPLOYEE DISHONESTY          250000       N/A      260          .630@
   DIRECTORS/TRUSTEES ON COMMITTEES 250000      N/A      260          .630@
   NON-COMPENSATED OFFICERS        250000       N/A      260          .630@
WELFARE & PENSION PLAN                  0       .000      0           .000
THEFT OF MONEY & SECURITIES             0       N/A       0           .000
BUSINESS INCOME & EXTRA EXPENSE         0       .000    N/A           .000
CONDO-DIRECTORS/OFFICERS                0       .000    N/A           .000
   TYPE OF ASSOCIATION MOD:  0.00         CONDO OCCUPANCY FACTOR:     .000
PRINTERS E & O                        N/A       N/A       0           .000
SMALL COMPUTER                          0       N/A       0           .000
EATING ESTABLISHMENTS                 N/A       N/A       0           .000
AUTO HIRED CHARGE                     N/A       N/A      16           .630
AUTO NON-OWNED CHARGE                 N/A       N/A      40           .630
EMPLOYEE BENEFITS LIABILITY           N/A       N/A       0           .000
EMPLOYERS OVERHEAD LIABILITY          N/A       .000    N/A           .000
SEXUAL ABUSE COVERAGE                   0       N/A       0           .000
   + NURSERY-KINDERGARTEN SURCHARGE     0       .000    N/A           .000
PASTORS PROFESSIONAL LIABILITY          0       .000    N/A           .000
MED PAY-ATHLETIC PARTICIPANTS           0       N/A       0           .000
PREMISES LEASED TO OTHERS               0       .000    N/A           .000
SPECIAL EVENTS                          0       N/A       0           .000
OPTOMETRIST PROF: NUMB/OPTOMETRISTS    .0                             .000
```

```
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
@ RATE/FLAT CHARGE INCLUDES PROPERTY DEDUCTIBLE CREDIT
```

PAGE 02

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:      PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 01 BLD: 01 PAC: CONDO
```

|  | PACKAGE MOD | x | SCHEDULE MOD | x | EXPENSE MOD | x | TRANSITION MOD | x | AGENCY MOD | = | TOTAL MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | BUILDING | BPP |
|---|---|---|
| BASE RATE | 3.260 | .000 |
| (+/-)  OPTIONAL GL LIMIT | .000 | .000 |
| (X/-)  SPRINKLER CREDIT | .000 | .000 |
| (X/+/-)WINDSTORM AND HAIL | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X)  OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X)  ACTUAL CASH VALUE | 1.000 | .000 |
| (X)  COINSURANCE | 1.000 | .000 |
| (X)  DEDUCTIBLE CREDIT | .880 | .000 |
| (X)  LOSS FREE CREDIT | 1.000 | .000 |
| (X)  APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X)  LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X)  MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X)  MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X)  BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X)  WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |
| | | |
| NET RATE | 2.869 | .000 |
| LIMIT | 1108000 | 0 |

| ADDITIONAL CHARGES/FACTORS | BUILDING | BPP |
|---|---|---|
| (X)  INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+)  REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+)  EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-)  HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X)  CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP | X | RATE | X | TOTAL MOD |
|---|---|---|---|---|---|
| (+)  APARTMENT OCCUPANCY | 0 | | .00 | | .000 |
| (+)  LESSORS RISK | 0 | | .00 | | .000 |
| (+)  PARKING AREA | 0 | | .00 | | .000 |
| (+)  SWIMMING POOLS | 0 | | 0 | | .000 |
| (+)  PLAYGROUND | 0 | | 0 | | .000 |

```
TOTAL ANNUAL BUILDING PREMIUM:       2,008
TOTAL ANNUAL BPP PREMIUM:                0
```

PRODUCER CODE: HF575                OFFICE:WASH     CODE:226   RF

```
                                              PAGE 03

                                    MASTERPAC PRICING FACTORS

        CARROLLSBURG SQUARE CONDO.          POLICY NUM: 584H8258    VER: 01
        RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
        RATE GROUP:    PLAN: DELUXE         GL LIMIT: 1,000,000
        SITUS STATE: DC                     FUNCTION: RENEWAL
        TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 01 BLD: 01 PAC: CONDO

        ADDITIONAL COVERAGES      ANN PREM  X  TOT MOD  =   TOTAL PREM
        MP    ICC                    183       .630         115
        MP    DEMO                    92       .630          58
        MP    VALUE                  177       .630         112
        MP    SEWER                  166       .630         105
```

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 500000 | | .500 | X | 1.50SL | | 1.250 | | .630 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | N/A | | 0 | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
        ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
        VALUABLE PAPERS:  SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
        * TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
        # TOT MOD DOES NOT INCLUDE PACKAGE MOD
        SL SUBLIMIT ADJUSTMENT FACTOR

        PRODUCER CODE: HF575                OFFICE:WASH      CODE:226    RF
```

PAGE 04

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.
RATE EFFECTIVE DATE: 09/26/02
RATE GROUP:    PLAN: DELUXE
SITUS STATE: DC
TERR: 01 CONST: 2 PROT CLASS: 01

POLICY NUM: 584H8258    VER: 01
EFFECTIVE DATE: 01/01/03
GL LIMIT: 1,000,000
FUNCTION: RENEWAL
LOC: 01 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 1,108,000 | | 2.869 | | .03 | | .630 | 60 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575                    OFFICE:WASH      CODE:226   RF

```
                                                        PAGE 05

                                        MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:      PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 02 BLD: 01 PAC: CONDO

              PACKAGE      SCHEDULE    EXPENSE   TRANSITION   AGENCY        TOTAL
              MOD     x    MOD    x    MOD    x    MOD    x   MOD      =    MOD
BUILDING:     0.600       1.050        1.000      1.000      1.000         0.630
BPP:          0.000       0.000        0.000      0.000      0.000         0.000

BUILDING AND BUSINESS PERSONAL PROPERTY                    BUILDING       BPP
          BASE RATE                                          3.260        .000
(+/-)     OPTIONAL GL LIMIT                                   .000        .000
(X/-)     SPRINKLER CREDIT                                    .000        .000
(X/+/-)WINDSTORM AND HAIL                                     .000        .000
(X/-)     EXCEPTION RATE CREDIT                               .000        .000
(X/-)     EXCEPTION RATE CREDIT                               .000        .000
 (X)      OCCUPANCY DEBIT/CREDIT                              .000        .000
 (X)      ACTUAL CASH VALUE                                  1.000        .000
 (X)      COINSURANCE                                        1.000        .000
 (X)      DEDUCTIBLE CREDIT                                   .880        .000
 (X)      LOSS FREE CREDIT                                   1.000        .000
 (X)      APT/CONDO FACTOR (LESS THAN 5 UNITS)              1.000        N/A
 (X)      LANDLORDS PROTECTIVE CREDIT                         .000        N/A
 (X)      MULTI RESIDENCE CREDIT                            1.000        N/A
 (X)      MEDICAL PAYMENTS CREDIT                           1.000        N/A
 (X)      BUILDING CODE EFFECTIVENESS CREDIT                1.000        .000
 (X)      WINDSTORM PROTECTIVE DEVICES CREDIT                .000        .000

          NET RATE                                          2.869        .000
          LIMIT                                           769000          0

