IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRACE DAUGHTRIDGE, et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. _____ |
| ) | |
| CARROLLSBURG SQUARE   ) | |
| CONDOMINIUM ASSOCIATION,   ) | |
| INC., et al.,   ) | |
| ) | |
| Defendants.   ) | |

## LCvR 7.1 CORPORATE DISCLOSURE OF THE TRAVELERS INDEMNITY COMPANY OF AMERICA (INCORRECTLY IDENTIFIED AS TRAVELERS INSURANCE COMPANY)

I, the undersigned, counsel of record for Defendant The Travelers Indemnity Company of America ("Travelers"), incorrectly identified in the Complaint as Travelers Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Travelers which have any outstanding securities in the hands of the public:

The Travelers Indemnity Company of America is a wholly owned subsidiary of The Phoenix Insurance Company, which is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings Inc., which is a wholly owned subsidiary of Travelers Property Casualty Corp.,

which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/

_____
Geoffrey H. Genth, Bar No. MD 08735
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for Defendant The Travelers
Indemnity Company of America (incorrectly
named as Travelers Insurance Company)*

Dated: April 2, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2007, a copy of the foregoing disclosure was sent by first-class mail, postage prepaid, to:

> Edward L. Pugh II, Esquire
> LOEWINGER & BRAND, PLLC
> 471 H Street, N.W.
> Washington, D.C. 20001
>
> Jeffrey M. Hamberger, Esquire
> Kass, Mitek & Kass, PLLC
> 1050 17th St. N.W., Suite 1100
> Washington, DC 20036-5596

_____
Steven M. Klepper

SMK/SMK/00265781.WPDv1