ADDITIONAL CHARGES/FACTORS                                 BUILDING       BPP
 (X)  INFLATION GUARD INCREASE FACTOR                       1.0000       .0000
 (+)  REPLACEMENT COST PLUS CHARGE                          5.0000       N/A
 (+)  EXCEPTION CHARGE (OK,EC)                               .0000       .0000
 (-)  HIGH LIMIT CREDIT RATE                                 N/A         .0000
 (X)  CLASS OF BUSINESS MOD                                 1.0000      1.0000

REQUIRED GL CHARGES               EXP  X  RATE  X  TOTAL MOD
 (+)  APARTMENT OCCUPANCY          0      .00       .000
 (+)  LESSORS RISK                 0      .00       .000
 (+)  PARKING AREA                 0      .00       .000
 (+)  SWIMMING POOLS               0      0         .000
 (+)  PLAYGROUND                   0      0         .000

TOTAL ANNUAL BUILDING PREMIUM:       1,395
TOTAL ANNUAL BPP PREMIUM:                0




PRODUCER CODE: HF575                OFFICE:WASH      CODE:226    RF
```

PAGE 06

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.       POLICY NUM:  584H8258     VER: 01
RATE EFFECTIVE DATE: 09/26/02    EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE     GL LIMIT: 1,000,000
SITUS STATE: DC             FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01  LOC: 02 BLD: 01 PAC: CONDO

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP ICC | 127 | | .630 | | 80 |
| MP DEMO | 64 | | .630 | | 41 |
| MP VALUE | 123 | | .630 | | 78 |
| MP SEWER | 115 | | .630 | | 73 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | N/A | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

ACCTS RECEIVABLE: SPRK-CRT:   .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
VALUABLE PAPERS: SPRK-CRT:   .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD


PRODUCER CODE: HF575            OFFICE:WASH     CODE:226   RF

```
                                          PAGE 07

                                 MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.             POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02          EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                        FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01       LOC: 02 BLD: 01 PAC: CONDO
```

|  |  |  |  | BROADENED WIND |  | TOTAL |  |
|---|---|---|---|---|---|---|---|
| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | FACTOR | X | MOD | PREMIUM |
| BROADENED WIND - BUILDING | 769,000 |  | 2.869 |  | .03 |  | .630 | 42 |
| BROADENED WIND - BPP | 0 |  | .000 |  | .00 |  | .000 | 0 |

```
--------------------------------------------------------------------------------
```

```
PRODUCER CODE: HF575                  OFFICE:WASH     CODE:226   RF
```

PAGE 08

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE        GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 03 BLD: 01 PAC: CONDO
```

|  | PACKAGE MOD | x | SCHEDULE MOD | x | EXPENSE MOD | x | TRANSITION MOD | x | AGENCY MOD | = | TOTAL MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | BUILDING | BPP |
|---|---|---|
|          BASE RATE | 3.260 | .000 |
| (+/-)  OPTIONAL GL LIMIT | .000 | .000 |
| (X/-)  SPRINKLER CREDIT | .000 | .000 |
| (X/+/-)WINDSTORM AND HAIL | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X)    OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X)    ACTUAL CASH VALUE | 1.000 | .000 |
| (X)    COINSURANCE | 1.000 | .000 |
| (X)    DEDUCTIBLE CREDIT | .880 | .000 |
| (X)    LOSS FREE CREDIT | 1.000 | .000 |
| (X)    APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X)    LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X)    MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X)    MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X)    BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X)    WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |
|          NET RATE | 2.869 | .000 |
|          LIMIT | 943000 | 0 |

| ADDITIONAL CHARGES/FACTORS | BUILDING | BPP |
|---|---|---|
| (X)  INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+)  REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+)  EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-)  HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X)  CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP X | RATE X | TOTAL MOD |
|---|---|---|---|
| (+)  APARTMENT OCCUPANCY | 0 | .00 | .000 |
| (+)  LESSORS RISK | 0 | .00 | .000 |
| (+)  PARKING AREA | 0 | .00 | .000 |
| (+)  SWIMMING POOLS | 0 | 0 | .000 |
| (+)  PLAYGROUND | 0 | 0 | .000 |

```
TOTAL ANNUAL BUILDING PREMIUM:      1,709
TOTAL ANNUAL BPP PREMIUM:               0
```

PAGE 09

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.        POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02     EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE       GL LIMIT: 1,000,000
SITUS STATE: DC                   FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01  LOC: 03 BLD: 01 PAC: CONDO
```

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP  ICC | 157 | | .630 | | 99 |
| MP  DEMO | 79 | | .630 | | 50 |
| MP  VALUE | 151 | | .630 | | 95 |
| MP  SEWER | 141 | | .630 | | 89 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER   X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
```

```
PRODUCER CODE: HF575              OFFICE:WASH      CODE:226    RF
```

PAGE 10

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.   POLICY NUM: 584H8258  VER: 01
RATE EFFECTIVE DATE: 09/26/02  EFFECTIVE DATE: 01/01/03
RATE GROUP:  PLAN: DELUXE   GL LIMIT: 1,000,000
SITUS STATE: DC         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01  LOC: 03 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 943,000 | | 2.869 | | .03 | | .630 | 51 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

------------------------------------------------------------------------------

PRODUCER CODE: HF575      OFFICE:WASH  CODE:226 RF

PAGE 11

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.            POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02         EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                       FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01      LOC: 04 BLD: 01 PAC: CONDO
```

```
            PACKAGE    SCHEDULE    EXPENSE   TRANSITION   AGENCY      TOTAL
             MOD    x    MOD    x    MOD   x    MOD    x    MOD    =    MOD
BUILDING:   0.600      1.050      1.000      1.000      1.000      0.630
BPP:        0.000      0.000      0.000      0.000      0.000      0.000
```

```
BUILDING AND BUSINESS PERSONAL PROPERTY              BUILDING        BPP
          BASE RATE                                   3.260         .000
(+/-)     OPTIONAL GL LIMIT                            .000         .000
(X/-)     SPRINKLER CREDIT                             .000         .000
(X/+/-)   WINDSTORM AND HAIL                           .000         .000
(X/-)     EXCEPTION RATE CREDIT                        .000         .000
(X/-)     EXCEPTION RATE CREDIT                        .000         .000
(X)       OCCUPANCY DEBIT/CREDIT                       .000         .000
(X)       ACTUAL CASH VALUE                           1.000         .000
(X)       COINSURANCE                                 1.000         .000
(X)       DEDUCTIBLE CREDIT                            .880         .000
(X)       LOSS FREE CREDIT                            1.000         .000
(X)       APT/CONDO FACTOR (LESS THAN 5 UNITS)        1.000         N/A
(X)       LANDLORDS PROTECTIVE CREDIT                  .000         N/A
(X)       MULTI RESIDENCE CREDIT                      1.000         N/A
(X)       MEDICAL PAYMENTS CREDIT                     1.000         N/A
(X)       BUILDING CODE EFFECTIVENESS CREDIT          1.000         .000
(X)       WINDSTORM PROTECTIVE DEVICES CREDIT          .000         .000

          NET RATE                                    2.869         .000
          LIMIT                                      857000           0
```

```
ADDITIONAL CHARGES/FACTORS                           BUILDING        BPP
(X)  INFLATION GUARD INCREASE FACTOR                  1.0000       .0000
(+)  REPLACEMENT COST PLUS CHARGE                     5.0000        N/A
(+)  EXCEPTION CHARGE (OK,EC)                          .0000       .0000
(-)  HIGH LIMIT CREDIT RATE                            N/A         .0000
(X)  CLASS OF BUSINESS MOD                            1.0000      1.0000
```

```
REQUIRED GL CHARGES           EXP  X  RATE  X  TOTAL MOD
(+)  APARTMENT OCCUPANCY        0       .00        .000
(+)  LESSORS RISK               0       .00        .000
(+)  PARKING AREA               0       .00        .000
(+)  SWIMMING POOLS             0        0         .000
(+)  PLAYGROUND                 0        0         .000
```

```
TOTAL ANNUAL BUILDING PREMIUM:        1,554
TOTAL ANNUAL BPP PREMIUM:                 0
```

PRODUCER CODE: HF575                   OFFICE:WASH     CODE:226    RF

PAGE 12

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.            POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02         EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                       FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01      LOC: 04 BLD: 01 PAC: CONDO
```

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP    ICC | 142 | | .630 | | 89 |
| MP    DEMO | 71 | | .630 | | 45 |
| MP    VALUE | 137 | | .630 | | 86 |
| MP    SEWER | 129 | | .630 | | 81 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:   .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:   .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
```

```
PRODUCER CODE: HF575            OFFICE:WASH      CODE:226   RF
```

PAGE 13

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.                POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02             EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE               GL LIMIT: 1,000,000
SITUS STATE: DC                           FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01          LOC: 04 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 857,000 | | 2.869 | | .03 | | .630 | 46 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575                    OFFICE:WASH      CODE:226    RF

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:   PLAN: DELUXE          GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 05 BLD: 01 PAC: CONDO
```

|  | PACKAGE MOD | x | SCHEDULE MOD | x | EXPENSE MOD | x | TRANSITION MOD | x | AGENCY MOD | = | TOTAL MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | BUILDING | BPP |
|---|---|---|
| BASE RATE | 3.260 | .000 |
| (+/-)  OPTIONAL GL LIMIT | .000 | .000 |
| (X/-)  SPRINKLER CREDIT | .000 | .000 |
| (X/+/-)WINDSTORM AND HAIL | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X)  OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X)  ACTUAL CASH VALUE | 1.000 | .000 |
| (X)  COINSURANCE | 1.000 | .000 |
| (X)  DEDUCTIBLE CREDIT | .880 | .000 |
| (X)  LOSS FREE CREDIT | 1.000 | .000 |
| (X)  APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X)  LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X)  MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X)  MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X)  BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X)  WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |

|  | BUILDING | BPP |
|---|---|---|
| NET RATE | 2.869 | .000 |
| LIMIT | 1108000 | 0 |

| ADDITIONAL CHARGES/FACTORS | BUILDING | BPP |
|---|---|---|
| (X)  INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+)  REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+)  EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-)  HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X)  CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP X | RATE X | TOTAL MOD |
|---|---|---|---|
| (+)  APARTMENT OCCUPANCY | 0 | .00 | .000 |
| (+)  LESSORS RISK | 0 | .00 | .000 |
| (+)  PARKING AREA | 0 | .00 | .000 |
| (+)  SWIMMING POOLS | 0 | 0 | .000 |
| (+)  PLAYGROUND | 0 | 0 | .000 |

```
TOTAL ANNUAL BUILDING PREMIUM:       2,008
TOTAL ANNUAL BPP PREMIUM:                0
```

```
PRODUCER CODE: HF575                OFFICE:WASH    CODE:226    RF
```

PAGE 15

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE        GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 05 BLD: 01 PAC: CONDO
```

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP   ICC | 183 | | .630 | | 115 |
| MP   DEMO | 92 | | .630 | | 58 |
| MP   VALUE | 177 | | .630 | | 112 |
| MP   SEWER | 166 | | .630 | | 105 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
```

```
PRODUCER CODE: HF575              OFFICE:WASH       CODE:226   RF
```

PAGE 16

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE         GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 05 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 1,108,000 | | 2.869 | | .03 | | .630 | 60 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

----------------------------------------------------------------------------

PRODUCER CODE: HF575                OFFICE:WASH     CODE:226    RF

```
                                                                    PAGE 17

                                                MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:      PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 06 BLD: 01 PAC: CONDO

                PACKAGE     SCHEDULE    EXPENSE    TRANSITION    AGENCY          TOTAL
                MOD    x    MOD    x    MOD    x    MOD    x    MOD    =      MOD
BUILDING:       0.600      1.050       1.000      1.000        1.000          0.630
BPP:            0.000      0.000       0.000      0.000        0.000          0.000

BUILDING AND BUSINESS PERSONAL PROPERTY                   BUILDING          BPP
          BASE RATE                                         3.260          .000
(+/-)  OPTIONAL GL LIMIT                                     .000           .000
(X/-)  SPRINKLER CREDIT                                      .000           .000
(X/+/-)WINDSTORM AND HAIL                                    .000           .000
(X/-)  EXCEPTION RATE CREDIT                                 .000           .000
(X/-)  EXCEPTION RATE CREDIT                                 .000           .000
 (X)   OCCUPANCY DEBIT/CREDIT                                .000           .000
 (X)   ACTUAL CASH VALUE                                    1.000           .000
 (X)   COINSURANCE                                          1.000           .000
 (X)   DEDUCTIBLE CREDIT                                     .880           .000
 (X)   LOSS FREE CREDIT                                     1.000           .000
 (X)   APT/CONDO FACTOR (LESS THAN 5 UNITS)                 1.000           N/A
 (X)   LANDLORDS PROTECTIVE CREDIT                           .000           N/A
 (X)   MULTI RESIDENCE CREDIT                               1.000           N/A
 (X)   MEDICAL PAYMENTS CREDIT                              1.000           N/A
 (X)   BUILDING CODE EFFECTIVENESS CREDIT                   1.000           .000
 (X)   WINDSTORM PROTECTIVE DEVICES CREDIT                   .000           .000

          NET RATE                                          2.869          .000
          LIMIT                                            857000             0

ADDITIONAL CHARGES/FACTORS                                BUILDING          BPP
 (X)   INFLATION GUARD INCREASE FACTOR                     1.0000         .0000
 (+)   REPLACEMENT COST PLUS CHARGE                        5.0000         N/A
 (+)   EXCEPTION CHARGE (OK,EC)                             .0000         .0000
 (-)   HIGH LIMIT CREDIT RATE                              N/A            .0000
 (X)   CLASS OF BUSINESS MOD                               1.0000        1.0000

REQUIRED GL CHARGES                   EXP  X  RATE  X  TOTAL MOD
 (+)   APARTMENT OCCUPANCY              0      .00      .000
 (+)   LESSORS RISK                     0      .00      .000
 (+)   PARKING AREA                     0      .00      .000
 (+)   SWIMMING POOLS                   0       0       .000
 (+)   PLAYGROUND                       0       0       .000

TOTAL ANNUAL BUILDING PREMIUM:         1,554
TOTAL ANNUAL BPP PREMIUM:                  0



PRODUCER CODE: HF575                      OFFICE:WASH     CODE:226    RF
```

```
                                              PAGE 18

                                       MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.             POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02          EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE           GL LIMIT: 1,000,000
SITUS STATE: DC                        FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01       LOC: 06 BLD: 01 PAC: CONDO

ADDITIONAL COVERAGES        ANN PREM X  TOT MOD   =   TOTAL PREM
MP   ICC                       142       .630           89
MP   DEMO                        71      .630           45
MP   VALUE                      137      .630           86
MP   SEWER                      129      .630           81


                                                  FLAT     DED     TOT
OPTIONAL COVERAGES          (EXPOSURE  X   RATE)  OR CHG  X OPT  X MOD

ACCOUNTS RECEIVABLE              0        .000     N/A      .000    .000
VALUABLE PAPERS (-1000)          0        .000     N/A      .000    .000
BUSINESS COMPUTER                0        .000     N/A      .000    .000
SPOILAGE                         0        .000      0       .000    .000
TRANSPORTATION
  COMMON CARRIER                 0        .000      0       .000    .000
  OWNED VEHICLES                 0        .000      0       .000    .000
INSTALLATION FLOATER             0        .000      0       .000    .000
ANIMAL FLOATER                   0        .000      0       .000    .000
BLDRS RISK-NEW CONSTRUCTION      0        .000     N/A      .000    .000
BLDRS RISK-RENOVATION            0        .000     N/A      .000    .000
COMMERCIAL ARTICLES              0        .000     N/A      .000    .000
PERSONAL PROPERTY OF OTHERS      0        .000     N/A      .000    .000
SIGN                             0        .000     N/A      .000    .000
CONTRACTORS EQUIPMENT            0        .000      0       .000    .000
FINE ARTS                        0        .000      0       .000    .000
PROPERTY FLOATER                 0        .000      0       .000    .000
FLOOD                            0        .000     N/A      N/A     .000
EARTHQUAKE                       0        .000     N/A      N/A     .000
ELIMINATE GLASS DED             N/A        N/A     N/A      N/A     N/A
ENERGY EQUIPMENT                 0         0       N/A      .000    .000
EXTERIOR GLASS                   0        .000     N/A      N/A     .000
MINE SUBSIDENCE                  0        .000      0       .000    .000
STOREKEEPERS B & R              N/A       .000     N/A      N/A     .000
TENANT RELOCATION                0        .000     N/A      N/A     .000
LIQUOR LIAB (RECEIPTS)           0        .000      0       N/A     .000
SEWER AND DRAIN                  0         0       N/A      N/A     .000
VETERINARIAN LIABILITY                     N/A      0       N/A     .000
     EACH PARTNER   X(.20)       0         N/A      0       N/A     .000
     EACH EMPLOYEE X(.25)        0         N/A      0       N/A     .000
FIRE DAMAGE LIABILITY            0        .000     N/A      N/A     .000
GAS PUMPS                        0        .000     N/A      N/A     .000
CAR WASH                         0         N/A      0       N/A     .000
PROPANE FILLING                  0         N/A      0       N/A     .000
DAY NURSERY/KINDERGARTEN         0        .000     N/A      N/A     .000
ACCTS RECEIVABLE: SPRK-CRT:  .00   RECEPTACLE-DBT/CRT:  .00   EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:  .00   RECEPTACLE-DBT/CRT:  .00   EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD


PRODUCER CODE: HF575                   OFFICE:WASH      CODE:226   RF
```

PAGE 19

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.  POLICY NUM: 584H8258 VER: 01
RATE EFFECTIVE DATE: 09/26/02  EFFECTIVE DATE: 01/01/03
RATE GROUP: PLAN: DELUXE  GL LIMIT: 1,000,000
SITUS STATE: DC  FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01  LOC: 06 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 857,000 | | 2.869 | | .03 | | .630 | 46 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575    OFFICE:WASH  CODE:226 RF

PAGE 20

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE         GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 07 BLD: 01 PAC: CONDO
```

|  | PACKAGE MOD | x | SCHEDULE MOD | x | EXPENSE MOD | x | TRANSITION MOD | x | AGENCY MOD | = | TOTAL MOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | BUILDING | BPP |
|---|---|---|
| BASE RATE | 3.260 | .000 |
| (+/-)  OPTIONAL GL LIMIT | .000 | .000 |
| (X/-)  SPRINKLER CREDIT | .000 | .000 |
| (X/+/-)WINDSTORM AND HAIL | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-)  EXCEPTION RATE CREDIT | .000 | .000 |
| (X)  OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X)  ACTUAL CASH VALUE | 1.000 | .000 |
| (X)  COINSURANCE | 1.000 | .000 |
| (X)  DEDUCTIBLE CREDIT | .880 | .000 |
| (X)  LOSS FREE CREDIT | 1.000 | .000 |
| (X)  APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X)  LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X)  MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X)  MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X)  BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X)  WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |
| | | |
| NET RATE | 2.869 | .000 |
| LIMIT | 1026000 | 0 |

| ADDITIONAL CHARGES/FACTORS | BUILDING | BPP |
|---|---|---|
| (X)  INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+)  REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+)  EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-)  HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X)  CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP X | RATE X | TOTAL MOD |
|---|---|---|---|
| (+)  APARTMENT OCCUPANCY | 0 | .00 | .000 |
| (+)  LESSORS RISK | 0 | .00 | .000 |
| (+)  PARKING AREA | 0 | .00 | .000 |
| (+)  SWIMMING POOLS | 0 | 0 | .000 |
| (+)  PLAYGROUND | 0 | 0 | .000 |

```
TOTAL ANNUAL BUILDING PREMIUM:      1,859
TOTAL ANNUAL BPP PREMIUM:               0
```

PAGE 21

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.              POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE            GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 07 BLD: 01 PAC: CONDO
```

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP   ICC | 170 | | .630 | | 107 |
| MP   DEMO | 86 | | .630 | | 54 |
| MP   VALUE | 164 | | .630 | | 103 |
| MP   SEWER | 154 | | .630 | | 97 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:    .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
VALUABLE PAPERS:  SPRK-CRT:    .00  RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
```

PRODUCER CODE: HF575                    OFFICE:WASH       CODE:226   RF

PAGE 22

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.                POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02             EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE               GL LIMIT: 1,000,000
SITUS STATE: DC                           FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01          LOC: 07 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 1,026,000 | | 2.869 | | .03 | | .630 | 56 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

-------------------------------------------------------------------------------

PRODUCER CODE: HF575                    OFFICE:WASH     CODE:226   RF

PAGE 23

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE             GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 08 BLD: 01 PAC: CONDO
```

| | PACKAGE | | SCHEDULE | | EXPENSE | | TRANSITION | | AGENCY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MOD | x | MOD | x | MOD | x | MOD | x | MOD | = | MOD |
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | | BUILDING | BPP |
|---|---|---|---|
| | BASE RATE | 3.260 | .000 |
| (+/-) | OPTIONAL GL LIMIT | .000 | .000 |
| (X/-) | SPRINKLER CREDIT | .000 | .000 |
| (X/+/-) | WINDSTORM AND HAIL | .000 | .000 |
| (X/-) | EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-) | EXCEPTION RATE CREDIT | .000 | .000 |
| (X) | OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X) | ACTUAL CASH VALUE | 1.000 | .000 |
| (X) | COINSURANCE | 1.000 | .000 |
| (X) | DEDUCTIBLE CREDIT | .880 | .000 |
| (X) | LOSS FREE CREDIT | 1.000 | .000 |
| (X) | APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X) | LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X) | MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X) | MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X) | BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X) | WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |
| | NET RATE | 2.869 | .000 |
| | LIMIT | 600000 | 0 |

| ADDITIONAL CHARGES/FACTORS | | BUILDING | BPP |
|---|---|---|---|
| (X) | INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+) | REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+) | EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-) | HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X) | CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP X | RATE X | TOTAL MOD |
|---|---|---|---|
| (+) APARTMENT OCCUPANCY | 0 | .00 | .000 |
| (+) LESSORS RISK | 0 | .00 | .000 |
| (+) PARKING AREA | 0 | .00 | .000 |
| (+) SWIMMING POOLS | 0 | 0 | .000 |
| (+) PLAYGROUND | 0 | 0 | .000 |

```
TOTAL ANNUAL BUILDING PREMIUM:      1,089
TOTAL ANNUAL BPP PREMIUM:               0
```

PRODUCER CODE: HF575                OFFICE:WASH     CODE:226    RF

```
                                                PAGE 24

                                    MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.            POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02         EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE          GL LIMIT: 1,000,000
SITUS STATE: DC                       FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01      LOC: 08 BLD: 01 PAC: CONDO

ADDITIONAL COVERAGES       ANN PREM  X  TOT MOD  =  TOTAL PREM
MP    ICC                      99       .630         62
MP    DEMO                      50       .630         31
MP    VALUE                     96       .630         60
MP    SEWER                     90       .630         57


                                                FLAT     DED      TOT
OPTIONAL COVERAGES       (EXPOSURE  X   RATE)  OR  CHG  X  OPT  X  MOD

ACCOUNTS RECEIVABLE            0       .000     N/A     .000    .000
VALUABLE PAPERS (-1000)        0       .000     N/A     .000    .000
BUSINESS COMPUTER              0       .000     N/A     .000    .000
SPOILAGE                       0       .000      0      .000    .000
TRANSPORTATION
  COMMON CARRIER               0       .000      0      .000    .000
  OWNED VEHICLES               0       .000      0      .000    .000
INSTALLATION FLOATER           0       .000      0      .000    .000
ANIMAL FLOATER                 0       .000      0      .000    .000
BLDRS RISK-NEW CONSTRUCTION    0       .000     N/A     .000    .000
BLDRS RISK-RENOVATION          0       .000     N/A     .000    .000
COMMERCIAL ARTICLES            0       .000     N/A     .000    .000
PERSONAL PROPERTY OF OTHERS    0       .000     N/A     .000    .000
SIGN                           0       .000     N/A     .000    .000
CONTRACTORS EQUIPMENT          0       .000      0      .000    .000
FINE ARTS                      0       .000      0      .000    .000
PROPERTY FLOATER               0       .000      0      .000    .000
FLOOD                          0       .000     N/A     N/A     .000
EARTHQUAKE                     0       .000     N/A     N/A     .000
ELIMINATE GLASS DED           N/A      N/A       0      N/A     N/A
ENERGY EQUIPMENT               0        0       N/A     .000    .000
EXTERIOR GLASS                 0       .000     N/A     N/A     .000
MINE SUBSIDENCE                0       .000      0      .000    .000
STOREKEEPERS B & R            N/A      .000     N/A     N/A     .000
TENANT RELOCATION              0       .000     N/A     N/A     .000
LIQUOR LIAB (RECEIPTS)         0       .000      0      N/A     .000
SEWER AND DRAIN                0        0       N/A     N/A     .000
VETERINARIAN LIABILITY                 N/A       0      N/A     .000
    EACH PARTNER   X(.20)      0       N/A       0      N/A     .000
    EACH EMPLOYEE  X(.25)      0       N/A       0      N/A     .000
FIRE DAMAGE LIABILITY          0       .000     N/A     N/A     .000
GAS PUMPS                      0       .000     N/A     N/A     .000
CAR WASH                       0       N/A       0      N/A     .000
PROPANE FILLING                0       N/A       0      N/A     .000
DAY NURSERY/KINDERGARTEN       0       .000     N/A     N/A     .000
ACCTS RECEIVABLE: SPRK-CRT:   .00   RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
VALUABLE PAPERS:  SPRK-CRT:   .00   RECEPTACLE-DBT/CRT:   .00  EXCEP-CRT:   .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD


PRODUCER CODE: HF575                    OFFICE:WASH      CODE:226    RF
```

PAGE 25

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.     POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02    EFFECTIVE DATE: 01/01/03
RATE GROUP:   PLAN: DELUXE       GL LIMIT: 1,000,000
SITUS STATE: DC                FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 08 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 600,000 | | 2.869 | | .03 | | .630 | 33 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

-------------------------------------------------------------------------------

PRODUCER CODE: HF575          OFFICE:WASH    CODE:226   RF

PAGE 26

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.          POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:   PLAN: DELUXE          GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 09 BLD: 01 PAC: CONDO

|  | PACKAGE | | SCHEDULE | | EXPENSE | | TRANSITION | | AGENCY | | TOTAL |
|  | MOD | x | MOD | x | MOD | x | MOD | x | MOD | = | MOD |
| BUILDING: | 0.600 | | 1.050 | | 1.000 | | 1.000 | | 1.000 | | 0.630 |
| BPP: | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| BUILDING AND BUSINESS PERSONAL PROPERTY | BUILDING | BPP |
|---|---|---|
| BASE RATE | 3.260 | .000 |
| (+/-) OPTIONAL GL LIMIT | .000 | .000 |
| (X/-) SPRINKLER CREDIT | .000 | .000 |
| (X/+/-) WINDSTORM AND HAIL | .000 | .000 |
| (X/-) EXCEPTION RATE CREDIT | .000 | .000 |
| (X/-) EXCEPTION RATE CREDIT | .000 | .000 |
| (X) OCCUPANCY DEBIT/CREDIT | .000 | .000 |
| (X) ACTUAL CASH VALUE | 1.000 | .000 |
| (X) COINSURANCE | 1.000 | .000 |
| (X) DEDUCTIBLE CREDIT | .880 | .000 |
| (X) LOSS FREE CREDIT | 1.000 | .000 |
| (X) APT/CONDO FACTOR (LESS THAN 5 UNITS) | 1.000 | N/A |
| (X) LANDLORDS PROTECTIVE CREDIT | .000 | N/A |
| (X) MULTI RESIDENCE CREDIT | 1.000 | N/A |
| (X) MEDICAL PAYMENTS CREDIT | 1.000 | N/A |
| (X) BUILDING CODE EFFECTIVENESS CREDIT | 1.000 | .000 |
| (X) WINDSTORM PROTECTIVE DEVICES CREDIT | .000 | .000 |
| NET RATE | 2.869 | .000 |
| LIMIT | 687000 | 0 |

| ADDITIONAL CHARGES/FACTORS | BUILDING | BPP |
|---|---|---|
| (X) INFLATION GUARD INCREASE FACTOR | 1.0000 | .0000 |
| (+) REPLACEMENT COST PLUS CHARGE | 5.0000 | N/A |
| (+) EXCEPTION CHARGE (OK,EC) | .0000 | .0000 |
| (-) HIGH LIMIT CREDIT RATE | N/A | .0000 |
| (X) CLASS OF BUSINESS MOD | 1.0000 | 1.0000 |

| REQUIRED GL CHARGES | EXP X | RATE X | TOTAL MOD |
|---|---|---|---|
| (+) APARTMENT OCCUPANCY | 0 | .00 | .000 |
| (+) LESSORS RISK | 0 | .00 | .000 |
| (+) PARKING AREA | 0 | .00 | .000 |
| (+) SWIMMING POOLS | 0 | 0 | .000 |
| (+) PLAYGROUND | 0 | 0 | .000 |

TOTAL ANNUAL BUILDING PREMIUM:    1,247
TOTAL ANNUAL BPP PREMIUM:             0

PRODUCER CODE: HF575              OFFICE:WASH    CODE:226   RF

PAGE 27

MASTERPAC PRICING FACTORS

```
CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE            GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 09 BLD: 01 PAC: CONDO
```

| ADDITIONAL COVERAGES | | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|---|
| MP | ICC | 114 | | .630 | | 72 |
| MP | DEMO | 58 | | .630 | | 36 |
| MP | VALUE | 110 | | .630 | | 70 |
| MP | SEWER | 104 | | .630 | | 65 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD
```

```
PRODUCER CODE: HF575            OFFICE:WASH        CODE:226    RF
```

PAGE 28

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.          POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02        EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE          GL LIMIT: 1,000,000
SITUS STATE: DC                      FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01     LOC: 09 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 687,000 | | 2.869 | | .03 | | .630 | 37 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575                 OFFICE:WASH    CODE:226    RF

```
                                                    PAGE 29

                                    MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.          POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE         GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 10 BLD: 01 PAC: CONDO

          PACKAGE      SCHEDULE     EXPENSE     TRANSITION     AGENCY          TOTAL
          MOD     x    MOD     x    MOD     x   MOD      x     MOD      =      MOD
BUILDING: 0.600       1.050        1.000       1.000         1.000           0.630
BPP:      0.000       0.000        0.000       0.000         0.000           0.000

BUILDING AND BUSINESS PERSONAL PROPERTY              BUILDING          BPP
          BASE RATE                                    3.260          .000
(+/-)  OPTIONAL GL LIMIT                                 .000          .000
(X/-)  SPRINKLER CREDIT                                  .000          .000
(X/+/-)WINDSTORM AND HAIL                                .000          .000
(X/-)  EXCEPTION RATE CREDIT                             .000          .000
(X/-)  EXCEPTION RATE CREDIT                             .000          .000
(X)    OCCUPANCY DEBIT/CREDIT                            .000          .000
(X)    ACTUAL CASH VALUE                               1.000          .000
(X)    COINSURANCE                                     1.000          .000
(X)    DEDUCTIBLE CREDIT                                .880          .000
(X)    LOSS FREE CREDIT                                1.000          .000
(X)    APT/CONDO FACTOR (LESS THAN 5 UNITS)            .900          N/A
(X)    LANDLORDS PROTECTIVE CREDIT                       .000          N/A
(X)    MULTI RESIDENCE CREDIT                          1.000          N/A
(X)    MEDICAL PAYMENTS CREDIT                         1.000          N/A
(X)    BUILDING CODE EFFECTIVENESS CREDIT             1.000          .000
(X)    WINDSTORM PROTECTIVE DEVICES CREDIT              .000          .000

          NET RATE                                    2.582          .000
          LIMIT                                     419000            0

ADDITIONAL CHARGES/FACTORS                          BUILDING          BPP
(X)    INFLATION GUARD INCREASE FACTOR              1.0000          .0000
(+)    REPLACEMENT COST PLUS CHARGE                 5.0000          N/A
(+)    EXCEPTION CHARGE (OK,EC)                      .0000          .0000
(-)    HIGH LIMIT CREDIT RATE                        N/A            .0000
(X)    CLASS OF BUSINESS MOD                        1.0000         1.0000

REQUIRED GL CHARGES              EXP   X  RATE  X  TOTAL MOD
(+)    APARTMENT OCCUPANCY         0       .00       .000
(+)    LESSORS RISK                0       .00       .000
(+)    PARKING AREA                0       .00       .000
(+)    SWIMMING POOLS              0        0        .000
(+)    PLAYGROUND                  0        0        .000

TOTAL ANNUAL BUILDING PREMIUM:          687
TOTAL ANNUAL BPP PREMIUM:                 0

PRODUCER CODE: HF575                    OFFICE:WASH      CODE:226    RF
```

PAGE 30

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.      POLICY NUM: 584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02     EFFECTIVE DATE: 01/01/03
RATE GROUP:   PLAN: DELUXE      GL LIMIT: 1,000,000
SITUS STATE: DC              FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01   LOC: 10 BLD: 01 PAC: CONDO

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP ICC | 69 | | .630 | | 44 |
| MP DEMO | 35 | | .630 | | 22 |
| MP VALUE | 67 | | .630 | | 42 |
| MP SEWER | 63 | | .630 | | 40 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
|   COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
|   OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
|     EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
|     EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:   .000
VALUABLE PAPERS: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:   .000
\* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
\# TOT MOD DOES NOT INCLUDE PACKAGE MOD

PRODUCER CODE: HF575         OFFICE:WASH     CODE:226  RF

PAGE 31

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.                POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02             EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE               GL LIMIT: 1,000,000
SITUS STATE: DC                           FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01          LOC: 10 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 419,000 | | 2.582 | | .03 | | .630 | 20 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575                 OFFICE:WASH      CODE:226   RF

```
                                                              PAGE 32

                                          MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.              POLICY NUM: 584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:     PLAN: DELUXE            GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 11 BLD: 01 PAC: CONDO

          PACKAGE      SCHEDULE     EXPENSE    TRANSITION     AGENCY          TOTAL
          MOD     x    MOD     x    MOD     x   MOD     x    MOD     =        MOD
BUILDING: 0.600       1.050        1.000       1.000       1.000             0.630
BPP:      0.000       0.000        0.000       0.000       0.000             0.000

BUILDING AND BUSINESS PERSONAL PROPERTY            BUILDING          BPP
          BASE RATE                                  3.260          .000
(+/-)  OPTIONAL GL LIMIT                              .000          .000
(X/-)  SPRINKLER CREDIT                               .000          .000
(X/+/-)WINDSTORM AND HAIL                             .000          .000
(X/-)  EXCEPTION RATE CREDIT                          .000          .000
(X/-)  EXCEPTION RATE CREDIT                          .000          .000
 (X)   OCCUPANCY DEBIT/CREDIT                         .000          .000
 (X)   ACTUAL CASH VALUE                            1.000          .000
 (X)   COINSURANCE                                  1.000          .000
 (X)   DEDUCTIBLE CREDIT                             .880          .000
 (X)   LOSS FREE CREDIT                             1.000          .000
 (X)   APT/CONDO FACTOR (LESS THAN 5 UNITS)        1.000          N/A
 (X)   LANDLORDS PROTECTIVE CREDIT                  1.000          N/A
 (X)   MULTI RESIDENCE CREDIT                       1.000          N/A
 (X)   MEDICAL PAYMENTS CREDIT                      1.000          N/A
 (X)   BUILDING CODE EFFECTIVENESS CREDIT           1.000          .000
 (X)   WINDSTORM PROTECTIVE DEVICES CREDIT           .000          .000

          NET RATE                                  2.869          .000
          LIMIT                                  1026000             0

ADDITIONAL CHARGES/FACTORS                         BUILDING          BPP
 (X)   INFLATION GUARD INCREASE FACTOR              1.0000         .0000
 (+)   REPLACEMENT COST PLUS CHARGE                 5.0000         N/A
 (+)   EXCEPTION CHARGE (OK,EC)                      .0000         .0000
 (-)   HIGH LIMIT CREDIT RATE                        N/A           .0000
 (X)   CLASS OF BUSINESS MOD                        1.0000        1.0000

REQUIRED GL CHARGES           EXP   X  RATE  X  TOTAL MOD
 (+)   APARTMENT OCCUPANCY      0       .00       .000
 (+)   LESSORS RISK             0       .00       .000
 (+)   PARKING AREA             0       .00       .000
 (+)   SWIMMING POOLS           0       0         .000
 (+)   PLAYGROUND               0       0         .000

TOTAL ANNUAL BUILDING PREMIUM:      1,859
TOTAL ANNUAL BPP PREMIUM:               0




PRODUCER CODE: HF575                   OFFICE:WASH     CODE:226   RF
```

```
                                        PAGE 33

                              MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.          POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02       EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE         GL LIMIT: 1,000,000
SITUS STATE: DC                     FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01    LOC: 11 BLD: 01 PAC: CONDO

ADDITIONAL COVERAGES         ANN PREM X  TOT MOD  =   TOTAL PREM
MP   ICC                        170        .630        107
MP   DEMO                         86        .630         54
MP   VALUE                       164        .630        103
MP   SEWER                       154        .630         97
```

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
| COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
| OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
| EACH PARTNER  X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
| EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

```
ACCTS RECEIVABLE: SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
VALUABLE PAPERS:  SPRK-CRT:  .00  RECEPTACLE-DBT/CRT:  .00  EXCEP-CRT:  .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD


PRODUCER CODE: HF575                      OFFICE:WASH       CODE:226   RF
```

PAGE 34

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.     POLICY NUM:  584H8258   VER: 01
RATE EFFECTIVE DATE: 09/26/02    EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE      GL LIMIT: 1,000,000
SITUS STATE: DC                  FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01   LOC: 11 BLD: 01 PAC: CONDO

| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 1,026,000 | | 2.869 | | .03 | | .630 | 56 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575          OFFICE:WASH    CODE:226  RF

```
                                                           PAGE 35

                                          MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.                POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02             EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE               GL LIMIT: 1,000,000
SITUS STATE: DC                           FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01          LOC: 12 BLD: 01 PAC: CONDO

           PACKAGE    SCHEDULE    EXPENSE    TRANSITION   AGENCY        TOTAL
           MOD    x   MOD    x    MOD    x   MOD     x    MOD     =     MOD
BUILDING:  0.600      1.050       1.000      1.000       1.000         0.630
BPP:       0.000      0.000       0.000      0.000       0.000         0.000

BUILDING AND BUSINESS PERSONAL PROPERTY            BUILDING         BPP
         BASE RATE                                  3.260          .000
(+/-)  OPTIONAL GL LIMIT                             .000          .000
(X/-)  SPRINKLER CREDIT                              .000          .000
(X/+/-)WINDSTORM AND HAIL                            .000          .000
(X/-)  EXCEPTION RATE CREDIT                         .000          .000
(X/-)  EXCEPTION RATE CREDIT                         .000          .000
(X)    OCCUPANCY DEBIT/CREDIT                        .000          .000
(X)    ACTUAL CASH VALUE                           1.000          .000
(X)    COINSURANCE                                 1.000          .000
(X)    DEDUCTIBLE CREDIT                            .880          .000
(X)    LOSS FREE CREDIT                            1.000          .000
(X)    APT/CONDO FACTOR (LESS THAN 5 UNITS)        1.000          N/A
(X)    LANDLORDS PROTECTIVE CREDIT                  .000          N/A
(X)    MULTI RESIDENCE CREDIT                      1.000          N/A
(X)    MEDICAL PAYMENTS CREDIT                     1.000          N/A
(X)    BUILDING CODE EFFECTIVENESS CREDIT          1.000          .000
(X)    WINDSTORM PROTECTIVE DEVICES CREDIT          .000          .000

         NET RATE                                  2.869          .000
         LIMIT                                    828000            0

ADDITIONAL CHARGES/FACTORS                         BUILDING         BPP
(X)  INFLATION GUARD INCREASE FACTOR              1.0000         .0000
(+)  REPLACEMENT COST PLUS CHARGE                 5.0000         N/A
(+)  EXCEPTION CHARGE (OK,EC)                      .0000         .0000
(-)  HIGH LIMIT CREDIT RATE                        N/A           .0000
(X)  CLASS OF BUSINESS MOD                        1.0000        1.0000

REQUIRED GL CHARGES           EXP   X  RATE  X  TOTAL MOD
(+)  APARTMENT OCCUPANCY        0      .00       .000
(+)  LESSORS RISK               0      .00       .000
(+)  PARKING AREA               0      .00       .000
(+)  SWIMMING POOLS             0       0        .000
(+)  PLAYGROUND                 0       0        .000

TOTAL ANNUAL BUILDING PREMIUM:       1,502
TOTAL ANNUAL BPP PREMIUM:                0
```

```
PRODUCER CODE: HF575              OFFICE:WASH      CODE:226   RF
```

PAGE 36

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.  POLICY NUM: 584H8258 VER: 01
RATE EFFECTIVE DATE: 09/26/02 EFFECTIVE DATE: 01/01/03
RATE GROUP: PLAN: DELUXE GL LIMIT: 1,000,000
SITUS STATE: DC  FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01 LOC: 12 BLD: 01 PAC: CONDO

| ADDITIONAL COVERAGES | ANN PREM | X | TOT MOD | = | TOTAL PREM |
|---|---|---|---|---|---|
| MP ICC | 137 | | .630 | | 86 |
| MP DEMO | 69 | | .630 | | 44 |
| MP VALUE | 132 | | .630 | | 83 |
| MP SEWER | 124 | | .630 | | 78 |

| OPTIONAL COVERAGES | (EXPOSURE | X | RATE) | OR | FLAT CHG | X | DED OPT | X | TOT MOD |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNTS RECEIVABLE | 0 | | .000 | | N/A | | .000 | | .000 |
| VALUABLE PAPERS (-1000) | 0 | | .000 | | N/A | | .000 | | .000 |
| BUSINESS COMPUTER | 0 | | .000 | | N/A | | .000 | | .000 |
| SPOILAGE | 0 | | .000 | | 0 | | .000 | | .000 |
| TRANSPORTATION | | | | | | | | | |
|  COMMON CARRIER | 0 | | .000 | | 0 | | .000 | | .000 |
|  OWNED VEHICLES | 0 | | .000 | | 0 | | .000 | | .000 |
| INSTALLATION FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| ANIMAL FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| BLDRS RISK-NEW CONSTRUCTION | 0 | | .000 | | N/A | | .000 | | .000 |
| BLDRS RISK-RENOVATION | 0 | | .000 | | N/A | | .000 | | .000 |
| COMMERCIAL ARTICLES | 0 | | .000 | | N/A | | .000 | | .000 |
| PERSONAL PROPERTY OF OTHERS | 0 | | .000 | | N/A | | .000 | | .000 |
| SIGN | 0 | | .000 | | N/A | | .000 | | .000 |
| CONTRACTORS EQUIPMENT | 0 | | .000 | | 0 | | .000 | | .000 |
| FINE ARTS | 0 | | .000 | | 0 | | .000 | | .000 |
| PROPERTY FLOATER | 0 | | .000 | | 0 | | .000 | | .000 |
| FLOOD | 0 | | .000 | | N/A | | N/A | | .000 |
| EARTHQUAKE | 0 | | .000 | | N/A | | N/A | | .000 |
| ELIMINATE GLASS DED | N/A | | N/A | | 0 | | N/A | | N/A |
| ENERGY EQUIPMENT | 0 | | 0 | | N/A | | .000 | | .000 |
| EXTERIOR GLASS | 0 | | .000 | | N/A | | N/A | | .000 |
| MINE SUBSIDENCE | 0 | | .000 | | 0 | | .000 | | .000 |
| STOREKEEPERS B & R | N/A | | .000 | | N/A | | N/A | | .000 |
| TENANT RELOCATION | 0 | | .000 | | N/A | | N/A | | .000 |
| LIQUOR LIAB (RECEIPTS) | 0 | | .000 | | 0 | | N/A | | .000 |
| SEWER AND DRAIN | 0 | | 0 | | N/A | | N/A | | .000 |
| VETERINARIAN LIABILITY | | | N/A | | 0 | | N/A | | .000 |
|  EACH PARTNER X(.20) | 0 | | N/A | | 0 | | N/A | | .000 |
|  EACH EMPLOYEE X(.25) | 0 | | N/A | | 0 | | N/A | | .000 |
| FIRE DAMAGE LIABILITY | 0 | | .000 | | N/A | | N/A | | .000 |
| GAS PUMPS | 0 | | .000 | | N/A | | N/A | | .000 |
| CAR WASH | 0 | | N/A | | 0 | | N/A | | .000 |
| PROPANE FILLING | 0 | | N/A | | 0 | | N/A | | .000 |
| DAY NURSERY/KINDERGARTEN | 0 | | .000 | | N/A | | N/A | | .000 |

ACCTS RECEIVABLE: SPRK-CRT: .00 RECEPTACLE-DBT/CRT: .00 EXCEP-CRT: .000
VALUABLE PAPERS: SPRK-CRT: .00 RECEPTACLE-DBT/CRT: .00 EXCEP-CRT: .000
* TOT MOD DOES NOT INCLUDE SCHEDULE/EXPENSE CREDITS
# TOT MOD DOES NOT INCLUDE PACKAGE MOD

PRODUCER CODE: HF575  OFFICE:WASH CODE:226 RF

PAGE 37

MASTERPAC PRICING FACTORS

CARROLLSBURG SQUARE CONDO.              POLICY NUM:  584H8258    VER: 01
RATE EFFECTIVE DATE: 09/26/02           EFFECTIVE DATE: 01/01/03
RATE GROUP:    PLAN: DELUXE             GL LIMIT: 1,000,000
SITUS STATE: DC                         FUNCTION: RENEWAL
TERR: 01 CONST: 2 PROT CLASS: 01        LOC: 12 BLD: 01 PAC: CONDO


| OPTIONAL COVERAGES | EXPOSURE | X | RATE | X | BROADENED WIND FACTOR | X | TOTAL MOD | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| BROADENED WIND - BUILDING | 828,000 | | 2.869 | | .03 | | .630 | 45 |
| BROADENED WIND - BPP | 0 | | .000 | | .00 | | .000 | 0 |

--------------------------------------------------------------------------------

PRODUCER CODE: HF575                    OFFICE:WASH    CODE:226   RF

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

GRACE DAUGHTRIDGE, et al.,     )

       Plaintiffs,           )

v.                     )

CARROLLSBURG SQUARE      )
CONDOMINIUM ASSOCIATION,   )
INC., et al.,                   )

       Defendants.         )

Civil Action No. 0001762-07
Calendar #: ___
Judge: Melvin R. Wright
Next Event:     Initial Conference
                  June 8, 2007
                  9:30 a.m.

## WRITTEN NOTICE PURSUANT TO 28 U.S.C. § 1446(d)
## OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT

Please take notice that, pursuant to 28 U.S.C. § 1446(d), a Notice of Removal was

filed on this date in the United States District Court for the District of Columbia with

respect to the above-captioned matter. Attached hereto as Exhibit 1 is a true and correct

copy of the Notice of Removal for filing in the Superior Court for the District of

Columbia to effectuate the removal of this action to the United States District Court for

the District of Columbia and to stay all further proceedings in this Court.

Respectfully submitted,

Steven M. Klepper, #501899
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030
*Attorneys for Defendant The Travelers
Indemnity Company of America (incorrectly
named as Travelers Insurance Company)*

Dated: April 2, 2007

SMK/SMK/00265496.WPDv1

EXHIBIT
B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2007, a copy of the

Written Notice Pursuant to 28 U.S.C. § 1446(d) of Filing of Notice of Removal in

Federal Court was sent by first-class mail, postage prepaid, to:

> Edward L. Pugh II, Esquire
> LOEWINGER & BRAND, PLLC
> 471 H Street, N.W.
> Washington, D.C. 20001
>
> Jeffrey M. Hamberger, Esquire
> Kass, Mitek & Kass, PLLC
> 1050 17th St. N.W., Suite 1100
> Washington, DC 20036-5596

Steven M. Klepper

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

GRACE DAUGHTRIDGE, et al.,  )
           )
  Plaintiffs,     )  Civil Action No. 0001762-07
v.          )  Calendar #: ___
           )  Judge:  Melvin R. Wright
CARROLLSBURG SQUARE  )  Next Event: Initial Conference
CONDOMINIUM ASSOCIATION, )      June 8, 2007
INC., et al.,       )      9:30 a.m.
           )
  Defendants.    )

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

To: Edward L. Pugh II, Esquire
  LOEWINGER & BRAND, PLLC
  471 H Street, N.W.
  Washington, D.C. 20001

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action

from the Superior Court of the District of Columbia, to the United States District Court

for the District of Columbia was on this day filed in the United States District Court for

the District of Columbia.  A copy of such notice is attached.

        Respectfully submitted,

        Steven M. Klepper, #501899
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland  21202
        410.752.6030
        *Attorneys for Defendant The Travelers
        Indemnity Company of America  (incorrectly
        named as Travelers Insurance Company)*

Dated: April 2, 2007

SMK/SMK/00265511.WPDv1

EXHIBIT
C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2007, a copy of the

Notice to Adverse Party of Filing of Notice of Removal was sent by first-class mail,

postage prepaid, to:

Edward L. Pugh II, Esquire
LOEWINGER & BRAND, PLLC
471 H Street, N.W.
Washington, D.C. 20001

Jeffrey M. Hamberger, Esquire
Kass, Mitek & Kass, PLLC
1050 17th St. N.W., Suite 1100
Washington, DC 20036-5596

Steven M. Klepper