UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

GRACE DAUGHTRIDGE, et al.,      )
                                )
            Plaintiffs,          )
                                )
        v.                       )        Civil Action No. 07-0628 (PLF)
                                )
CARROLLSBURG SQUARE              )
CONDOMINIUM ASSOCIATION, INC.,   )
et al.,                          )
                                )
            Defendants.          )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendant The Travelers Indemnity Company of America ("Travelers"),

incorrectly named in the complaint as Travelers Insurance Company, by its undersigned

attorneys, submits this opposition to the motion to remand[1] filed by Plaintiffs Grace

Daughtridge and Betty Daughtridge ("the Daughtridges").

I.      **Introduction**

Travelers issued an insurance policy ("the Policy") to the Carrollsburg Square

Condominium Association, Inc. ("the Association").  The Daughtridges, who own a unit

that sustained fire-related damage, contend that Travelers has paid insufficient amounts

under the Policy with respect to their loss.  This insurance coverage dispute is between

---

[1] Although captioned as a "Motion to Dismiss Defendant's Petition for Removal,"
the motion actually is actually one for remand under 28 U.S.C. § 1447(c).

the Daughtridges, who are citizens of the District, and Travelers, a Connecticut-based insurer, and they claim over $400,000 in damages from Travelers.

As claimants frequently try in insurance coverage disputes, the Daughtridges have attempted to destroy diversity jurisdiction by naming a non-diverse party, the Association, as a defendant. Under either the doctrines of realignment or of fraudulent joinder, the Daughtridges' naming of the Association does not defeat jurisdiction. The application of both doctrines is well-established in insurance coverage disputes. First, this Court and others have recognized that, when a person not a party to the contract advocates coverage for the policyholder, the policyholder is only a nominal defendant. Notwithstanding potential cross-claims between the policyholder and the third-party advocating coverage, both are plaintiffs for the purpose of judging diversity.

Additionally and in the alternative, the doctrine of fraudulent joinder prevents remand because the Daughtridges do not assert claims for relief against the Association that are cognizable under D.C. law. The Daughtridges make vague allegations that the Association has breached obligations under the District of Columbia Condominium Act or the condominium agreement, but a quick view of the undisputed facts and the statute show that the Daughtridges cannot assert any claim against the Association. Accordingly, the Court should deny the motion to remand.

## II.    **Background**

Travelers issued to the Association a Condominium PAC policy, numbered

I-680584H8258-TIA-04, effective January 1, 2004, to January 1, 2005.  A certified copy

of that policy is attached hereto as Exhibit 1.  The Association purchased the Policy

pursuant to provisions of its bylaws relating to insurance.  *See* Ex. 2 & Declaration of

Counsel, ¶ 4.[2]  A fire damaged the Daughtridges' unit on or about March 19, 2004.  *See*

Docket No. 1-3, at p. 7 of 79.  A dispute arose between the Daughtridges and Travelers

regarding the valuation of the loss.  *Id.*

## III.   **Argument**

### A.    **Alignment of Parties**

The Daughtridges allege that the Association, in violation of statutory duties and

the condominium agreement, has failed adequately to obtain or advocate coverage under

the Policy.  Putting aside the legal and factual merits of this claim, these allegations do

not transform the Association into a party adverse to the Daughtridges for the purposes of

28 U.S.C. 1332.  By this action, the Daughtridges advocate additional coverage under an

insurance contract under which the Association is the insured.  Under established law,

this procedural posture requires the realignment of the Association as a co-plaintiff under

28 U.S.C. § 1332.

---

[2]  During the pendency of the claim, new bylaws were executed on August 24,
2004 and recorded on August 26, 2004.  *See* Ex. 3 & Declaration of Counsel, ¶ 4.

1.    The *City of Indianapolis* Doctrine

"Litigation is the pursuit of practical ends, not a game of chess.  Whether the necessary 'collision of interest,' exists, is therefore not to be determined by mechanical rules.  It must be ascertained from the 'principal purpose of the suit,' and the 'primary and controlling matter in dispute.'"  *City of Indianapolis v. Chase Nat. Bank of City of N.Y.*, 314 U.S. 63, 69-70, 62 S. Ct. 15, 17 (1941) (citations omitted).  Thus, "jurisdiction will be sustained if diversity exists when the parties are aligned properly, even though it is lacking on the face of the pleadings."  Wright & Miller, Federal Practice and Procedure § 3607.  Under *City of Indianapolis*, this Court and others have held that, when a plaintiff who is not a party to an insurance contract seeks to assert the rights of the policyholder, the policyholder is aligned with the plaintiff.

In *Saylab v. Harford Mutual Insurance Co.*, 271 F. Supp. 2d 112 (D.D.C. 2003) (Collyer, J.), the Saylabs, who were persons injured in an automobile accident, sought a declaration that Don Juan restaurant's liability insurer was obligated to defend and indemnify Don Juan with respect to their tort action against it.  *Id.* at 113-14.  Their complaint for declaratory judgment, filed in Superior Court, named Don Juan, a resident of the District, as a defendant.  *Id.* at 115.  Upon removal from the Superior Court, this Court held that Don Juan, the contractual rights of which the Saylabs sought to assert against the insurer, was a defendant in name only:

> "The doctrine of realignment permits and requires a nominal defendant to be treated as a plaintiff for the purpose of defining the real controversy."  [*City*

> *of Indianapolis*, 314 U.S.] at 80, 62 S. Ct. 15 (Jackson, J., dissenting). The
> "real controversy" in this lawsuit is whether any of the Insurance Defendants
> owes a duty, through contract or otherwise, to indemnify and defend Don Juan.
> As to that real controversy, Don Juan is a nominal defendant only, whose
> interests are completely aligned with the Saylab family. Thus, for purposes of
> considering diversity jurisdiction, the Court must realign Don Juan to the side
> of the Saylabs.

*Id.* at 116. *See also Littlefield v. Acadia Ins. Co.*, 392 F.3d 1, 4 n.2 (1st Cir. 2004)

(realigning policyholder as co-plaintiff); *International Ins. Co. v. Virginia Ins. Guar.*

*Ass'n*, 649 F. Supp. 58 (E.D. Va. 1986) (in suit brought by subrogated UIM carrier,

realigning Virginia policyholder as plaintiff against Virginia guarantor of insolvent

insurance carrier, destroying diversity jurisdiction); *Liebau v. Columbia Cas. Co.*, 176 F.

Supp. 2d 1236, 1243 (D. Kan. 2001) ("The primary dispute in this action is whether

Columbia must provide insurance coverage for the claims of . . . the injured party[]

against . . . the insured"); *Greer v. Mid-West Nat. Fire & Cas. Ins. Co.*, 305 F. Supp. 352,

354 (E.D. Ark. 1969) (non-diverse policyholder realigned as a plaintiff, sustaining

removal jurisdiction), *aff'd*, 434 F.2d 215 (8th Cir. 1970). *Cf. Home Ins. Co. of Ill. v.*

*Adco Oil Co.*, 154 F.3d 739, 741 (7th Cir. 1998) ("the normal alignment of parties in a

suit seeking a declaratory judgment of non-coverage is Insurer versus Insured and Injured

Party"); *U.S. Fid. & Guar. Co. v. A&S Mfg. Co., Inc.*, 48 F.3d 131, 132 (4th Cir. 1995) (in

declaratory judgment action that an insurer filed in federal court against the policyholder

and other insurers, affirming the district court's decision to treat all insurers, who were not

diverse from one another, as plaintiffs to defeat diversity jurisdiction).

Importantly, potential cross-claims between parties realigned under *City of Indianapolis* do **not** destroy diversity.  In a coverage dispute, the insurer-policyholder dispute is paramount, dominating over any cross-claims.  *See U.S. Fid. & Guar. Co.*, 48 F.3d at 132.   The court may exercise pendent jurisdiction over any cross-claims among non-diverse co-parties.  *Id.  Cf. Zurn Indus., Inc. v. Acton Constr. Co., Inc.*, 847 F.2d 234, 237 (5th Cir. 1988) ("The determination of the 'primary and controlling matter in dispute' does not include the cross-claims and counterclaims filed by the defendants.  Instead, it is to be determined by plaintiff's principal purpose for filing its suit").[3]

### 2.   Application of the "Principal Purpose" Test

Examining the Daughtridges' complaint, it is clear (1) that the "principal purpose" of the suit is to advocate additional coverage for the Association under the Policy, and (2) that the Daughtridges' claims against the Association are an afterthought.  The Daughtridges entitle their original pleading, "Complaint for Declar[a]tory Relief and Breach of an Insurance Contract."  Docket No. 1-3, at p. 5 of 79.  The Daughtridges seek recovery for these causes of action solely against Travelers, not against the Association.  Further, at paragraph 9 of the complaint, the Daughtridges explain why they have joined

---

[3]  Although cross-claims most commonly exist between co-defendants, the language of Rule 13(g) – providing that a "pleading may state as a cross-claim any claim by one party against a co-party" – permits cross-claims between co-plaintiffs.  *See Ryan ex rel. Ryan v. Schneider Nat. Carriers, Inc.*, 263 F.3d 816, 819-20 (8th Cir. 2001) (where plaintiff attempted to defeat diversity jurisdiction by amending complaint to assert claim against co-plaintiff, district court properly treated claim as Rule 13(g) cross-claim, over which court had supplemental jurisdiction).

the Association: "Defendant Carrollsburg is named as a necessary defendant as defendant Carrollsburg is the named insured in the insurance policy written by defendant Travelers." *Id.*, at p. 6 of 79 (¶ 9). The clear import of this paragraph is that the Association is merely a nominal defendant, joined only because of its interest in the declaration that the Daughtridges seek under the Association's policy.

It appears that, at some point while drafting the complaint, the Daughtridges sought to fashion claims against the Association to defeat diversity. These ill-defined claims, however, are clearly subsidiary to the principal dispute with Travelers under the Policy. Amidst the various assertions of contractual violations by Travelers, the Daughtridges assert only the following defaults by the Association:

21. Both defendants have refused to give permission to Plaintiffs to restore the property and reimburse Plaintiffs which forced Plaintiffs to do the restoration work and file this suit.

22. Plaintiffs have lost rents due to defendant Travellers delay in funding the reconstruction and defendant Carrollsburg's delay in settling the claim.

*    *    *

25. Defendant Carrollsburg refused to sue defendant Travellers.

*    *    *

33. Defendant Carrollsburg has failed to discharge its duty to the Plaintiffs to timely sue defendant Travellers on the policy of insurance.

34. Defendant Carrollsburg has failed to properly adjust the loss or timely initiate the lawsuit on behalf of the Plaintiffs themselves and therefore has also breached the Condominium agreement with the Plaintiffs and its duty to Plaintiffs.

> 35.    Defendant Travellers has offered proceeds which are insufficient to cover the Plaintiff's loss and defendant Carollsburg placed the insurance policy with improper and insufficient coverage whereby defendant Carrollsburg should answer in negligence for said insufficient coverage.

Docket No. 1-3, at pp. 8-9 of 79.

The Daughtridges, however, were unable to fashion a measure of damages for these alleged breaches by the Association. Their prayer for relief states:

> NOW WHEREFORE the Plaintiff, by and through counsel, respectfully prays this Court grant Declaratory Relief for the Plaintiff ordering the Defendant Travellers to pay Plaintiff's loss in the amount of $141,486.00, $50,000.00 for lost rents, expenses and carrying costs and for $250,000.00 in punitive and delay damages and all costs and attorney's fees associated herein and **damages from defendant Carrollsburg for failure to timely adjust the loss and place proper coverage**.

*Id.*, at p. 9 of 79 (emphasis added). Notably, the Daughtridges' motion to remand also is unable to identify the damages they seek from the Association.

Notwithstanding the legal deficiency of the claims against the Association (discussed in section III.B, *infra*), it is sufficient for the purposes of *City of Indianapolis* that these claims are subsidiary to the claims against Travelers. The "principal purpose of the suit" is to increase recovery under the insurance project, and the Association is a co-plaintiff for this purpose. The Daughtridges' assertion of cross-claims against this co-plaintiff does not destroy diversity. "Litigation," to reiterate, "is the pursuit of practical ends, not a game of chess." *City of Indianapolis*, 314 U.S. at 69, 62 S. Ct. at 17. The Daughtridges' amorphous claims against the Association take a back seat to their claim to

compel further payments under the insurance contract. Consequently, under the "principal purpose" test, complete diversity exists under 28 U.S.C. § 1332.

### B.    Fraudulent Joinder

Additionally and in the alternative, pursuant to the doctrine of fraudulent joinder, the Daughtridges' purported claims against the Association fail to destroy diversity because the Daughtridges cannot assert a claim cognizable under D.C. law.

To be sure, the burden of establishing fraudulent joinder is a heavy one. *In re Tobacco/Governmental Health Care Costs Litig.*, 100 F. Supp. 2d 31, 39-40 (D.D.C. 2000). Travelers has the burden of proving that there is no possibility that the Daughtridges can establish a cause of action against the Association. *Id.* " For fraudulent joinder, the district court may . . . 'pierce the pleadings' and consider summary judgment-type evidence in the record, but must also take into account all unchallenged factual allegations, including those alleged in the complaint, in the light most favorable to the plaintiff." *Travis v. Irby*, 326 F.3d 644, 648-49 (5th Cir. 2003).

In the context of insurance coverage litigation, where plaintiffs frequently advance creative theories to defeat diversity, courts have employed the doctrine of fraudulent joinder to dismiss improperly joined parties and retain jurisdiction. *See Coots v. Allstate Life Ins. Co.*, 313 F. Supp. 2d 539, 543-44 (D. Md. 2004) (plaintiffs could not state claim for conversion against insurer's agent, who was therefore improperly joined); *17th Street Assocs., LLP v. Markel Int'l Ins. Co. Ltd.*, 373 F. Supp. 2d 584, 597-98 (E.D. Va. 2005)

(because insurer was "the only possible defendant in a contract claim," and because no valid tort claims asserted against insurer's non-diverse agent, joinder of agent in lawsuit was improper); *Stafford EMS, Inc. v. J.B. Hunt Transport, Inc.*, 270 F. Supp. 2d 773, 776-78 (S.D. W. Va. 2003) (insurance adjuster improperly joined in action against insurer); *Meisel v. Allstate Indem. Co.*, 357 F. Supp. 2d 1222, 1226-28 (E.D. Cal. 2005) (dismissing claim against insurance agent, denying motion to remand); *Selvaggi v. Prudential Prop. & Cas. Ins. Co.*, 871 F. Supp. 815, 819 (E.D. Pa 1995) (same).

Here, the Daughtridges make various amorphous claims that the Association has breached the condominium agreement or the District of Columbia Condominium Act, D.C. Code § 42-1903 et seq. In arguing that the Association is a proper defendant, they argue that Travelers "completely disregards Plaintiffs' cause action against the Association for breaching their obligations under the Condominium agreement, as well as the allegation that the Association is in violation of D.C. Code § 42-1903." Docket No. 4, at p. 7 of 59. Nowhere, however, do the Daughtridges identify which provision of the statute the Association allegedly has breached. Indeed, the Daughtridges make no mention of the particular language of section 42-1903.10, which imposes detailed insurance requirements upon condominium associations. Nor do they allege what provision of the condominium agreement the Association has breached.

The statutory duty to procure insurance derives from section 42-1903.10(b), which provides:

(b) Commencing not later than the time of the first conveyance of a condominium unit to a person other than a declarant, the unit owners' association shall maintain, to the extent reasonably available:

> (1) Property insurance on the common elements insuring against all risks of direct physical loss commonly insured against. The total amount of insurance after application of any deductibles shall not be less than 90% of the replacement cost of the insured property at the time the insurance is purchased and at each renewal date, excluded from property policies; and
>
> (2) Liability insurance, including medical payments insurance, in an amount determined by the executive board but not less than any amount specified in the condominium instruments that covers all occurrences commonly insured against for death, bodily injury, or property damage arising out of or in connection with the use, ownership, or maintenance of the common elements.

D.C. Code § 42-1903.10(b). The Daughtridges do not and cannot allege that the limits of insurance under the Policy are inadequate. The Policy contains a $1,087,560 limit of insurance for location number 11 (1245-1265 Delaware Avenue), the building in which the Daughtridges' unit is located. *See* Ex. 1, forms IL T0 20 01 89 and MP T0 01 09 98 (page 3 of 3).[4] The Daughtridges' claim for damage to the building is well within that limit.

---

[4] The Daughtridges focus on the statement in Travelers' answer that "Travelers denies that Exhibit B to the Complaint represents the Policy issued to the Association in effect on the date of the fire," Docket No. 3, at p. 2 of 7 (¶ 10), contending that this paragraph creates an issue of fact as to whether the Association complied with its statutory obligation to procure insurance. Exhibit B to the Daughtridges' complaint is an incomplete copy of the policy issued by Travelers for the period of January 1, 2003, to January 1, 2004. *See* Docket No. 1-3, at p. 15 of 79. The fire occurred outside that period, on March 19, 2004. Exhibit 1 to this memorandum is a certified copy of the policy that was in effect on the date of the fire.

Section 42-1903.10(f) sets forth the duties of a condominium association with

respect to the insurance on the property:

> (f) Any loss covered by the property policy under subsections (b)(1) and (c) of
> this section shall be adjusted with the unit owners' association, but the
> insurance proceeds for the loss shall be payable to any insurance trustee
> designated to receive payments or otherwise to the unit owners' association,
> and not to any mortgagee or beneficiary under a deed of trust.  The insurance
> trustee or the unit owners' association shall hold any insurance proceeds in
> trust for unit owners or lienholders as the unit owners' or lienholders' interests
> may appear.  Subject to the provisions of subsection (I) of this section, the
> proceeds shall be disbursed first for the repair or restoration of the damaged
> property.  A unit owner or lienholder shall not be entitled to receive any
> portion of the proceeds unless there is a surplus of proceeds after the property
> has been completely repaired or restored or the condominium is terminated.

D.C. Code § 42-1903.10(f).  This statute simply provides that the insurer, in adjusting the

claim, should deal directly with the unit owners' association, which will hold the

insurance proceeds and distribute any surplus to the unit owner.  The Daughtridges do not

allege that the Association has failed to distribute a surplus to them; rather, they allege

that Travelers has paid insufficient money to the Association.  This statutory obligation,

therefore, does not come into play.

Finally, nothing in the statute or bylaws obligates the Association to institute suit

against Travelers.  In their prayer for relief, the Daughtridges not seek damages for the

alleged failure to bring suit.  *See* Docket No. 1-3, at p. 9 of 79.  Even under the

allegations of the complaint, it is difficult to see how a judgment would be entered against

the Association.  If the Daughtridges establish that additional sums are due under the

Travelers policy, then Travelers is the party liable and the party against which judgment would be entered.

As set forth in section III.A of this memorandum, the Court need not reach the issue of fraudulent joinder to sustain jurisdiction.  Nevertheless, even under the high standard applicable to fraudulent joinder, Travelers has met its burden.  Plaintiffs cannot state a claim for relief against the Association under the law of the District.

### C.    Plaintiffs' Request for Fees

Finally the Daughtridges request that the Court award them attorney's fees and costs.  "Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal."  *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 126 S. Ct. 704, 711 (2005).  As set forth in this memorandum, Travelers does not merely have an objectively reasonable basis to seek removal.  It is Daughtridges who make conclusory assertions, without legal or factual basis, in manufacturing grounds for remand.  This Court has full jurisdiction over this insurance coverage dispute between citizens of the District and a Connecticut insurer.

**IV.**     <u>**Conclusion**</u>

For the reasons stated above, the Court should deny the Daughtridges' motion to remand.

Respectfully submitted,


_____/s/ *Steven M. Klepper*_____
Geoffrey H. Genth, Bar No. MD 08735
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for Defendant The Travelers*
*Indemnity Company of America  (incorrectly*
*named as Travelers Insurance Company)*

Dated: May 4, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

GRACE DAUGHTRIDGE, et al.,            )
                                      )
              Plaintiffs,             )
                                      )
        v.                            )        Civil Action No. 07-0628 (PLF)
                                      )
CARROLLSBURG SQUARE                   )
CONDOMINIUM ASSOCIATION, INC.,        )
et al.,                               )
                                      )
              Defendants.             )
_____ )

**DECLARATION OF COUNSEL IN SUPPORT OF**
**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1746, Steven M. Klepper makes the following declarations

in support of the Memorandum of Points and Authorities in Opposition to Plaintiffs'

Motion to Remand ("the Opposition Memorandum"):

1.      I serve as counsel in this action for Defendant The Travelers Indemnity

Company of America ("Travelers"), incorrectly named in the complaint as Travelers

Insurance Company.

2.      Attached to the Opposition Memorandum as Exhibit 1 is a certified copy,

provided to me by my client, of an insurance policy issued by Travelers to the

Carrollsburg Square Condominium Association, Inc. ("the Association").

07266/0/00278816.WPDv1

3.     On April 24, 2007, in preparing the Opposition Memorandum, I requested that the Association's then-counsel, Jeffrey Hamberger, Esquire, provide me a copy of the Association's condominium agreement.

4.     On April 25, 2007, Mr. Hamberger provided to me the documents attached to the Opposition Memorandum as Exhibits 2 and 3.  He represented to me that Exhibit 2 represents the insurance provisions of the Association's bylaws, as they existed on the date of the fire that is the subject of the present action.  He further represented to me that Exhibit 3 represents the insurance provisions of the Association's bylaws as executed on August 24, 2004, and recorded on August 26, 2004.

5.     I have requested that the Association's new counsel, William Hickey, Esquire, provide me complete copies of the two versions of the bylaws.  Mr. Hickey was not able to provide me such copies by today, the date that the Opposition Memorandum is due.

6.     If the Court deems it appropriate, I intend to submit to the Court complete copies of the bylaws upon receipt thereof.

I declare under penalty of perjury that the foregoing is true and correct.


_____/s/ Steven M. Klepper_____
Steven M. Klepper, Bar No. MD 26664

Dated: May 4, 2007

One Tower Square, Hartford, Connecticut  06183    **Travelers**

### RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
CONDOMINIUM PAC
**BUSINESS:** CONDOMINIUMS

**POLICY NO.:** I-680-584H8258-TIA-04
**ISSUE DATE:** 12-02-03

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**

   CARROLLSBURG SQUARE CONDO.
   C/O THE SIMMONS MNGT GROUP INC
   8911 60TH AVENUE, 2ND FLOOR
   COLLEGE PARK          MD  20740

2. **POLICY PERIOD:** From  01-01-04  to  01-01-05  12:01 A.M. Standard Time at your mailing address.

3. **LOCATIONS:**

   | PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
   |---|---|---|---|

   SEE IL TO 20 01 89

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

   | COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
   |---|---|
   | Businessowners Coverage Part | TIA |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:**  Each of the following is a separate policy containing its complete provisions.

   | POLICY | POLICY NUMBER | INSURING COMPANY |
   |---|---|---|

   DIRECT BILL

7. **PREMIUM SUMMARY:**

   | | | |
   |---|---|---|
   | Provisional Premium | $ | 30,561.00 |
   | Due at Inception | $ | |
   | Due at Each | $ | |

   NAME AND ADDRESS OF AGENT OR BROKER

   J E RICE INS AGCY       HF575
   3140 WEST WARD RD STE 105
   DUNKIRK               MD  20754

   COUNTERSIGNED BY:

   _____
   Authorized Representative

   DATE: _____

**IL TO 25 08 01**  (Page 1 of 01)
Office:  CHANTILLY/WASHDC    DOWN



**CERTIFIED POLICY**

The policy to which this certification is affixed is a true and accurate copy of the policy contained in company records and used in the regular course of business as of the date shown below. No representation or warranty is made that this copy is identical in all respects to the policy issued.

No insurance is afforded by this copy.

The Travelers Indemnity Company of America
Name of Insuring Company                    H. E. Fitts

680-584H8258
Policy Number                    Date: 4/16/07



**Travelers**

## CONDOMINIUM PAC

### A Custom Insurance Policy Prepared for:

CARROLLSBURG SQUARE CONDO.
C/O THE SIMMONS MNGT GROUP INC
8911 60TH AVENUE, 2ND FLOOR
COLLEGE PARK              MD   20740

**Presented by:  J E RICE INS AGCY**

POLICY NUMBER:  I-680-584H8258-TIA-04

EFFECTIVE DATE:  01-01-04

ISSUE DATE:  12-02-03

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
* IL T0 25 08 01   RENEWAL CERTIFICATE
* IL T8 01 01 01   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
  IL T3 15 12 94   COMMON POLICY CONDITIONS
* IL T0 20 01 89   ADDITIONAL LOCATIONS
```

BUSINESSOWNERS

```
* MP T0 01 09 98   BUSINESSOWNERS COVERAGE PART DEC
  MP T1 02 01 00   BUSINESSOWNERS PROPERTY COV-SPEC FORM
  MP T1 03 01 00   AMENDATORY PROVISIONS-CONDOMINIUM
* CP 14 10 07 88   ADDITIONAL COVERED PROPERTY
* CP T3 09 06 95   REPLACEMENT COST PLUS
* MP T3 06 06 97   SEWER OR DRAIN BACKUP EXTENSION
* MP T3 25 11 02   TERRORISM RISK INS ACT OF 2002 NOTICE
* MP T1 35 10 91   ORDINANCE OR LAW COVERAGE
* MP T1 72 08 96   CAUSES OF LOSS-BROAD FORM FLOOD
  MP T3 20 01 00   BROADENED WIND COVERAGE
* MP T3 23 05 02   FUNGUS,ROT,BACTERIA CHANGES
  MP T9 70 01 00   TRAVELERS POWER-PAC ENDORSEMENT
```

COMMERCIAL GENERAL LIABILITY

```
  CG T0 34 10 93   TABLE OF CONTENTS
  CG 00 01 10 93   COMMERCIAL GENERAL LIABILITY COV FORM
  CG D2 37 01 01   EXCLUSION-REAL ESTATE DEV ACTIVITIES
  CG 00 57 09 99   AMENDMENT OF INSURING AGRMNT-KNOWN INJ
* CG 21 70 11 02   CAP ON LOSSES CERTIFIED ACTS TERRORISM
  CG D0 37 01 99   OTHER INSURANCE-ADDITIONAL INSUREDS
  CG D1 86 09 99   XTEND ENDORSEMENT
  CG D1 94 11 97   CHGS IN COMMERCIAL GENERAL LIAB COV FORM
  CG D2 03 12 97   AMEND-NON CUMULATION OF EACH OCC
  CG D2 34 02 01   WEB XTEND - LIABILITY
* MP T1 25 01 03   HIRED AUTO AND NON-OWNED AUTO LIAB
  CG D2 43 01 02   FUNGI OR BACTERIA EXCLUSION
  CG 21 47 10 93   EMPLOYMENT-RELATED PRACTICES EXCLUSION
  CG D0 76 06 93   EXCLUSION-LEAD
  CG D1 42 01 99   EXCLUSION-DISCRIMINATION
  CG D1 92 08 97   AMEND POLL EXCL-EXCEPT BLDG HEAT EQUIP
  CG D2 42 01 02   EXCLUSION WAR
  CG T4 78 02 90   EXCLUSION-ASBESTOS
  CG T3 33 12 88   LIMIT WHEN TWO OR MORE POLICIES APPLY
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

**POLICY NUMBER:**  I-680-584H8258-TIA-04

**EFFECTIVE DATE:**  01-01-04

**ISSUE DATE:**  12-02-03

INTERLINE ENDORSEMENTS

```
   IL 00 21 04 98    NUCLEAR ENERGY LIABILITY EXCLUSION
   IL 02 78 04 98    DC CHANGES - CANCELLATION AND NONRENEWAL
 * IL 09 52 11 02    CAP LOSSES-CERTIFIED ACTS OF TERRORISM
   IL T3 53 04 98    EXCL CERTAIN COMPUTER-RELATED LOSSES
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium: or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspection, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful: or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums: and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. BUSINESSOWNERS COVERAGE PART –REFERENCES TO FORMS AND ENDORSEMENTS**

In some instances, the Common Policy Declarations may list endorsements included in the Businessowners Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial General Liability or Liquor Liability Coverage Part; or

3. Standard Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Condominium Association Coverage Form;

   e. Condominium Commercial Unit–Owners Coverage Form;

   f. Causes of Loss Basic Form;

g. Causes of Loss Special Form; and

h. Causes of Loss Earthquake Form.

   Endorsements referencing the Commercial Property Coverage Part or the Standard Property Forms referenced above apply to the Businessowners Property Coverage Form (Standard or Special version) in the same manner as they apply to the forms they reference.

   Endorsements referencing the Commercial General Liability Coverage Part apply to the Commercial General Liability Coverage Form (included in the Businessowners Coverage Part) in the same manner as they apply to the form they reference.

**H. INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**I. INSURING COMPANIES**

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company) have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The  Phoenix Insurance Company (PHX)
The  Charter Oak Fire Insurance Company (COF)
The Travelers Indemnity Company of Illinois (TIL)
* The Travelers Indemnity Company of Connecticut (TCT)
The  Travelers Indemnity Company of America (TIA)
The Travelers Insurance Company (Ins)

*Formerly known as The Travelers Indemnity Company of Rhode Island (TRI)

Secretary

President

**IL T3 15 12 94**
(Rev. 2-95)

**Travelers**

One Tower Square, Hartford, Connecticut 06183

ADDITIONAL LOCATIONS
CONDOMINIUM PAC

POLICY NO.: I-680-584H8258-TIA-04
ISSUE DATE: 12-02-03

## THIS SCHEDULE OF LOCATIONS AND BUILDINGS APPLIES
## TO THE COMMON DECLARATIONS FOR THE PERIOD

### 01-01-04 to 01-01-05

| LOC. NO. | BLDG. NO. | OCCUPANCY | ADDRESS | |
|---|---|---|---|---|
| 01 | 01 | CONDOMINIUMS | 320-342 M STREET, S.W. WASHINGTON | DC 20024 |
| 02 | 01 | CONDOMINIUMS | 250-264 M STREET SW WASHINGTON | DC 20024 |
| 03 | 01 | CONDOMINIUMS | 200-218 M STREET SW WASHINGTON | DC 20024 |
| 04 | 01 | CONDOMINIUMS | 218-236 M STREET, SW WASHINGTON | DC 20024 |
| 05 | 01 | CONDOMINIUMS | 375-397 M STREET SW WASHINGTON | DC 20024 |
| 06 | 01 | CONDOMINIUMS | 1220-1236 4TH STREET SW WASHINGTON | DC 20024 |
| 07 | 01 | CONDOMINIUMS | 301-321 N STREET SW WASHINGTON | DC 20024 |
| 08 | 01 | CONDOMINIUMS | 1289-1299 DELAWARE AVE WASHINGTON | DC 20024 |
| 09 | 01 | CONDOMINIUMS | 1275-1287 DELAWARE AVE WASHINGTON | DC 20024 |
| 10 | 01 | CONDOMINIUMS | 1267-1273 DELAWARE AVE. WASHINGTON | DC 20024 |
| 11 | 01 | CONDOMINIUMS | 1245-1265 DELAWARE AVE. WASHINGTON | DC 20024 |
| 12 | 01 | CONDOMINIUMS | 1233-1243 DELAWARE AVE. WASHINGTON | DC 20024 |

IL T0 20 01 89

# BUSINESSOWNERS



# BUSINESSOWNERS

**Travelers**

One Tower Square, Hartford, Connecticut 06183

## BUSINESSOWNERS COVERAGE PART DECLARATIONS

CONDOMINIUM PAC
DELUXE PLAN

**POLICY NO.:** I-680-584H8258-TIA-04
**ISSUE DATE:** 12-02-03

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 01-01-04 to 01-01-05 12:01 A.M. Standard Time at your mailing address.

**FORM OF BUSINESS:** CONDO. ASSOC.

**COVERAGES AND LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| BUSINESSOWNERS PROPERTY COVERAGE: | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 01 | 01 | 02 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 1,174,480 | $ | 815,140 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |

**BUSINESS INCOME:** Limit-Actual loss up to 12 Consecutive Months

**DEDUCTIBLE AMOUNT:** Businessowners Property Coverage: $ 2,500 Per Occurrence.

## COMMERCIAL GENERAL LIABILITY COVERAGE–

### OCCURRENCE FORM

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate (except Products–Completed Operations) Limit | $ 2,000,000 |
| Products–Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

**MORTGAGE HOLDER–BUILDING COVERAGE ONLY:**

**SPECIAL PROVISIONS:**

## COMMERCIAL GENERAL LIABILITY COVERAGE IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 09 98  (Page 1 of 03)

**Travelers**

One Tower Square, Hartford, Connecticut 06183

## BUSINESSOWNERS COVERAGE PART SUPPLEMENTAL DECLARATIONS

CONDOMINIUM PAC
DELUXE PLAN

POLICY NO.: I-680-584H8258-TIA-04
ISSUE DATE: 12-02-03

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 03 | 01 | 04 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ 999,580 | | $ 908,420 | |
| Loss Adjustment Basis: | RCP | | RCP | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ 250 | | $ 250 | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 05 | 01 | 06 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ 1,174,480 | | $ 908,420 | |
| Loss Adjustment Basis: | RCP | | RCP | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ 250 | | $ 250 | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 07 | 01 | 08 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ 1,087,560 | | $ 636,000 | |
| Loss Adjustment Basis: | RCP | | RCP | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ 250 | | $ 250 | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

MP T0 01 09 98 (Page 02 of 03)

**Travelers**

One Tower Square, Hartford, Connecticut 06183

---

## BUSINESSOWNERS COVERAGE PART SUPPLEMENTAL DECLARATIONS

CONDOMINIUM PAC
DELUXE PLAN

**POLICY NO.:** I-680-584H8258-TIA-04
**ISSUE DATE:** 12-02-03

**PROPERTY COVERAGE LIMITS OF INSURANCE:** Insurance applies only to an item for which a "limit" or the word "INCLUDED" is shown.

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 09 | 01 | 10 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 728,220 | $ | 444,140 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| | 11 | 01 | 12 | 01 |
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | 1,087,560 | $ | 877,680 |
| Loss Adjustment Basis: | | RCP | | RCP |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | 250 | $ | 250 |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

| | PREM. NO. | BLDG. NO. | PREM. NO. | BLDG. NO. |
|---|---|---|---|---|
| **BUILDINGS:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass Deductible: | $ | | $ | |
| | | | | |
| **BUSINESS PERSONAL PROPERTY:** | | | | |
| Limit of Insurance: | $ | | $ | |
| Loss Adjustment Basis: | | | | |
| Inflation Guard: | | | | |
| Exterior Building Glass: | $ | | $ | |
| Exterior Building Glass Deductible: | $ | | $ | |

# BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G – PROPERTY DEFINITIONS.

## A. COVERAGE – BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INCOME

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at the described premises. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means the portion of the building which you rent, lease or occupy and any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property and Costs Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   **a. Building,** meaning the building or structure described in the Declarations, including:

     **(1)** Completed additions;

     **(2)** Fixtures, including outdoor fixtures;

     **(3)** Permanently attached:

       **(a)** Machinery; and

       **(b)** Equipment;

     **(4)** Personal property owned by you that is used to maintain or service the building or structure or the premises, including:

       **(a)** Fire extinguishing equipment;

       **(b)** Outdoor furniture;

       **(c)** Floor coverings;

       **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

       **(e)** Lawn maintenance and snow removal equipment; and

       **(f)** Alarm systems;

     **(5)** If not covered by other insurance:

       **(a)** Alterations and repairs to the building or structure;

       **(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the building or structure.

   **b. Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

     **(1)** Property owned by you and used in your business;

     **(2)** Property of others that is in your care, custody or control;

     **(3)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fix-

BUSINESSOWNERS

tures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy or lease but do not own; and

    **(b)** You acquired or made at your expense but are not permitted to remove;

  **(4)** "Money" and "Securities".

**2. Property and Costs Not Covered**

Unless the following is added by endorsement to this policy, Covered Property does not include:

**a.** Aircraft;

**b. (1)** Automobiles held for sale;

  **(2)** Vehicles or self-propelled machines that are:

    **(a)** Required to be licensed if used on public roads; or

    **(b)** Operated principally away from the described premises;

  This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale; or

    **(c)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**c.** Bulkheads, piers, pilings, wharves or docks;

**d.** Dams and dikes;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavating, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this policy from a Covered Cause of Loss), reclaiming or restoring land or water;

**g.** Water or land whether in its natural state or otherwise (including land on which the property is located), growing crops or standing timber;

**h.** The following property while outside of buildings:

  **(1)** Bridges, walks, roadways, patios or other paved surfaces;

  **(2)** Retaining walls not part of the building described in the Declarations;

  **(3)** Fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), or lawns (including fairways, greens and tees); or

  **(4)** Outdoor radio or television antennas, (including satellite dishes) and including their lead-in wiring, masts or towers

  except as provided in the Outdoor Property Coverage Extension;

**i.** Watercraft (including motors, equipment and accessories) while afloat;

**j.** Accounts, bills, deeds, or evidences of debt;

**k.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Valuable Papers Coverage Extension;

**l.** Property that is covered under another coverage form or endorsement of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**m.** Underground pipes, flues, drains or tunnels, whether or not connected to buildings;

**n.** Collections whose value is based on antiquity or rarity; and

**o.** Bullion, gold, silver, platinum and other precious alloys or metals, except if they are used in your "operations" (theft limitation applies).

**3. Business Income**

**a.** Business Income means the:

  **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred;

  **(2)** Continuing normal operating expenses incurred, including payroll;

  **(3)** Includes "Rental Value"; and

  **(4)** Includes "Maintenance Fees" if you are a condominium association.

**b.** If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will also pay for the actual loss of Business Income you sustain during the period that:

**(1)** Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(2)** Ends on the earlier of:

**(a)** The date you could restore your "operations" with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage occurred; or

**(b)** Sixty consecutive days after the date determined in **b.(1)** above.

However, this extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

**c.** We will only pay for loss of Business Income that occurs within 12 consecutive months immediately following the date of direct physical loss or damage.

**4. Covered Causes of Loss**

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

**a.** Limited in Paragraph **A.5.**, Limitations; or

**b.** Excluded in Section **B.**, Exclusions.

**5. Limitations**

**a.** We will not pay for loss of or damage to:

**(1)** The "interior of any building or structure" or to personal property in the building or structure, caused by rain, snow, sleet or ice whether driven by wind or not, unless:

**(a)** The building or structure first sustains actual damage to the roof or walls by wind or hail and then we will pay only for the loss

to the "interior of the building or structure" or the personal property in the building or structure that is caused by rain, snow, sleet, sand or dust entering the building(s) or structure(s) through openings in the roof or walls made by direct action of wind; or

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(2)** Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(3)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than explosion.

**b.** We will not pay more than $500 in any one occurrence for loss of or damage to glass that is part of the building or structure, regardless of the number of panes, plate or similar units of glass. Subject to this $500 limit on all loss or damage, we will not pay more than $100 for any one pane, plate, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. However, this limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

If you are a building owner and Exterior Building Glass is shown on the Declarations or a tenant who has purchased optional Exterior Building Glass, this limitation does not apply.

**c.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(1)** Live animals or birds, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

    (a) Glass that is part of a building or structure;

    (b) Containers of property held for sale; or

    (c) Photographic or scientific instrument lenses.

d. For loss or damage by "theft", the most we will pay in any one occurrence for the following types of property is:

    (1) $2,500 for all furs, fur garments and garments trimmed with fur.

    (2) $5,000 for all jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    (3) $2,500 for all patterns, dies, molds and forms.

e. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss if the building where loss or damage occurs has been "vacant" for more than 60 consecutive days before that loss or damage occurs:

    (1) Vandalism;

    (2) Sprinkler Leakage, unless you have protected the system against freezing;

    (3) Building glass breakage;

    (4) Water Damage;

    (5) Theft; or

    (6) Attempted theft.

With respect to Covered Causes of Loss other than those listed in **5.e.(1)** through **5.e.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

f. We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

    (1) 60 consecutive days from the date of direct physical loss or damage; or

    (2) The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

**Example No. 1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to repair and replace the property at the premises, and until October 1 to restore the computer data that was lost when the damage occurred.

We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

6. **Additional Coverages**

Unless otherwise stated, payments made under the following Additional Coverages will not increase the applicable Limits of Insurance.

a. **Arson and Theft Reward**

We will pay a reward of 25% of an incurred claim up to a maximum of $5,000 for information leading to:

**(1)** an arson conviction in connection with a covered fire or explosion loss, or

**(2)** a theft conviction in connection with a covered theft loss.

This is the most we will pay for any one occurrence under this policy or any combination of policies.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**b. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property within the jurisdiction invoking the civil authority. Such loss or damage must be caused by or resulting from a Covered Cause of Loss.

This coverage will apply for a period of up to two consecutive weeks from the date of that action of civil authority.

**c. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your necessary and reasonable expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable

to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** Examples

The following examples assume that coverage is not written on a coinsurance basis.

Example #1

| | |
|---|---|
| Limit of Insurance | $225,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $125,000 |
| Amount of Loss Payable | $124,500 |
| | ($125,000 − $500) |
| Debris Removal Expense | $25,000 |

Debris Removal
Expense Payable        $25,000
        ($25,000 is 20% of $125,000)

The debris removal expense is less than 25% of the sum of the loss payable and the debris removal expense ($124,500 + $25,000 = $149,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

Example #2

Limit of Insurance        $225,000

Amount of Deductible        $500

Amount of Loss        $200,000

Amount of Loss Payable    $199,500
        ($200,000 – $500)

Debris Removal Expense    $75,000

Debris Removal Expense Payable
    Basic Amount        $25,500
    Additional Amount    $25,000

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows:

$200,000 ($199,500 + $500) x .25 = $50,000; capped at $25,500. The cap applies because the sum of the loss payable ($199,500) and the basic amount payable for debris removal expense ($25,500) cannot exceed the Limit of Insurance ($225,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($75,000) exceeds 25% of the loss payable plus the deductible ($75,000 is 37.5% of $200,000), and because the sum of the loss payable and debris removal expense ($199,500 + $75,000 = $274,500) would exceed the Limit of Insurance ($225,00). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal

expense in this example is $50,500; $24,500 is not covered.

**d.  Employee Dishonesty**

(1)  We will pay for loss of or damage to Business Personal Property resulting directly from "Employee Dishonesty" anywhere within the "coverage territory".

(2)  The most we will pay for loss or damage in any one occurrence is the smallest of the following:

(a)  The limit for Business Personal Property stated in the Declarations (If more than one building containing Business Personal Property is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

(b)  $250,000 (if the Business Personal Property limit at any building is greater than this amount).

(3)  Occurrence means all loss caused by or involving the same "employee(s)", whether the result of a single act or series of acts.

(4)  We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates year to year or period to period.

(5)  We will not pay for loss resulting from the dishonest acts of any "employee":

(a)  If coverage for that "employee" was either cancelled or excluded from any previous insurance policy of yours providing employee dishonesty coverage.

(b)  Occurring immediately after discovery by:

i.  You; or

ii.  Any of your partners, officers or directors not in collusion with the "employee", of any fraudulent dishonest act committed by that "employee" before or after being employed by you.

**(c)** Occurring after the effective date stated in our written notice to you that the "employee" is no longer covered. That effective date will not be less than 15 days after the date we mail the notice.

**(6)** We will pay for covered loss or damage only if discovered no later than one year from the end of the Policy Period.

**(7)** If, during the period of any prior Employee Dishonesty insurance, you (or any predecessor in interest) sustained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage, subject to the following:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(8)** The insurance provided under paragraph **(7)** above is part of, not in addition to the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

**(a)** This Additional Coverage, as of its effective date; or

**(b)** The prior Employee Dishonesty insurance, had it remained in effect.

**e.    Expediting Expenses**

In the event of covered loss or damage, we will pay for the reasonable and necessary additional expenses you incur to make temporary repairs, expedite permanent repairs, or expedite permanent replacement at the premises sustaining loss or damage. Expediting expenses include overtime wages and the extra cost of express or other rapid means of transportation. Expediting expenses do not include expenses you incur for the temporary rental of property or temporary replacement of damaged property.

The most we will pay under this Additional Coverage is $10,000 in any one occurrence.

**f.    Extra Expense**

**(1)** We will pay the necessary and reasonable Extra Expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the "suspension" of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocating expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(c) (i)** To repair or replace any property; or

BUSINESSOWNERS

**(ii)** To research, replace or re-store the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or dam-age. This Additional Coverage is not subject to the Limits of Insurance.

**g. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

The amount payable under this Additional Coverage is in addition to the Limits of In-surance.

**h. Forgery or Alteration**

**(1)** We will pay for loss anywhere in the "coverage territory" resulting directly from "Forgery" or Alteration of, on, or in any check, draft, promissory note, bill of exchange, or similar written promise, order or direction to pay a sum certain money, made or drawn by or drawn upon you, or made or drawn by one acting as an agent or claiming to have been so made or drawn.

**(2)** The most we will pay for loss or dam-age in any one occurrence, including legal defense is the smallest of the following:

**(a)** The limit for Business Personal Property stated in the Declara-tions (If more than one building containing Business Personal Property is insured, the limit at the building having the highest Business Personal Property limit will apply.); or

**(b)** $250,000 (if the Business Per-sonal Property limit at any one building is greater than this amount).

**(3)** Occurrence means all loss caused by any person or in which that person is concerned or implicated, either re-sulting from a single act or any num-ber of such acts, whether the loss in-volves one or more instruments.

**(4)** We will pay for loss that you sustain through acts committed or events oc-curring during the Policy Period. Re-gardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(5)** We will not pay for loss resulting from any dishonest or criminal acts com-mitted by you or any of your partners, employees, directors or trustees whether acting alone or in collusion with other persons.

**(6)** We will pay for covered loss discov-ered no later than one year from the end of the Policy Period.

**(7)** If, during the period of any prior For-gery or Alteration insurance, you (or any predecessor in interest) sus-tained loss or damage that you could have recovered under that insurance, except that the time within which to discover loss or damage has expired, we will pay for it under this Additional Coverage provided:

**(a)** This insurance became effective at the time of cancellation or ter-mination of the prior insurance; and

**(b)** The loss or damage would have been covered by this insurance had it been in effect when the acts or events causing the loss or damage were committed or oc-curred.

**(8)** The insurance provided under para-graph **(7)** above is part of, not in ad-dition to the Limit of Insurance ap-plying to this Additional Coverage

and is limited to the lesser of the amount recoverable under:

(a) This Additional Coverage up to the applicable Limit of Insurance under this Coverage Form, as of its effective date; or

(b) The prior Forgery or Alteration insurance, had it remained in effect.

(9) If you are sued for refusing to pay any covered instrument on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount we will pay for these legal expenses will be part of and not in addition to the Limit of Insurance.

**i.  Increased Cost of Construction**

(1) This Additional Coverage applies only to buildings.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **i.(3)** through **i.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **i.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of building or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $5,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for under this Additional Coverage is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for under this Additional Coverage is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment – Building and Personal Property Property Loss Condition do not include the increased cost attributable to enforcement of an ordi-

nance or law. The amount payable under this Additional Coverage, as stated in **i.(6)** of this Additional Coverage, is not subject to such limitation.

**j. Pollutant Cleanup and Removal**

We will pay your necessary and reasonable expense to extract "pollutants" from land or water at the described premises, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a "specified cause of loss" which occurs:

**(1)** On the described premises;

**(2)** To Covered Property; and

**(3)** During the policy period.

The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the "specified cause of loss" occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for loss at each described premises under this Additional Coverage is $10,000 in any one year commencing with policy inception.

The amount payable under this Additional Coverage is in addition to the Limits of Insurance.

**k. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

**(1)** Any direct physical loss or damage to this property:

**(a)** While it is being moved or while temporarily stored at another location; and

**(b)** Only if the loss or damage occurs within 30 days after the property is first moved; and

**(2)** The cost to remove and return the property from the described premises.

Coverage will end when any of the following first occurs:

**(1)** When the policy is amended to provide insurance at the new location;

**(2)** The property is returned to the original location; or

**(3)** This policy expires.

**l. Temporary Relocation of Property**

If Covered Property is removed from the described premises and stored temporarily at a location you own, lease or operate while the described premises is being renovated or remodeled, we will pay for loss or damage to that stored property:

**(1)** Caused by or resulting from a Covered Cause of Loss;

**(2)** Up to $50,000 at each temporary location; and

**(3)** During the storage period of up to 90 consecutive days but not beyond expiration of this policy;

unless the stored property is more specifically insured.

**m. Water Damage, Other Liquids, Powder or Molten Material**

If covered loss or damage caused by or resulting from water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect to a system or appliance from which the water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**MP T1 02 01 00**

7. **Coverage Extensions**

Subject to the Exclusions, Conditions and Limitations of this form, you may extend this insurance as indicated below.

Unless otherwise stated, payments made under the following Coverage Extensions will not increase the applicable Limits of Insurance.

a. **Appurtenant Buildings and Structures**

You may extend the insurance that applies to your Buildings and Business Personal Property at the described premises, to cover direct loss in any one occurrence by a Covered Cause of Loss to incidental appurtenant buildings or structures, within 1,000 feet, including Business Personal Property within these buildings or structures. Incidental appurtenant buildings or structures include but are not limited to storage buildings, garages, pump houses, above ground tanks, which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Buildings and 10% of the Limit of Insurance for Business Personal Property shown in the Declarations but not more than $50,000 combined Building and Business Personal Property in any one occurrence.

b. **Business Income and Extra Expense – Newly Acquired Locations**

(1) Your Business Income and Extra Expense Coverage is extended to apply to property at any location you acquire by purchase or lease (other than at fairs or exhibitions).

(2) The most we will pay under this Extension for the sum of Business Income and Extra Expense incurred is $250,000 at each location.

(3) Insurance under this extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 60 days expire after you acquire or begin to construct the property;

(c) You report the location to us;

(d) The Business Income or Extra Expense is more specifically insured.

We will charge you additional premium for locations reported from the date you acquire the property.

c. **Business Personal Property Off Premises**

(1) Your Business Personal Property insurance is extended to apply to such property while it is in course of transit to and from the described premises or temporarily away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate; or

(b) At any fair, trade show or exhibition at a premises you do not own or regularly occupy.

(2) This Extension does not apply to property:

(a) While in the custody of the United States Postal Service;

(b) Rented or leased to others;

(c) After delivery to customers;

(d) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition; or

(e) Temporarily at a premises for more than 60 consecutive days, except "money" and "securities" at a "banking premises".

d. **Claim Data Expense**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to the reasonable expense you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals, preparing income statements, and preparing other documentation to show the extent of loss.

The most we will pay for preparation of claim data under this Extension is $1,000. We will not pay for any expenses incurred, directed or billed by or payable to claim adjusters or their associates or subsidiaries or any costs as provided by

BUSINESSOWNERS

in the Property Loss Condition – Appraisal.

**e.   Exterior Building Glass**

(1) The insurance provided by this Coverage Form is extended to cover direct physical loss of or damage to glass, including glass breakage and damage to glass by chemicals accidentally or maliciously applied to glass:

(a) If the Building described in the Declarations is insured under this policy; or

(b) If only Business Personal Property is insured and coverage for glass is shown as included in the Declarations.

This coverage applies to all glass in the exterior walls of a described building (including all lettering and ornamentation) and supercedes all limitations in this policy that apply to such exterior building glass.

(2) We will also pay for necessary expenses incurred to:

(a) Put up temporary plates or board up openings;

(b) Repair or replace encasing frames; and

(c) Remove or replace obstructions.

(3) Section **A.5.b.** Limitations and Section **B.,** Exclusions, do not apply to this Extension except for:

(a) Governmental Action;

(b) Nuclear Hazard; and

(c) War and Military Action.

(4) We will not pay for loss or damage caused by or resulting from:

(a) Wear and tear;

(b) Hidden or latent defect;

(c) Corrosion; or

(d) Rust.

**f.   Money Orders and Counterfeit Paper Currency**

Your Business Personal Property is extended to apply to loss due to the good faith acceptance of:

(1) Any U.S. or Canadian post office or express money order, issued or claiming to have been issued by any post office or express company, if the money order is not paid upon presentation; or

(2) Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

**g.   Newly Acquired or Constructed Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

(1) Buildings

Insurance applies to:

(a) Your new buildings or additions while being built on the described premises or newly acquired premises, including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises;

(b) Buildings you acquire at locations, other than the described premises; and

(c) Buildings you are required to insure under a written contract.

The most we will pay for loss or damage under this Extension is $250,000 at each location.

(2) Your Business Personal Property

(a) When a Limit of Insurance is shown in the Declarations for Business Personal Property, you may extend that insurance to apply to that type of property at a building you newly acquire:

(i) at a location described in the Declarations; and

(ii) at any other location you acquire by purchase of lease (other than at fairs, trade shows or exhibitions).

The most we will pay for loss or damage under this Extension is $250,000

in total at each newly acquired premises.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 60 days expires after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**h.  Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**i.  Outdoor Property**

The insurance under this Extension will be in addition to the applicable Limits of Insurance.

The insurance provided by this Coverage Form is extended to apply to your outdoor property on the described premises as follows:

**(1)** Fences, retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs and plants (other than "stock" of trees, shrubs, or plants), bridges, walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or Civil Commotion; or

**(e)** Aircraft.

**(2)** Radio and television antennas (including Satellite dishes) for loss or damage by the Causes of Loss listed above and:

**(a)** Windstorm;

**(b)** Hail;

**(c)** Falling Objects;

**(d)** Vehicles;

**(e)** Sinkhole Collapse; or

**(f)** Volcanic Action

The most we will pay for loss or damage under this Extension is $5,000 at each described premises, but not more than $1,000 for any antenna.

**j.  Personal Property and Effects**

Your Business Personal Property insurance is extended to apply to personal property and effects (other than Business Personal Property) owned by you, your officers, your partners or members, your managers or your employees.

Such property must be located on a premises described in the Declarations.

BUSINESSOWNERS

The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

**k. Signs**

Your Building or Business Personal Property insurance is extended to cover outdoor signs attached to the building or on or within 1,000 feet of the described premises.

**l. Spoilage – Consequential Loss**

Your Business Personal Property Insurance is extended to cover consequential loss to your business personal property caused by change in temperature or humidity. However, the change must result from a Covered Cause of Loss damaging the following types of equipment situated within the building described in the Declarations:

Refrigerating, cooling, humidifying, air-conditioning, heating, generating or converting power; and connections, supply or transmission lines and pipes associated with the above equipment.

**m. Theft Damage to Rented Property**

Your Business Personal Property insurance is extended to cover damage by theft or attempted theft to that part of a building you occupy and which contains:

(1) Business Personal Property; or

(2) Equipment within the building used for maintenance or service of the building.

We will not pay for damage:

(a) Caused by or resulting from fire or explosion; or

(b) To glass or glass lettering.

This Extension applies only to a building where you are a tenant and are liable for such damage.

**n. Valuable Papers and Records – Cost of Research**

The insurance under this extension will be in addition to the applicable Limits of Insurance.

Your Business Personal Property insurance is extended to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those

which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any building, including the cost of removing its debris.

   This exclusion applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

**MP T1 02 01 00**

But if Earth Movement, as described in **b. (1)** through **b.(4)** above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion of effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano, when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and done at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the cause

of the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage resulting from that Covered Cause of Loss.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3) (a)** Water or sewage that backs up or overflows from a sewer, drain or sump.

**(b)** Except for septic tanks, cesspool systems and exterior drains, this exclusion does not apply when the cause of the water back-up or sewage overflow occurs due to a blockage which originates on the described premises.

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **B.1.g.(1)** through **(4)** results in fire, explosion or sprinkler leakage, we will pay for the loss

BUSINESSOWNERS

or damage caused by that fire, explosion or sprinkler leakage.

**h. Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i. Collapse of Buildings**

Collapse of buildings meaning an abrupt falling down or caving in of a building or substantial part of a building with the result being that the building or substantial part of a building cannot be occupied for its intended purpose.

(1) This exclusion does not apply to collapse of buildings if caused only by one or more of the following:

(a) A "specified cause of loss";

(b) Decay, insect or vermin damage that is hidden from view, unless the presence of such decay or insect or vermin damage is known to an insured prior to collapse;

(c) Weight of people or personal property;

(d) Weight of rain that collects on a roof; or

(e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation; or

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in **i.(1) (a)** through **(d)** above.

In the event collapse results in a Covered Cause of Loss, the Company will be liable only for such resulting loss or damage by that Covered Cause of Loss.

(2) We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items **i.(1)(b)** though **i.(1)(f)** above, unless the loss or damage is

a direct result of the collapse of a building:

> awnings, gutters and downspouts, yard fixtures and outdoor swimming pools.

If collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(3) A building or portion of a building that:

(a) Is in imminent danger of abruptly falling down or caving in; or

(b) Suffers a substantial impairment of structural integrity;

is not considered a collapse but is considered to be in a state of imminent collapse.

(4) As respects buildings in a state of imminent collapse, the Company will not pay for loss or damage unless the state of imminent collapse first manifests itself during the policy period and is caused only by one or more of the following which occurs during the policy period:

(a) Fire; lightning; explosion; windstorm or hail; aircraft or vehicles; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;

(b) Weight of people or personal property;

(c) Weight of rain that collects on a roof; or

(d) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires unless caused by a "specified cause of loss".

**MP T1 02 01 00**

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, wet or dry rot, mold, hidden or latent defect of any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical or machinery breakdown (including rupture or bursting caused by centrifugal force). This exclusion does not apply to resultant loss or damage by fire, building glass breakage or elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching;

(d) Evaporation, loss of weight, exposure to light or change in flavor, color, texture or finish;

(e) Leakage; or

(8) Contamination.

But if an excluded cause of loss that is listed in **2.d.(1)**, **2.d.(2)**, **2.d.(3)**, **2.d.(4)**, **2.d.(5)**, **2.d.(7)**, **2.d.(8)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control unless caused by a "specified cause of loss". But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water or other liquids that occurs over a period of 14 days or more.

**g.** Water, other liquid, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the water supply if the heat is not maintained.

**h.** Dishonest or criminal acts by you, or any of your partners, "employees", directors or trustees:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your "employees", but "theft" by "employees" is not covered except as provided under the Employee Dishonesty Additional Coverage.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense by any person who is not an "employee".

This exclusion does not apply to property in the custody of carriers for hire.

**j.** Rain, snow, sand, dust, ice or sleet to personal property in the open.

**k.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss". But if the discharge, dis-

persal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

l. Default on any credit sale, loan, or similar transaction.

m. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This exclusion does not apply to "money" and "securities".

n. Loss of property or that part of any loss, the proof of which as to its existence or amount is dependent on:

(1) Any inventory computation; or

(2) A profit and loss computation.

o. The transfer of property to a person or to a place outside the described premises on the basis of unauthorized instructions. This exclusion does not apply to loss or damage from "employee dishonesty".

p. Loss of "money" or "securities" caused by or resulting from accounting or arithmetic errors or omissions.

3. We will not pay for loss or damage caused by or resulting from any of the following, but if an excluded cause of loss that is listed in **3.a.** through **3.c.** below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **B.1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income and Extra Expense Exclusions**

We will not pay for:

a. Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference by strikers or other persons at the location of the rebuilding, repair or replacement; or

(2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and the period of extended Business Income.

b. Any other consequential loss.

C. **LIMITS OF INSURANCE**

1. Unless otherwise stated, the most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Forms, or endorsements.

2. **Inflation Guard**

a. When so indicated in the Declarations, the Limit of Insurance for property to which this coverage applies will automatically increase by the annual percentage shown.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, multiplied by

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), multiplied by

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If:

The applicable Building limit is $100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is
$100,000 x .08 x (146/365) = $3,200

3. **Business Personal Property Limit – Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property shown in the Declarations will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or

      (2) The period of time you have been in business at the location where the loss or damage occurs, on the date the loss or damage occurs.

D. **DEDUCTIBLES**

   1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of covered loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

   2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under the Exterior Building Glass Extension of Coverage in any one occurrence is the Exterior Building Glass Deductible shown in the Declarations. But this Exterior Building Glass Deductible will not increase the deductible shown in the Declarations.

   3. No deductible applies to the following:

      a. Fire Department Service Charge;

      b. Business Income (including Extra Expense and Civil Authority);

      c. Money Orders and Counterfeit Paper Currency;

      d. Arson and Theft Reward; or

      e. Valuable Papers.

   4. If more than one deductible applies to the same loss, the most we will deduct from the loss payment is the highest deductible amount.

E. **PROPERTY LOSS CONDITIONS**

   The following conditions apply in addition to the Common Policy Conditions:

   1. **Abandonment**

      There can be no abandonment of any property to us.

   2. **Appraisal**

      If we and you disagree on the value of the property, the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a. Pay its chosen appraiser; and

      b. Bear the other expenses of the appraisal and umpire equally.

      If there is an appraisal, we will still retain our right to deny the claim.

   3. **Duties in the Event of Loss or Damage**

      a. You must see to it that the following are done upon the discovery of loss or damage, or a situation that may lead to loss or damage, to Covered Property:

         (1) Notify the police if a law may have been broken. This duty does not apply to loss or damage arising from Employee Dishonesty and Forgery or Alteration.

         (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) For loss or damage from other than Employee Dishonesty and Forgery or Alteration send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) For loss or damage resulting from Employee Dishonesty and Forgery or Alteration, give us a detailed, sworn proof of loss within 120 days of the date of discovery.

(9) Cooperate with us in the investigation and settlement of the claim.

(10) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment – Building and Personal Property**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of **4. e.** below or any applicable provision which amends or supersedes the value of Covered Property.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We will determine the value of Covered Property as follows:

(1) At replacement cost (without deduction for depreciation), except as provided in (2) through (13) below.

(a) You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a

replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

    **i.** Until the lost or damaged property is actually repaired or replaced; and

    **ii.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterment's, the following also applies:

    **(i)** If the conditions in **(b) i.** and **(b) ii.** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth under **4.e.(6)** below; and

    **(ii)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of **i.**, **ii.** or **iii.** subject to **(d)** below:

    **i.** The Limit of Insurance applicable to the lost or damaged property;

    **ii.** The cost to replace the lost or damaged property with other property:

        **(iii)** Of comparable material and quality; and

        **(iv)** Used for the same purpose; or

    **iii.** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **(c) ii.** above is limited to the cost

which would have been incurred if the building had been rebuilt at the original premises.

    **(d)** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Declarations indicate that Actual Cash Value applies to Buildings or Business Personal Property, paragraph **(1)** above does not apply to the property for which Actual Cash Value is indicated.

**(3)** Property of others at the amount you are liable plus the cost of labor, materials or services furnished or arranged by you on personal property of others, not to exceed the replacement cost.

**(4)** The following property at actual cash value:

    **(a)** Used or second-hand merchandise held in storage or for sale;

    **(b)** Household furnishings;

    **(c)** Manuscripts;

    **(d)** Works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

    **(e)** Personal effects.

**(5)** Glass at the cost of replacement with safety glazing material if required by law.

**(6)** Tenants' Improvements and Betterments at:

    **(a)** Replacement cost if you make repairs promptly.

    **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        **i.** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        **ii.** Divide the amount determined in **i.** above by the number of days from the in-

BUSINESSOWNERS

stallation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing, if others pay for repairs or replacement.

**(7)** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(a)** Blank materials for reproducing the records; and

**(b)** Labor to transcribe or copy the records.

**(8)** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**(9)** Property in transit (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.

**(10)** "Money" at its face value; and

**(11)** "Securities" at their value at the close of business on the day the loss is discovered.

**(12)** The value of United States Government Internal Revenue taxes and custom duties and refundable state and local taxes paid or fully determined on the following property held for sale will not be considered in determining the value of Covered Property:

**(a)** Distilled spirits;

**(b)** Wines;

**(c)** Rectified products; or

**(d)** Beer.

**(13)** Lottery tickets at their initial cost to you except for winning tickets at their redeemed value.

**f.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**g.** We may elect to defend you against suits arising from claims of owners of property. We will do so at our expense.

**h.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss provided you have complied with all of the terms of this policy; and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**i.** At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

**5. Loss Payment – Business Income and Extra Expense**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage occurred, but not including any likely increase in Net Income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

   **(a)** Your financial records and accounting procedures;

   **(b)** Bills, invoices and other vouchers; and

   **(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

   **(1)** All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

      **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

      **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

   **(2)** All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Upon resumption of your "operations", we will reduce the amount of your:

   **(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

   **(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**e.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss provided you have complied with all of the terms of this policy; and

   **(1)** We have reached agreement with you on the amount of loss; or

   **(2)** An appraisal award has been made.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice.

**a.** For all loss other than by Employee Dishonesty and Forgery or Alteration, you have the option to retain the recovered property. If you do retain the property you must then return to us the amount we paid to you for the property.

   **(1)** We will pay:

      **(a)** Recovery expenses; and

      **(b)** Costs to repair the covered property.

   **(2)** But, the most we will pay is the smallest of the following:

      **(a)** The total of **(1)(a)** and **(b)** above;

      **(b)** The value of the recovered property; or

      **(c)** The Limit of Insurance.

**b.** In all other instances, recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

   **(1)** To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

   **(2)** Then to us, until we are reimbursed for the settlement made;

   **(3)** Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

**c.** Recoveries do not include any recovery:

   **(1)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

   **(2)** Of original "securities" after duplicates of them have been issued.

BUSINESSOWNERS

**7. Noncumulative Limit**

No Limit of Insurance cumulates from policy period to policy period.

**F. COMMERCIAL PROPERTY CONDITIONS**

**1. Concealment, Misrepresentation or Fraud**

This Coverage Form is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Form.

**2. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**3. Insurance Under Two or More Coverages.**

If two or more coverages under this Coverage Form apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**4. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form unless:

**a.** There has been full compliance with all of the terms of this Coverage Form; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**c.** For Employee Dishonesty and Forgery or Alteration losses, the following additional conditions apply:

You may not bring any legal action against us involving loss until 90 days after you have filed proof of loss with us; and unless brought within 2 years from the date you discover the loss.

**5. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to

or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

**6. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**7. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in 7.a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**8. Policy Period, Coverage Territory**

Under this Coverage Form:

**a.** We cover loss or damage you sustain through acts committed or events occurring:

**(1)** During the policy period shown in the Declarations (except as provided by the provisions of the Employee Dishonesty and Forgery or Alteration Additional Coverages);

**(2)** Within the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**9. Transfer of Rights of Recovery Against Others to Us.**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent

of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property or Covered Income.

**b.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

This will not restrict your insurance.

**10. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss multiplied by the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

**(3)** Multiply the total amount of the covered loss, before the application of any deductible, by the figure determined in step **(2)**; and

**(4)** Subtract the deductible from the figure determined in step **(3)**.

We will pay the amount determined in step **(4)** or the limit of insurance, whichever is less.

For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Under insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percent for it is | 90% |
| The Limit of Insurance for it is | $112,500 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $112,500/$225,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for it is | $225,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $225,000 ($250,000 x 90%).

Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** Coinsurance does not apply to:

**(1)** "Money" and "securities";

**(2)** Additional Coverages;

**(3)** Coverage Extensions; or

**(4)** Loss or damage in any one occurrence totaling less than $2,500.

**11. Mortgageholders**

**a.** The term, mortgageholder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mort-

gageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   (1) Pays any premium due under this Coverage Form at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership or occupancy or substantial change in risk known to the mortgageholder.

   All of the terms of this Coverage Form will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

   (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgageholder's rights to recover the full amount of the mortgageholder's claim will not be impaired.

   At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

   (1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. PROPERTY DEFINITIONS

1. **"Banking Premises"** means the interior of that portion of any building which is occupied by a banking institution or similar safe depository.

2. a. **"Employee(s)"** means:

   (1) Any natural person:

      (a) While in your service (and for 30 days after termination of service); and

      (b) Whom you compensate directly by salary, wages or commissions; and

      (c) Whom you have the right to direct and control while performing services for you.

   (2) Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

   (3) Your directors or trustees while acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

   b. But "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

3. **"Employee Dishonesty"** means only dishonest acts, committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

   a. Cause you to sustain loss; and also

   b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions

or other employee benefits earned in the normal course of employment) for:

(1) The "employee"; or

(2) Any person or organization intended by the "employee" to receive that benefit.

4. **"Forgery"** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose.

5. **"Interior of any building or structure"** as used in this policy means all portions of the structure that are within the exterior skin of the structure's walls and roof, including but not limited to lathe, sand paper, framing, wallboard and tarpaper.

6. **"Maintenance Fees"** means the regular payment made to you by unit-owners and used to service the common property.

7. **"Messenger"** means you, and any of your partners or any "employees" while having care and custody of the property outside the premises.

8. **"Money"** means currency and coins in current use, bank notes, travelers checks, register checks and money orders held for sale to the public.

9. **"Operations"** means your business activities occurring at the described premises; and if Business Income coverage for "Rental Value" applies, the tenantability of the described premises.

10. **"Period of Restoration"** means the period of time that:

    a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

    b. Ends on the earlier of:

       (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

       (2) The date when business is resumed at a new permanent location.

       "Period of restoration" does not include any increased period required

due to the enforcement of any law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

11. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste, and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead.). Waste includes materials to be recycled, reconditioned or reclaimed.

12. **"Rental Value"** means the:

    a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you; and

    b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

    c. Fair rental value of any portion of the described premises which is occupied by you.

13. **"Securities"** means all negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes revenue or other stamps in current use, tokens, tickets and credit card slips for sales made by you and held by you for reimbursement from companies issuing credit cards, but does not include "money". Lottery tickets held for sale are not securities.

14. **"Specified Causes of Loss"** means the following:

    Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the ac-

BUSINESSOWNERS

tion of water on limestone or dolomite. It does not include:

    **(1)** The cost of filling sinkholes; or

    **(2)** Sinking or collapse of land into underground man-made cavities.

  **b.** Falling objects does not include loss of or damage to:

    **(1)** Personal Property in the open; or

    **(2)** The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

  **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**15. "Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**16. "Suspension"** means:

  **a.** The partial or complete cessation of your business activities; and

  **b.** That a part or all of the described premises is rendered untenantable, if coverage for "Rental Value" applies.

**17. "Theft"** means any act of stealing but excluding dishonest acts by "employees" and "Forgery" or Alteration.

**18. "Vacant"** means the following:

  **(1)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operation.

  **(2)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

    **(a)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

    **(b)** Used by the building owner to conduct customary operations.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDATORY PROVISIONS
# CONDOMINIUM ASSOCIATION COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

A. Paragraph **A.1.a. Building** in the BUSINESS-OWNERS PROPERTY COVERAGE FORM is replaced by the following:

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, outside of individual units, including outdoor fixtures;

(3) Permanently attached:

(a) Machinery; and

(b) Equipment;

(4) Personal Property owned by you that is used to maintain or service the building or structure; or its grounds, including:

(a) Fire Extinguishing equipment;

(b) Outdoor Furniture;

(c) Lobby and hallway furnishings;

(d) Floor, wall and ceiling coverings;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

(f) Lawn maintenance or snow removal equipment;

(g) Personal Property used for maintaining and servicing of pools and other recreational facilities on the premises; and

(5) Outdoor swimming pools, associated structures and appurtenant structures and equipment, including pumps.

(6) If not covered by other insurance:

(a) Alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the building or structure.

(7) Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

(a) Fixtures, improvements and alterations that are part of the building or structure; and

(b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in paragraph **A.1.a.(7)** above.

**b. Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, owned:

(1) By you; or

(2) Indivisibly by all unit-owners.

This includes your interest in the labor, materials or services furnished or arranged by you on personal property of others.

Business Personal Property does not include personal property owned only by a unit-owner, unless it is in your care, custody or control as covered below.

This also includes property of others that is in your care, custody or control; but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others, not to exceed the replacement cost.

B. The insurance provided under paragraph **A.6.d. Employee Dishonesty** in the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is amended by replacing item **d.(2)** with the following:

(2) The most we will pay for loss or damage in any one occurrence is $25,000.

C. The insurance provided under paragraph **A.6.h. Forgery or Alteration** in the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is amended by replacing item **h.(2)** with the following:

(2) The most we will pay for loss or damage in any one occurrence is $25,000.

D. The following is added to the Additional Coverage **A.6.c. Debris Removal:**

(6) We will pay to remove debris of live trees which have fallen on the described premises:

(a) Up to a maximum of $1,000 in any one occurrence;

(b) Caused by or resulting from windstorm; and

(c) Subject to the policy deductible.

E. Paragraph **A.7.i.(1) Outdoor Property** in the BUSINESSOWNERS PROPERTY COVERAGE FORM is amended as follows:

The following Covered Causes of Loss are added for fences:

(f) windstorm; and

(g) vehicles.

F. The following are added to item **C. LIMITS OF INSURANCE** of the BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM:

1. **"Money" and "Securities":**

a. A special Limit of Insurance of $25,000 per "occurrence" applies to all loss of "money" and "securities" except by "employee dishonesty" and "forgery" or alteration.

b. This special Limit of Insurance applies even if the Declarations shows a lower limit or no limit of insurance for Business Personal Property. If the Declarations shows a higher Limit of Insurance for Business Personal Property, this special limit is the most that we will pay for each "occurrence".

c. "Occurrence" as used in paragraphs **a.** and **b.** above means: all loss caused by or involving the same person(s) whether the result of a single act or a series of related acts.

d. The above provisions do not effect the Additional Coverages – Employee Dishonesty and Forgery or Alteration.

2. **Theft of Business Personal Property (Other Than "Money" and "Securities"):**

a. A special Limit of Insurance of $25,000 per "occurrence" applies to loss by "theft" of Business Personal Property (other than "money" and "securities"), except by "employee dishonesty" and "forgery" or alteration.

b. This special Limit of Insurance applies even if the Declarations shows a lower limit or no limit of insurance for Business Personal Property. If the Declarations shows a higher Limit of Insurance for Business Personal Property, this special limit is the most that we will pay for each "occurrence".

c. "Occurrence" as used in paragraphs **a.** and **b.** above means: all loss caused by or involving the same person(s) whether the result of a single act or a series of related acts.

d. The above provisions do not effect the Additional Coverages – Employee Dishonesty and Forgery or Alteration.

G. The following is added to item **E. PROPERTY LOSS CONDITIONS** of the BUSINESSOWNERS PROPERTY COVERAGE FORM:

8. **Unit-Owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

9. **Insurance Trustee**

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

H. The following is added to **SECTION II – WHO IS AN INSURED** of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM:

5. Each individual unit-owner of the insured condominium, but only for liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit-owner's exclusive use or occupancy.

I. The following is added to **Transfer of Rights of Recovery Against Others to Us:**

**Waiver of Rights of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations, except for "employee dishonesty" and "forgery" or alteration.

POLICY NUMBER: I-680-584H8258-TIA-04

COMMERCIAL PROPERTY
ISSUE DATE: 12-02-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERED PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT--OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is withdrawn from PROPERTY NOT COVERED:

## SCHEDULE*

| Prem. No. | Bldg. No. | Paragraph Reference | Description of Property |
|-----------|-----------|---------------------|-------------------------|
| 01 | 01 | 2N | UNDERGROUND PIPES,FLUES OR DRAINS |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**CP 14 10 07 88**          Copyright, ISO Commercial Risk Services, Inc., 1983, 1987          Page 1 of 1

POLICY NUMBER: I-680-584H8258-TIA-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REPLACEMENT COST PLUS

This endorsement modifies insurance provided under the following:

   BUILDING AND PERSONAL PROPERTY COVERAGE FORM
   CONDOMINIUM ASSOCIATION COVERAGE FORM

## A.  SCHEDULE

| Premises Location Number | Building Number | Description of Covered Property– BUILDING to which this endorsement does not apply. |
|---|---|---|
| 01 | 01 | |

**B.  PROVISIONS** – The provisions of this endorsement only apply to the buildings stated in the above Schedule. **The Newly Acquired or Constructed Property** Coverage Extension does not apply.

## 1.  REPLACEMENT COST

The Replacement Cost Optional Coverage is deleted and the following substituted:

   **a.**  Replacement Cost (without deduction for depreciation and regardless of the Limit of Insurance shown in the Declarations)

**CP T3 09 06 95**

replaces Actual Cash Value in the Loss Condition, Valuation, of the Coverage Form.

**b.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis (subject to the Limit of Insurance shown on the Commercial Property Coverage Part Declarations) instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this endorsement provides if you notify us of your intent to do so within 180 days after the loss or damage.

**c.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**d.** We will not pay more for loss or damage on a replacement cost basis than the least of:

**(1)** The cost to replace, on the same premises, the lost or damaged property with other property:

**(a)** Of comparable design, material and quality; and

**(b)** Used for the same purpose; or

**(2)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**e.** The Additional Condition, COINSUR-ANCE does not apply to the building(s) indicated in the above SCHEDULE to which this coverage applies.

**2. ADDITIONAL EXCLUSIONS**

We will not pay more for loss or damage due to the enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of re-moving its debris.

**3. REPORTING PROVISIONS**

You agree to report to us, within 90 days of the start of construction or acquisition, the full replacement cost of:

**a.** Additions to or alterations of the above buildings;

**b.** Personal property owned by you to maintain or service the above building or premises; and

**c.** Permanently installed fixtures, machinery and equipment.

If you do not do so and the total replacement cost of such unreported items is more than $5,000, any loss occurring thereafter will be adjusted with a penalty equal to the percentage that the total replacement cost of the unreported items bears to the total replacement cost of the building at the time of loss.

**4. PREMIUM ADJUSTMENT**

We will adjust the "Limits of Insurance" for the buildings indicated in the above Schedule (and the corresponding premiums) annually to reflect any increase in construction cost reported to us by a recognized appraisal company.

**CP T3 09 06 95**

BUSINESSOWNERS
POLICY NUMBER: I-680-584H8258-TIA-04                    ISSUE DATE: 12-02-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEWER OR DRAIN BACK UP EXTENSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

## SCHEDULE

| Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. | Prem. No. | Bldg. No. |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 02 | 01 | 03 | 01 | 04 | 01 | 05 | 01 |
| 06 | 01 | 07 | 01 | 08 | 01 | 09 | 01 | 10 | 01 |
| 11 | 01 | 12 | 01 | | | | | | |

The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is changed to include the following as a Covered Cause of Loss:

We will pay for loss or damage caused by or resulting from water that backs up through a sewer or drain.

1.  The following exclusion is deleted:

    **B.1.g. (3)** Water that backs up through sewers or drains, except for any resulting insured direct physical loss by water back-up, other than from a septic tank or cesspool, when the cause of the back-up originates on the designated premises.

2.  **PROPERTY DEFINITIONS G.10.c.** is revised as follows:

    **c.** Water Damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam; or

    **(2)** water that backs up from a sewer or drain.

**MP T3 06 06 97**                                                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK
# INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss,* Travelers is responsible for a deductible of one percent (1%) of Travelers *"Direct Earned Premiums"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of Travelers *Direct Earned Premiums* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of Travelers *Direct Earned Premiums* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of Travelers *Direct Earned Premiums* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of Travelers deductible for that year. Travelers is responsible for the payment of the remaining 10% of *Insured Losses.* In no event, however, will the Federal Government or any *"Insurer"* (as defined in the Act) be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism.* In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism;* conversely, a loss will not be covered just because it was caused by an *Act of Terrorism.* The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part <u>does not</u> contain an exclusion that specifically excludes coverage for *Insured Losses.* The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

• 4% of your total policy premium if your primary location is in a Designated City (as listed below).

• 2% of your total policy premium if your primary location is <u>not</u> in a Designated City (as listed below).

**Designated Cities are:**

| | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

**MP T3 25 11 02**

POLICY NUMBER: I-680-584H8258-TIA-04

BUSINESSOWNERS
ISSUE DATE: 12-02-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE  OR  LAW  COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Coverage A Applies: | Demolition Cost Limit of Insurance | Increased Cost of Construction Limit of Insurance |
|-----------|-----------|---------------------|-------------------------------------|--------------------------------------------------|
| 01 | 01 | YES | 56000 | 77000 |
| 02 | 01 | YES | 39000 | 77000 |
| 03 | 01 | YES | 48000 | 95000 |
| 04 | 01 | YES | 43000 | 86000 |
| 05 | 01 | YES | 56000 | 111000 |
| 06 | 01 | YES | 43000 | 86000 |

## A. COVERAGE

1. **Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

   If a Covered Cause of Loss occurs to covered Building property shown in the Schedule above, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

   a. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

   b. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   c. Is in force at the time of loss.

   The Limit of Insurance applicable to Coverage A is included in the Limit of Insurance applicable to the covered Building property stated in the Declarations.

2. **Coverage B – Demolition Cost Coverage**

   If a Covered Cause of Loss occurs to covered Building property and a Demolition Cost Limit of Insurance is shown in the Schedule above, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

3. **Coverage C – Increased Cost of Construction Coverage**

   If a Covered Cause of Loss occurs to covered Building property and an Increased Cost of Construction Limit of Insurance is shown in the Schedule above, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law.

   If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   However, we will not pay for the increased cost of construction if the building is not replaced.

B. We will not pay for increased construction costs under this endorsement:

1. Until the property is actually repaired or replaced, at the same premises or elsewhere; and

2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years.

\* Information required to complete this Schedule, if not shown in this endorsement, will be shown in the Declarations.

We may extend this period in writing during the 2 years.

C. If the property is repaired or replaced on the same or another premises we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. What it would have cost to replace, on the same premises, the damaged or destroyed property with other property:

      (1) Of comparable material and quality;

      (2) Of the same height, floor area and style; and

      (3) Used for the same purpose; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

3. For increased cost of construction than the lesser of:

   a. The amount you actually spend to repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises; or

   b. (1) For all loss or damage in any one occurrence than the Limit of Insurance applicable to the covered Building property; and

      (2) The Increased Cost of Construction Limit of Insurance shown in the Schedule above.

D. If Replacement Cost Coverage applies and the property is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

E. If the Actual Cash Value Coverage Option applies and the property is or is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost, than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

POLICY NUMBER: I-680-584H8258-TIA-04

BUSINESSOWNERS
ISSUE DATE: 12-02-03

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE   OR  LAW   COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Coverage A Applies: | Demolition Cost Limit of Insurance | Increased Cost of Construction Limit of Insurance |
|-----------|-----------|---------------------|-----------------------------------|--------------------------------------------------|
| 07 | 01 | YES | 52000 | 103000 |
| 08 | 01 | YES | 30000 | 60000 |
| 09 | 01 | YES | 35000 | 69000 |
| 10 | 01 | YES | 21000 | 42000 |
| 11 | 01 | YES | 52000 | 103000 |
| 12 | 01 | YES | 42000 | 83000 |

## A. COVERAGE

**1. Coverage A – Coverage For Loss to the Undamaged Portion of the Building**

If a Covered Cause of Loss occurs to covered Building property shown in the Schedule above, we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

**a.** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**b.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**c.** Is in force at the time of loss.

The Limit of Insurance applicable to Coverage A is included in the Limit of Insurance applicable to the covered Building property stated in the Declarations.

**2. Coverage B – Demolition Cost Coverage**

If a Covered Cause of Loss occurs to covered Building property and a Demolition Cost Limit of Insurance is shown in the Schedule above, we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

**3. Coverage C – Increased Cost of Construction Coverage**

If a Covered Cause of Loss occurs to covered Building property and an Increased Cost of Construction Limit of Insurance is shown in the Schedule above, we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law.

If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

However, we will not pay for the increased cost of construction if the building is not replaced.

**B.** We will not pay for increased construction costs under this endorsement:

**1.** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

**2.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed 2 years.

---

* Information required to complete this Schedule, if not shown in this endorsement, will be shown in the Declarations.

MP T1 35 10 91



EXHIBIT
1: Part 2 of 3

We may extend this period in writing during the 2 years.

C. If the property is repaired or replaced on the same or another premises we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. What it would have cost to replace, on the same premises, the damaged or destroyed property with other property:

      (1) Of comparable material and quality;

      (2) Of the same height, floor area and style; and

      (3) Used for the same purpose; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

3. For increased cost of construction than the lesser of:

   a. The amount you actually spend to repair, rebuild or construct the property but not for more than property of the same height, floor area and style on the same premises; or

   b. (1) For all loss or damage in any one occurrence than the Limit of Insurance applicable to the covered Building property; and

      (2) The Increased Cost of Construction Limit of Insurance shown in the Schedule above.

D. If Replacement Cost Coverage applies and the property is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

E. If the Actual Cash Value Coverage Option applies and the property is or is not replaced on the same or another premises, we will not pay more:

1. For loss or damage caused by enforcement of any ordinance or law, as described under Coverage A of this endorsement, than the lesser of:

   a. The actual cash value of the building at the time of loss; or

   b. For all loss or damage in any occurrence, the Limit of Insurance applicable to the covered Building property.

2. For demolition cost, than the lesser of:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The Demolition Cost Limit of Insurance shown in the Schedule above.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

**MP T1 35 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAUSES OF LOSS — BROAD FORM FLOOD

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

**A.  SCHEDULE**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|
| 01 | 01 | 1 | $  500,000 | $  500,000 | $  5,000 |

**Deductible: Business Income and Extra Expense - 72 hours.**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|
| | | | | | |

**Deductible: Business Income and Extra Expense - 72 hours.**

| Premises Loc. No. | Bldg. No. | Coverage Symbols | Occurrence Limit | Annual Aggregate Limit | Deductible |
|---|---|---|---|---|---|
| | | | | | |

**Deductible: Business Income and Extra Expense - 72 hours.**

**B.  DESCRIPTION OF COVERAGE SYMBOLS**

Coverage(s) to which this endorsement applies are identified by the following symbols:

1. = Building;

2. = Business Personal Property;

3. = Business Income and Extra Expense.

**C.  COVERED CAUSES OF LOSS**

The following modifies:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

BUSINESSOWNERS PROPERTY COVERAGE STANDARD FORM

Covered Causes of Loss is changed to include the following Causes of Loss only for the Premises

Location, Building Number(s) and Coverage(s) for which a Coverage Symbol(s) is shown, which are indicated in the above SCHEDULE:

1. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2. Release of water impounded by a dam;

3. Mudslide or mudflow; and

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or their openings.

5. Backup of sewers and drains.

### D. ADDITIONAL EXCLUSIONS

The following EXCLUSIONS are added as respects coverage provided by this endorsement:

We will not pay under this endorsement for loss or damage caused directly or indirectly by the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

1. Fire, explosion, or sprinkler leakage; or

2. Any earth movement, such as an earthquake, landslide or earth sinking, rising or shifting; except mudslide or mudflow which is caused or precipitated by accumulation of water on or below ground.

### E. PROVISIONS THAT DO NOT APPLY TO THIS ENDORSEMENT

The following provisions of forms and endorsements that may be attached to this policy do not apply to this endorsement:

1. The Additional Condition – Coinsurance:

2. Deductible; or

3. Limits of Insurance.

### F. FOUNDATIONS AND EXCAVATIONS

The following provision is added:

Covered Property is changed to include the following when coverage for Building is indicated in the above SCHEDULE for Causes of Loss – Broad Form Flood:

1. Foundations of buildings, structures, machinery or boilers if their foundations are below the lowest basement floor; or the surface of the ground, if there is no basement; and

2. Underground pipes, flues and drains.

### G. DEDUCTIBLE

The following provisions are added for coverage to Building and Business Personal Property:

1. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages (unless otherwise stated in the above SCHEDULE) exceeds the Deductible shown in the above SCHEDULE. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

2. When stated in the above SCHEDULE we will not pay for loss or damage in any one occur-

rence at each premises until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the above SCHEDULE. We will then pay the amounts of loss or damage in excess of the Deductibles, up to the applicable Limits of Insurance.

3. The following provision is added for coverage to Business Income and Extra Expense:

When a separate time deductible is stated in the above SCHEDULE the following is applicable to Business Income and Extra Expense Coverages:

We will only pay for loss you sustain after the first number of consecutive hours indicated in the above SCHEDULE after direct physical loss or damage caused by or resulting from flood.

### H. LIMITS OF INSURANCE

The most we will pay for loss caused by any flood is:

1. The Limit of Insurance in the above SCHEDULE that applies to any one occurrence; or

2. The Annual Aggregate Limit for all flood losses occurring in any one year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate limits shown.

4. The Limit of Insurance shown in the SCHEDULE is the most we will pay under this endorsement, even if the loss involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extension do not increase the Limits of Insurance.

### I. EXCESS OF LOSS LIMITATION

1. The EXCESS OF LOSS LIMITATION applies to all premises locations situated in a Zone prefixed A or V as designated by the National Flood Insurance Act of 1968 (or any subsequent amendment). We will pay only for the amount of loss in excess of the maximum amount of insurance permitted under the provisions of the National Flood Insurance Act of 1968 (or any subsequent amendment) applicable to the property to which the loss occurs. This provision applies whether or not you

     Copyright, The Travelers Indemnity Company, 1996     **MP T1 72 08 96**

have purchased or maintained such insurance.

2. This provision does not apply to loss which cannot be covered under provisions of the above Act or amendments. If we pay for loss subject to this provision, the benefit of any recovery or salvage on such loss is ours to the extent of our payment.

3. The deductible provisions are in addition to any applicable Excess of Loss provision.

J. The **"Period of Restoration"** definition is deleted as respects this endorsement and is replaced with the following:

"Period of Restoration" means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

2. Ends on the earlier of:

a. The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

b. The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair or requires the tearing down of any property; or

2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

K. **ADDITIONAL CONDITION – CANCELLATION**

We or you may cancel this endorsement as provided by the Common Policy Conditions without cancelling the entire Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BROADENED WIND COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM

A. The BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM is revised as follows:

1. Under **A.5.** LIMITATIONS, the following limitation provision is deleted:

    **A.5.a(1)** The "interior of any building or structure" or to personal property in the building or structure, caused by rain, snow, sleet or ice whether driven by wind or not, unless:

    (a) The building or structure first sustains actual damage to the roof or walls by wind or hail and then we will pay only for the loss to the interior of the structure or the personal property in the building or structure that is caused by rain, snow, sleet, sand or dust entering the building(s) or structure(s) through openings in the roof or walls made by direct action of wind; or

    (b) The loss or damage is caused by or results from the thawing of snow, sleet or ice on the building or structure.

**MP T3 20 01 00**

POLICY NUMBER: I-680-584H8258-TIA-04

BUSINESSOWNERS
ISSUE DATE: 12-02-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE PART

**A. SCHEDULE**

**Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage:**

**Direct Damage Limit of Insurance**

$15,000    **OR**    ☐ $25,000    ☐ $50,000    ☐ $100,000    ☐ $250,000

**B.** The EXCLUSIONS contained in Section **B.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following exclusion is added to **B.1.**:

   **"Fungus", Wet Rot, Dry Rot and Bacteria**

   a. We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

   But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   (1) When "fungus", wet or dry rot or bacteria results from fire or lightning; or

   (2) To the extent that coverage is provided in the Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria in Section **C.1.** below of this endorsement with respect to loss or damage by a cause of loss other than fire or lightning.

2. The exclusions contained in **B.2.** are amended as follows:

   a. Under exclusion **B.2.d.(2)**, reference to fungus, wet or dry rot, mold is deleted.

   b. Exclusion **B.2.f.** is deleted and replaced by the following:

   We will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**C.** The Additional Coverages contained in Section **A.6.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following Additional Coverage is added:

   **Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria**

   a. The coverage described in **b.** and **c.** below only applies when the "fungus", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

   b. Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage

   (1) We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including:

   (a) The cost of removal of the "fungus", wet or dry rot or bacteria;

   (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that

**MP T3 23 05 02**

BUSINESSOWNERS

"fungus", wet or dry rot or bacteria are present.

(2) The coverage described in **b.(1)** above is limited to $15,000, or the limit of insurance shown in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of this annual limit even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(3) The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

(4) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage.

c. Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

(1) If the loss which results in the "fungus", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet or dry rot or bacteria, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(2) If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet or dry rot or bacteria, but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense is included in, and not in addition to any limit or description of coverage for Business Income shown on the Businessowners Coverage Part Declarations or under the Extra Expense Additional Coverage.

d. The terms of this Limited Coverage do not increase or reduce the coverage under the Water Damage, Other Liquids, Powder or Molten Damage Additional Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

**MP T3 23 05 02**

**D.** The DEFINITIONS contained in Section **G.** are amended as follows:

**1.** The definition of "Specified Causes of Loss" is deleted and replaced by the following:

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse as defined below; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Form.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The "interior of a building or structure", or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake

Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but only to the extent such cause of loss is insured against under this Coverage Form.

**2.** The following definition is added:

**"Fungus"** means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**E.** Ordinance or Law Coverage Change

Under:

**1.** The ordinance or law coverage in Section **A.6.i.** Increased Cost of Construction of the Businessowners Property Coverage Form;

**2.** Ordinance or Law Coverage endorsement MP T3 15; and

**3.** Any other Ordinance or Law coverage or Ordinance or Law – Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

This coverage does not apply to:

**a.** Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**b.** Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet or dry rot or bacteria.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POWER PAC ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART

A. The BUSINESSOWNERS PROPERTY COVER-AGE – SPECIAL FORM is revised as follows:

1. The limit applicable to the **Additional Coverage – Pollutant Cleanup and Removal** is increased from $10,000 to $25,000.

2. The limit applicable to the **Additional Coverage – Fire Department Service Charge** is increased from $1,000 to $10,000.

3. The following **Additional Coverages** are added:

   a. **Brands or Labels**

   If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or part of the property at an agreed or appraised value. If so, you may:

   (1) Stamp the word "Salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands and labels, if doing so will not physically damage the merchandise or its containers to comply with the law.

   We will pay reasonable costs you incur to perform the activity described in **a.(1)** and **a.(2)** above. The most we will pay for these costs and the value of the damaged property under this Additional Coverage is $25,000.

   b. **Fire Protective Equipment Discharge**

   If fire protective equipment discharges accidentally or to control a Covered Cause of Loss we will pay your cost to:

   (1) refill or recharge the system with the extinguishing agents that were discharged; and

   (2) replace or repair faulty valves or controls which caused the discharge.

   The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

This amount is in addition to the Limits of Insurance.

   c. **Lost Key Consequential Loss**

   (1) We will pay for consequential loss to keys and locks if a master or grand master key is lost or damaged from a Covered Cause of Loss. We will pay for:

   (a) the actual cost of keys, and

   (b) adjustment of locks to accept new keys, or

   (c) if required, new locks including cost of their installation.

   (2) Loss or damage must be caused by or result from a Covered Cause of Loss including mysterious disappearance.

   (3) The most we will pay for loss or damage under this Additional Coverage is $500 at each described premises.

   This amount is in addition to the Limits of Insurance.

   d. **Ordinance or Law – Increased Cost of Construction or Repair**

   If a Covered Cause of Loss occurs to covered Building Property insured under this policy at a described premises, we will pay the increased cost to repair, rebuild or construct the damaged building caused by enforcement of a building, zoning or land use ordinance or law which is in force at the time of loss. The repaired or rebuilt building must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

   We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of

MP T9 70 01 00

"pollutants" and asbestos whether or not such asbestos is deemed to be a "pollutant".

We will not pay for increased construction costs until the building is actually repaired or replaced, at the same or another premises.

We will not pay under this coverage for loss due to any ordinance or law which:

(1) You were required to comply with before the loss, even if the building was undamaged; and

(2) You failed to comply with.

The most we will pay for loss under this Additional Coverage is $25,000 in any one occurrence.

This amount is in addition to the Limits of Insurance.

e. **Utility Services – Direct Damage**

We will pay for loss or damage to Covered Property caused by the interruption of services to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Transformers; and

(d) Transmission lines, except overhead transmission lines.

The most we will pay for loss or damage under this Additional Coverage is $2,500.

4. The following **Additional Coverages** are added when **Business Income** is included:

a. **Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property", caused by or resulting from a Covered Cause of Loss.

"Dependent Property" means property operated by others you depend on to:

(a) Deliver materials or services (other than water, communications or power supply) to you, or to others for your account (Contributing Locations);

(b) Accept your products or services (Recipient Locations);

(c) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

(d) Attract customers to your business (Leader Locations).

(2) The Period of Restoration definition with respect to "dependent property", is replaced by the following:

"Period of Restoration" means the period of time that:

(a) Begins 24 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with

reasonable speed and similar quality.

(3) "Period of Restoration" does not include any enforcement of any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or required the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay under this Additional Coverage is $25,000.

b. **Ordinance or Law – Increased "Period of Restoration"**

(1) If a Covered Cause of Loss occurs to property at the premises described in the Declarations, Business Income coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of an ordinance or law that:

(a) Regulates the construction or repair of any property; and

(b) Is in force at the time of loss.

However, coverage is not extended to include loss caused by or resulting from the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", and asbestos whether or not such asbestos is deemed to be a "pollutant".

(2) We will not pay under this coverage for loss due to any ordinance or law which:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

The most we will pay for loss under this Additional Coverage is $25,000 in any one occurrence.

c. **Utility Services – Time Element**

We will pay for the loss of Business Income and/or Extra Expense you sustain due to the necessary "suspension" of your "operations" during the "period of restoration" as a result of direct physical loss or damage by a Covered Cause of Loss to property not at the premises described in the Declarations but used to supply you with services by the following utilities:

(1) Water Supply Services, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Communication Supply Services, meaning property supplying communications service, including telephone, radio, microwave, or television services to the described premises, such as:

(a) Communication transmission lines except overhead transmission lines including fiber optic transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays, except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines, except overhead transmission lines.

The most we will pay is $2,500 for loss you sustain after the first 24 hours following the direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

5. The following **Coverage Extensions** are revised as follows:

a. **Business Income and Extra Expense – Newly Acquired Locations**

The limit of $250,000 is increased to $500,000.

b. **Claim Data Expense**

The limit of $1,000 is increased to $5,000.

c. **Newly Acquired or Constructed Property**

(1) The limit for your new buildings or additions while being built on the described premises or newly acquired premises is increased from $250,000 to $500,000.

(2) The limit for newly acquired Business Personal Property is increased from $250,000 to $500,000.

d. **Outdoor Property**

The limit of $5,000 at each described premises is increased to $10,000.

e. **Valuable Papers and Records – Cost of Research** is deleted and is replaced with the following:

**Valuable Papers and Records (Other Than Accounts Receivable) – Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, (other than accounts receivables), including those which exist on electronic or magnetic media, for which duplicates do not exist.

The most we will pay under this Coverage Extension is $25,000 at each described premises or within 1,000 feet thereof and $5,000 while in transit or temporarily at your home or at a premise you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

6. The following **Coverage Extensions** are added:

a. **Accounts Receivable**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to your accounts receivable records including those on electronic data processing media.

(1) We will pay:

(a) Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

(b) Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable.

(2) We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

(a) Bookkeeping, accounting or billing errors or omissions; or

(b) Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of a direct loss caused by lightning.

(3) We will not pay for loss or damage that requires:

(a) an audit of records;

(b) any inventory computation; or

(c) a profit or loss computation;

to prove its factual existence.

The most we will pay under this Coverage Extension in any one occurrence is $25,000 at each described premises or within 1,000 feet of the described premises and $10,000 while in transit or temporarily at your home or at a premises you do not own, lease or operate.

This amount is in addition to the Limits of Insurance.

b. **Business Computer**

(1) You may extend the insurance that applies under **A.1.b., Business Personal Property**, to loss or damage by a Covered Cause of Loss to the

following types of property used in your data processing operations at a location described in the Declarations:

**(a)** Equipment. Your electronic data processing equipment, facsimile machines, word processors, multi-functional telephone systems, laptop and portable computers; related surge protection devices; and their component parts and peripherals.

**(b)** Data and Media. Your data stored on disks, films, tapes or similar electronic data processing media; the media itself; computer programs and instructions; and similar property of others in your care, custody or control.

**(c)** Duplicate Data and Media. We will pay for loss to duplicates of covered Data and Media while stored in a separate building at least 1,000 feet from a location described in the Declarations.

**(2)** We will pay for accidental loss or damage to the equipment covered by this form while at a location shown in the Declarations if the accidental loss or damage is caused by a Covered Cause of Loss, including any of the following:

**(a)** Mechanical breakdown of covered equipment while at a location described in the Declarations. But we will not pay for loss to such equipment if caused by or resulting from any change in electrical power or other utility service, such as failure, fluctuation or interruption, if that change originates more that 1,000 feet from the building containing the equipment.

**(b)** Corrosion, rust, dampness, dryness, cold, heat or humidity re-

sulting directly from damage to the air conditioning or heating system that services your data processing equipment. The damage to such systems must be caused by a Covered Cause of Loss.

The most we will pay under this Coverage Extension is $10,000. This amount is in addition to the Limits of Insurance.

**c. Fine Arts**

You may extend the insurance that applies to Business Personal Property to apply to loss or damage by a Covered Cause of Loss to "Fine Arts" at the premises described in the Declarations. The most we will pay under this Extension is $10,000 in any one occurrence. The Breakage Limitation contained in Section **A.5.c.(2)** of the Businessowners Property Coverage Special Form does not apply to this Fine Arts Extension.

"Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

The following is added to **PROPERTY LOSS CONDITIONS – E.4.e.(4)(d)** with respect to "Fine Arts":

We will determine the value of Fine Arts as follows:

Works of art, antiques or rare articles at the lesser of:

**(1)** Market value at the time and place of loss;

**(2)** Cost of reasonably restoring that property; or

**(3)** Replacing that property with substantially the same property.

This amount is in addition to the Limits of Insurance.

# GENERAL LIABILITY



# GENERAL LIABILITY

**TABLE OF CONTENTS**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM
# (CG 00 01 10 93)

SECTION I--COVERAGES

Beginning on Page

Coverage A--
   Bodily Injury
   and Property           Insuring Agreement .................................... 1
   Damage Liability         Exclusions .................................................. 1

Coverage B--
   Personal and
   Advertising            Insuring Agreement .................................... 4
   Injury Liability           Exclusions .................................................. 4

Coverage C--
   Medical Payments       Insuring Agreement .................................... 4
                      Exclusions .................................................. 5

Supplementary Payments                    5

SECTION II--WHO IS AN INSURED ......................................... 5

SECTION III--LIMITS OF INSURANCE ..................................... 6

SECTION IV--COMMERCIAL GENERAL LIABILITY CONDITIONS ......... 7

   Bankruptcy......................................................................... 7
   Duties in the Event of Occurrence, Claim or Suit.................. 7
   Legal Action Against Us...................................................... 7
   Other Insurance ................................................................. 8
   Premium Audit................................................................... 8
   Representations ................................................................. 8
   Separation of Insureds ...................................................... 8
   Transfer of Rights of Recovery Against Others To Us ........... 9
   When We Do Not Renew.................................................... 9

SECTION V--DEFINITIONS ................................................... 9

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us"' and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b.  This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c.  Damages because of "`bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a.  Expected or Intended Injury

   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b.  Contractual Liability

   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "`property damage" occurs subsequent to the execution of the contract or agreement; or

      (2) That the insured would have in the absence of the contract or agreement.

   c.  Liquor Liability

   "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

   This exclusion applies only if you are in the business of manufacturing distributing, selling, serving or furnishing alcoholic beverages.

**d.** Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f.** Pollution

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.** Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

COMMERCIAL GENERAL LIABILITY

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage to Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

k. Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

l. Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

    Copyright, Insurance Services Office, Inc., 1992

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

      but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury" or "advertising injury":

      (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   b. "Advertising injury"' arising out of:

      (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

      (2) The failure of goods, products or services to conform with advertised quality or performance;

      (3) The wrong description of the price of goods, products or services; or

      (4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

1. Insuring Agreement.

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the

    Copyright, Insurance Services Office, Inc., 1992    **CG 00 01 10 93**

COMMERCIAL GENERAL LIABILITY

applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**.

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "'bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard."

**g.** Excluded under Coverage A.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

We will pay with respect to any claim or "suit" we defend:

**1.** All expenses we incur.

**2.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**3.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**4.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

**5.** All costs taxed against the insured in the "suit."

**6.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**7.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees," other than your "executive officers," but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

  **(2)** "Property damage" to property:

    **(a)** Owned, occupied or used by,

    **(b)** Rented to in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  **(1)** With respect to liability arising out of the maintenance or use of that property; and

  **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits."

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

**4.** Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

**5.** Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage A; and

**b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

Copyright, Insurance Services Office, Inc., 1992
**CG 00 01 10 93**

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal pa-

pers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

     Copyright, Insurance Services Office, Inc., 1992     **CG 00 01 10 93**

COMMERCIAL GENERAL LIABILITY

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

         (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

**10.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**11.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance but not construction or surfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

    Copyright, Insurance Services Office, Inc., 1992    CG 00 01 10 93

COMMERCIAL GENERAL LIABILITY

**14. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   **(1)** Products that are still in your physical possession; or

   **(2)** Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

   **(1)** When all of the work called for in your contract has been completed.

   **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

   **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**17.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(1)** You;

   **(2)** Others trading under your name; or

   **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**18.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**19.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION –
# REAL ESTATE DEVELOPMENT ACTIVITIES –
# COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**A.** This insurance does not apply to "bodily injury" or "property damage" that is included in the "products-completed operations hazard" and that arises out of any "real estate development activities" by or on behalf of any insured.

**B.** Paragraph 14. c. (3) of **SECTION V – DEFINITIONS** does not apply to any "real estate development activities" by or on behalf of any insured.

**C.** The following definition is added to **SECTION V – DEFINITIONS**:

"Real estate development activities" means the design, site preparation, construction, marketing or sales of residential, commercial or industrial buildings.

   Copyright, The Travelers Indemnity Company, 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT— KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section III – Limit Of Insurance; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive no-

tice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

>COMMERCIAL GENERAL LIABILITY COVERAGE PART
>LIQUOR LIABILITY COVERAGE PART
>OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
>POLLUTION LIABILITY COVERAGE PART
>PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
>RAILROAD PROTECTIVE LIABILITY COVERAGE PART
>UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER INSURANCE – ADDITIONAL INSUREDS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

Paragraph 4.b. of CONDITIONS (SECTION IV) is amended as follows:

**b.** Excess Insurance

This insurance is excess over any of the other insurance; whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk, or similar coverage for "your work";

**(2)** That is Fire Insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos", or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I); or

**(4)** That is valid and collectible insurance available to you if you are added as an additional insured under any other policy.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the PROVISIONS of this endorsement carefully to determine rights, duties, and what is and is not covered.

**A.** Broadened Named Insured

**B.** Fire Damage Liability Extension

- Perils of fire, explosion, lightning, smoke, water

- Limit increased to $300,000

**C.** Blanket Waiver of Subrogation

**D.** Blanket Additional Insured – Managers or Lessors of Premises

**E.** Blanket Additional Insured – Lessor of Leased Equipment

**F.** Incidental Medical Malpractice

**G.** Personal Injury – Assumed by Contract

**H.** Extension of Coverage – Bodily Injury

**I.** Injury to Co-Employees

**J.** Aircraft Chartered with Crew

**K.** Non-Owned Watercraft – Increased from 25 feet to 50 feet

**L.** Increased Supplementary Payments

- Cost for bail bonds increased to $2,500

- Loss of earnings increased to $500 per day

**M.** Knowledge and Notice of Occurrence or Offense

**N.** Unintentional Omission

**O.** Reasonable Force – Bodily Injury or Property Damage

**PROVISIONS**

**A. BROADENED NAMED INSURED**

1. The Named Insured in Item **1.** of the Declarations is as follows:

   The person or organization named in Item **1.** of the Declarations and any organization, other than a partnership or joint venture, over which you maintain ownership or majority interest on the effective date of the policy.

2. WHO IS AN INSURED (Section II) Item **4.a.** is deleted and replaced by the following:

   **a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, unless reported in writing to us within 180 days.

3. This Provision **A.** does not apply to any person or organization for which coverage is excluded by endorsement.

**B. FIRE DAMAGE LIABILITY EXTENSION**

1. The last paragraph of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   **a.** Fire;

   **b.** Explosion;

   **c.** Lightning;

   **d.** Smoke resulting from such fire, explosion, or lightning; or

   **e.** Water.

   A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

2. This insurance does not apply to damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

   **a.** Rupture, bursting, or operation of pressure relief devices;

  **b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water;

  **c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines.

**3.** Part **6.** of LIMITS OF INSURANCE (Section III) is deleted and replaced by the following:

  Subject to **5.** above, the Fire Damage Limit is the most we will pay under COVERAGE A. for damages because of "property damage" to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water. The Fire Damage Limit will apply to all damage proximately caused by the same "occurrence", whether such damage results from fire, explosion, lightning, smoke resulting from such fire, explosion, or lightning, or water, or any combination of any of these.

  The Fire Damage Limit will be the higher of:

  **a.** $300,000; or

  **b.** The amount shown on the Declarations for Fire Damage Limit.

**4.** Under DEFINITIONS (Section V), the definition of "insured contract" is amended so that it does not include that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by:

  **a.** Fire;

  **b.** Explosion;

  **c.** Lightning;

  **d.** Smoke resulting from such fire, explosion, or lightning; or

  **e.** Water.

**5.** This Provision **B.** does not apply if Fire Damage Legal Liability of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is excluded by endorsement.

## C. BLANKET WAIVER OF SUBROGATION

  We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of premises owned or occupied by or rented or loaned to you; ongoing operations performed by you or on your behalf, done under a contract with that person or organization; "your work"; or "your products". We waive this right only where you have agreed to do so as part of a written contract, executed by you prior to loss.

## D. BLANKET ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

  WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises leased to you, subject to the following provisions:

  **1.** Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

  **2.** The insurance afforded to the additional insured does not apply to:

    **a.** Any "occurrence" that takes place after you cease to be a tenant in that premises;

    **b.** Any premises for which coverage is excluded by endorsement; or

    **c.** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

  **3.** The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

## E. BLANKET ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

  WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as "additional insured") with whom you have agreed in a written contract, executed prior to loss, to name as an additional insured, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such additional insured, subject to the following provisions:

    Copyright, The Travelers Indemnity Company, 1999    **CG D1 86 09 99**

1. Limits of Insurance. The limits of insurance afforded to the additional insured shall be the limits which you agreed to provide, or the limits shown on the Declarations, whichever is less.

2. The insurance afforded to the additional insured does not apply to:

   a. Any "occurrence" that takes place after the equipment lease expires; or

   b. "Bodily injury" or "property damage" arising out of the sole negligence of such additional insured.

3. The insurance afforded to the additional insured is excess over any valid and collectible insurance available to such additional insured, unless you have agreed in a written contract for this insurance to apply on a primary or contributory basis.

F. **INCIDENTAL MEDICAL MALPRACTICE**

   1. The definition of "bodily injury" (paragraph **3.** of DEFINITIONS – Section V) is amended to include "Incidental Medical Malpractice Injury".

   2. The following definition is added to DEFINITIONS (Section V):

      "Incidental medical malpractice injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time, arising out of the rendering of, or failure to render, the following services:

      a. Medical, surgical, dental, laboratory, x-ray or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages;

      b. The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances;

      c. First aid; or

      d. "Good Samaritan services". As used in this Provision **F.**, "Good Samaritan services" are those medical services rendered or provided in an emergency and for which no remuneration is demanded or received.

   3. Paragraph **2.a.(1)(d)** of WHO IS AN INSURED (Section II) does not apply to any registered nurse, licensed practical nurse, emergency medical technician or paramedic

employed by you, but only while performing the services described in paragraph **2.** above and while acting within the scope of their employment by you. Any "employees" rendering "Good Samaritan services" will be deemed to be acting within the scope of their employment by you.

4. The following exclusion is added to paragraph **2.** Exclusions of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

   (This insurance does not apply to:) Liability arising out of the willful violation of a penal statute or ordinance relating to the sale of pharmaceuticals by or with the knowledge or consent of the insured.

5. For the purposes of determining the applicable limits of insurance, any act or omission, together with all related acts or omissions in the furnishing of the services described in paragraph **2.** above to any one person, will be considered one "occurrence".

6. This Provision **F.** does not apply if you are in the business or occupation of providing any of the services described in paragraph **2.** above.

7. The insurance provided by this Provision **F.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

G. **PERSONAL INJURY – ASSUMED BY CONTRACT**

   1. Paragraph **2.**, Exclusions of COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   2. Exclusions.

      This insurance does not apply to:

      a. "Personal injury" or "advertising injury":

         (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

         (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period; or

    (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured.

  **b.** "Personal injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability:

    (1) Assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement; or

    (2) That the insured would have in the absence of the contract or agreement.

  **c.** "Advertising injury":

    (1) Arising out of breach of contract, other than misappropriation of advertising ideas under an implied contract;

    (2) Arising out of the failure of goods, products or services to conform with advertised quality or performance;

    (3) Arising out of the wrong description of the price of goods, products or services;

    (4) Arising out of an offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting; or

    (5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**2.** Subparagraph **f.** of the definition of "insured contract" (DEFINITIONS – Section V) is deleted and replaced by the following:

  **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**3.** This Provision **G.** does not apply if COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is excluded by endorsement.

**H. EXTENSION OF COVERAGE – BODILY INJURY**

The definition of "bodily injury" (DEFINITIONS – Section V) is deleted and replaced by the following:

"Bodily injury" means bodily injury, mental anguish, mental injury, shock, fright, disability, humiliation, sickness or disease sustained by a person, including death resulting from any of these at any time.

**I. INJURY TO CO-EMPLOYEES**

**1.** It is agreed that your "employees" are insureds with respect to "bodily injury" to a co-"employee" in the course of the co-"employee's" employment by you, provided that this coverage for your "employees" does not apply to acts outside the scope of their employment by you or while performing duties unrelated to the conduct of your business.

**2.** Subparagraphs **2.a.(1)(a)**, **(b)** and **(c)** and **3.a.** of WHO IS AN INSURED (Section II) do not apply to "bodily injury" for which insurance is provided by paragraph **1.** above.

**J. AIRCRAFT CHARTERED WITH CREW**

**1.** The following is added to the exceptions contained in exclusion **g.** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

(This exclusion does not apply to:) Aircraft chartered with crew to any insured.

**2.** This Provision **J.** does not apply if the chartered aircraft is owned by any insured.

**3.** The insurance provided by this Provision **J.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**K. NON-OWNED WATERCRAFT**

**1.** The exception contained in Part **(2)** of exclusion **g.** of COVERAGE A. BODILY INJURY

 Copyright, The Travelers Indemnity Company, 1999    **CG D1 86 09 99**

AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

(2) A watercraft you do not own that is:

(a) Fifty feet long or less; and

(b) Not being used to carry persons or property for a charge;

**2.** This Provision **K.** applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

**3.** The insurance provided by this Provision **K.** shall be excess over any other valid and collectible insurance available to the insured, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by you to be excess of this policy.

**L.  INCREASED SUPPLEMENTARY PAYMENTS**

Parts **2.** and **4.** of SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) are amended as follows:

**1.** In Part **2.** the amount we will pay for the cost of bail bonds is increased to $2500.

**2.** In Part **4.** the amount we will pay for loss of earnings is increased to $500 a day.

**M. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE**

**1.** The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV), paragraph **2.** (Duties In The Event of Occurrence, Offense, Claim or Suit):

Notice of an "occurrence" or of an offense which may result in a claim under this insurance shall be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to you, one of your executive officers (if you are a corporation), one of your partners (if you are a partnership), one of your managers (if you are a limited liability company), or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

Knowledge by other "employee(s)" of an "occurrence" or of an offense does not imply that you also have such knowledge.

**2.** Notice shall be deemed prompt if given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us as soon as practicable after you, one of your "executive officers" (if you are a corporation), one of your partners (if you are a partnership), one of your managers (if you are a limited liability company), or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence", offense or claim may involve this policy.

**3.** However, this Provision **M.** does not apply as respects the specific number of days within which you are required to notify us in writing of the abrupt commencement of a discharge, release or escape of "pollutants" which causes "bodily injury" or "property damage" which may otherwise be covered under this policy.

**N.  UNINTENTIONAL OMISSION**

The following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV), paragraph **6.** (Representations):

The unintentional omission of, or unintentional error in, any information provided by you shall not prejudice your rights under this insurance. However, this Provision **N.** does not affect our right to collect additional premium or to exercise our right of cancellation or nonrenewal in accordance with applicable state insurance laws, codes or regulations.

**O.  REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE**

Exclusion **2.a.** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE (Section I – Coverages) is deleted and replaced by the following:

(This insurance does not apply to:)

**a.  Expected or Intended Injury or Damage**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PROVISIONS

**A.** Paragraph **1.a.** of COVERAGE A. – BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   **1. Insuring Agreement**

      **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

         **(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

         **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

**B.** Paragraph **2.b.** of COVERAGE A. – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   **2. Exclusions**

      This insurance does not apply to:

      **b.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

         **(1)** That the insured would have in the absence of the contract or agreement; or

         **(2)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

            **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

            **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**C.** Paragraph **1.a.** of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages) is deleted and replaced by the following:

   **1. Insuring Agreement**

      **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance

applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

D. The following is added to Paragraph 2. Exclusions of COVERAGE B. – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

(This insurance does not apply to:)

1. "Personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

2. Any loss, cost or expense arising out of any:

a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

E. SUPPLEMENTARY PAYMENTS – COVERAGES A AND B (Section I – Coverages) is amended as follows:

1. The first sentence is deleted and replaced by the following:

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

2. Paragraph 4. is deleted and replaced by the following:

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

3. The following is added:

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee:

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and we agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

Copyright, Travelers Indemnity Company, 1997
CG D1 94 11 97

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph **2.b.(2)** of COVERAGE A -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I -- Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

**F.** WHO IS AN INSURED (Section II) is amended as follows in order to specifically include Limited Liability Companies:

**1.** Paragraphs **1.** and **2.a.** are deleted and replaced by the following:

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to

the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal injury";

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse , child, parent, brother or sister of that co-"employee" as a conse-

COMMERCIAL GENERAL LIABILITY

quence of paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property;

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**2.** The first sentence of paragraph **4.** is deleted and replaced by the following:

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**3.** The final paragraph is deleted and replaced by the following:

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**G.** Condition **2.** Duties In The Event Of Occurrence, Offense, Claim or Suit (Section IV – Commercial General Liability Conditions) is amended as follows:

**1.** Paragraph **c.(3)** is deleted and replaced by the following:

**c.** You and any other involved insured must:

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**2.** Paragraph **d.** is deleted and replaced by the following:

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**H.** Condition **4.** Other Insurance (Section IV – Commercial General Liability Conditions) is amended as follows:

The first two paragraphs of paragraph **b.** are deleted and replaced by the following:

**b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I – Coverages).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I.** DEFINITIONS (Section V) is amended as follows:

**1.** Definition **8.** "insured contract" is amended as follows:

**a.** Subpart **f.(2)(a)** is deleted and replaced by the following:

**(a)** Preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    Copyright, Travelers Indemnity Company, 1997    **CG D1 94 11 97**

**b.** Subpart **f.(3)** is deleted and replaced by the following:

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**2.** Definition **14.** "products-completed operations hazard" is amended as follows:

Paragraph **c.(1)** is deleted and replaced by the following:

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**3.** Definition **16.** "suit" is deleted and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – NON CUMULATION OF EACH OCCURRENCE LIMIT OF LIABILITY and NON CUMULATION OF PERSONAL and ADVERTISING INJURY LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  Paragraph 5 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

    Non cumulation of Each Occurrence Limit – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Each Occurrence Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "occurrence".

2.  Paragraph 4 of SECTION III – LIMITS OF INSUR-ANCE, is amended to include the following:

    Non cumulation of Personal and Advertising Limit – If "personal injury" and/or "advertising injury" is sustained by any one person or organization during the policy period and during the policy period of one or more prior and/or future policies that include a commercial general liability coverage part for the insured issued by us or any affiliated insurance company, the amount we will pay is limited. This policy's Personal Injury and Advertising Injury Limit will be reduced by the amount of each payment made by us and any affiliated insurance company under the other policies because of such "personal injury" and/or "advertising injury".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WEB XTEND—LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced by the following:

**COVERAGE B. PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury", or "web site injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION – III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

   b. This insurance applies to:

      (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

      (2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

      (3) "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

   but only if the offense was committed in the "coverage territory" during the policy period.

2. **Exclusions.**

   This insurance does not apply to:

   a. "Personal injury", "advertising injury" or "web site injury":

      (1) Arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      (2) Arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period;

      (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

      (4) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   b. Any loss, cost or expense arising out of any:

      (1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants; or

      (2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**c.** "Personal injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability:

**(1)** Assumed in a contract or agreement that is an "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

**d.** "Advertising injury" arising out of:

**(1)** Breach of contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services;

**(4)** An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting; or

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**e.** "Web site injury":

**(1)** arising out of:

**(a)** Breach of contract;

**(b)** The failure of goods, products or services to conform with advertised quality or performance;

**(c)** The wrong description of the price of goods, products or services;

**(d)** Dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with others;

**(e)** An offense committed by any insured whose business is providing access

to intellectual property of others via "your web site".

**(f)** The hosting of an electronic chatroom or bulletin board.

**(2)** expected or intended by any insured.

**SECTION II – WHO IS AN INSURED**

The introductory sentence of paragraph 2. a. (1) Section II – Who Is An Insured is deleted and replaced by the following:

**2.  a.  (1)** "Bodily injury", "personal injury" or "web site injury":

Section II – Who Is An Insured, paragraph 4. c., is deleted and replaced by the following:

**4.  c.** Coverage B does not apply to "personal injury", "advertising injury" or "web site injury" arising out of an offense committed before you acquired or formed the organization.

**SECTION III – LIMITS OF INSURANCE**

**SECTION III – Limits Of Insurance, paragraph 4,** is deleted and replaced by the following:

**4.** Subject to 2. above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury", "advertising injury" and all "web site injury" sustained by any one person or organization.

**SECTION V – DEFINITIONS**

**ADVERTISING INJURY**

The definition of **"Advertising injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**1.** "Advertising injury" means injury, arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**b.** Oral, written or electronic publication of material that violates a person's right of privacy;

**c.** Infringement of copyright, title or slogan.

**COVERAGE TERRITORY**

The definition of **"Coverage Territory", (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

Copyright, The Travelers Indemnity Company, 2001
CG D2 34 02 01

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in a. above;

**(b)** The activities of a person whose home is in the territory described in a. above, but who is away for a short time on your business; or

**(c)** "Personal injury", "advertising injury", and "web site injury" offenses that take place through the Internet or similar electronic means of communication; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

**INSURED CONTRACT**

Subparagraph f. of the definition of **"Insured Contract"** (SECTION V – DEFINITIONS) is deleted and replaced by the following:

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage" or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**PERSONAL INJURY**

The definition of **"Personal injury" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occu-

pies by or on behalf of its owner, landlord or lessor;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral, written or electronic publication of material that violates a person's right of privacy.

**SUIT**

The definition of **"Suit" (SECTION V – DEFINITIONS)** is deleted in its entirety and replaced by the following:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury", "advertising injury" or "web site injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

The following definitions are added to **SECTION V – DEFINITIONS**

**WEB SITE INJURY**

**"Web site injury"**, means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**b.** Oral, written or electronic publication of material that violates a person's right of privacy;

**c.** Oral, written or electronic publication of material that violates a person's right of publicity; or

**d.** Infringement of copyright, title or slogan.

**YOUR WEB SITE**

**"Your web site"** means all computer files and data which may be accessed via the Internet using a Universal Resource Locator that includes any domain name owned by or assigned to you.

COMMERCIAL GENERAL LIABILITY

POLICY NUMBER: I-680-584H8258-TIA-04

ISSUE DATE: 12-02-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NONOWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| COVERAGE | ADDITIONAL PREMIUM |
|---|---|
| Hired Auto Liability | $ INCLUDED |
| Nonowned Auto Liability | $ INCLUDED |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**PROVISIONS**

A. If a premium charge is shown in the Schedule the insurance provided under **COVERAGE A** (Section I) applies to "bodily injury" and "property damage" arising out of the maintenance or use of a "hired auto" or "nonowned auto". Maintenance or use of a "nonowned auto" includes test driving in connection with an "auto business".

B. With respect to the insurance provided by this endorsement:

1. The exclusions, under **COVERAGE A** (Section I), other than exclusions **a., b., d., e., f.** and **i.** and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and replaced by the following:

   a. "Bodily injury" to:

      (1) Any fellow "employee" of the insured arising out of and in the course of:

         (a) Employment by the insured; or

         (b) Performing duties related to the conduct of the insured's business.

   b. "Property damage" to:

      (1) Property owned or being transported by, or rented or loaned to the insured; or

      (2) Property in the care, custody or control of the insured.

2. **WHO IS AN INSURED** (Section II) is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

a. You;

b. Anyone else including any partner or "executive officer" of yours while using with your permission a "hired auto" or a "nonowned auto" except:

   (1) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner or lessee of a "nonowned auto" or any agent or "employee" of any such owner or lessee;

   (2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household;

   (3) Your "employee" if the covered "auto" is leased, hired or rented by him or her or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   (4) Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   (5) Any partner or "executive officer" with respect to any "auto" leased or rented to such partner or officer or a member of his or her household under a lease or rental agreement for a period of 180 days or more;

   (6) Any person while employed in or otherwise engaged in duties in con-

MP T1 25 01 03

Copyright, The Travelers Indemnity Company, 2003
Includes Material Copyrighted by Insurance Services Office, Inc.

COMMERCIAL GENERAL LIABILITY

nection with an "auto business", other than an "auto business" you operate;

(7) Anyone other than your "employees", partners, a lessee or borrower or any of their "employees", while moving property to or from a "hired auto" or a "nonowned auto"; or

c. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under **a.** or **b.** above.

3. **ADDITIONAL DEFINITIONS**

a. "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

b. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include:

(1) Any "auto" you lease, hire or rent under a lease or rental agreement for a period of 180 days or more, or

(2) Any "auto" you lease, hire, rent or borrow from any of your "employees", partners, stockholders, or members of their households.

c. "Nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course

and scope of your business at the time of an "occurrence". This includes "autos" owned by your "employees" or partners or members of their households but only while being used in the course and scope of your business at the time of an "occurrence".

If you are a sole proprietor, "nonowned auto" means any "autos" you do not own, lease, hire, rent or borrow that are being used in the course and scope of your business or personal affairs at the time of an "occurrence".

4. **AMENDED DEFINITIONS**

Definition **8.** "insured contract" of the DEFINITIONS section is amended by the addition of the following to the paragraph (An "insured contract" does not include that part of any contract or agreement):

d. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

e. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

Copyright, The Travelers Indemnity Company, 2003
Includes Material Copyrighted by Insurance Services Office, Inc.

**MP T1 25 01 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions **of Section I – Coverage A – Bodily Injury And Property Damage**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal injury" or "advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Copyright, The Travelers Indemnity Company, 2002
Includes copyrighted material of Insurance Services Office

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT — RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A — BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to:

**1.** "Bodily injury" to:

  **a.** A person arising out of any:

    **(1)** Refusal to employ that person;

    **(2)** Termination of that person's employment; or

    **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

  **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies

  **a.** whether the insured may be held liable as an employer or in any other capacity; and

  **b.** to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B — PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

This insurance does not apply to:

**1.** "Personal injury" to:

  **a.** A person arising out of any:

    **(1)** Refusal to employ that person;

    **(2)** Termination of that person's employment; or

    **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

  **b.** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

This exclusion applies:

  **a.** Whether the insured may be liable as an employer or in any other capacity; and

  **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — LEAD

This endorsement modifies insurance provided under the following:

        COMMERCIAL GENERAL LIABILITY COVERAGE PART
        OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
        PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
        RAILROAD PROTECTIVE LIABILITY COVERAGE PART
        CATASTROPHE UMBRELLA POLICY

**PROVISIONS**

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of lead, lead compounds or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of lead, lead compounds or materials or substances containing lead.

**CG D0 76 06 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## PROVISIONS

1. **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** – is amended by adding the following additional exclusion:

    (This Insurance does not apply to:)

    "Bodily injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

2. **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY** – is amended by adding the following additional exclusion:

    (This insurance does not apply to:)

    "Personal injury" resulting from or as a consequence of discrimination, whether intentional or unintentional, based upon a person's sex, sexual preference, marital status, race, creed, religion, national origin, age, physical capabilities, characteristics or condition, or mental capabilities or condition.

    Copyright, The Travelers Indemnity Company, 1999



EXHIBIT

1: Part 3 of 3

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph **(1)(a)** of the **Pollution** exclusion under Paragraph **2., Exclusions of Bodily Injury And Property Damage Liability** Coverage **(Section I – Coverages)** is replaced by the following:

This insurance does not apply to:

**POLLUTION**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph **(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions:**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions:**

This insurance does not apply to:

**War**

"Personal injury" or "advertising injury" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> CATASTROPHE UMBRELLA POLICY

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual or alleged presence or actual, alleged or threatened dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

a. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION WHEN TWO OR MORE POLICIES APPLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**PROVISIONS**

1. Injury, damage or loss might be covered by this policy and also by other policies issued to you by us or any affiliate. When these other policies contain a provision similar to this one, the amount we will pay is limited. The maximum that we will pay under all such policies combined is the highest limit that applies in any one of these policies.

2. This does not apply to any personal liability policy or to any policy with a policy number containing the letters CUP, EX, PRS, SPS, XS or IXL.

CG T3 33 12 88

# INTERLINE
# ENDORSEMENTS



# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
    TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The Insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997
**IL 00 21 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DISTRICT OF COLUMBIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect  more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** You have refused or failed to pay a premium due under the terms of the policy;

**2.** You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

**3.** You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

**4.** The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

NONRENEWAL

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least 5 days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      COMMERCIAL CRIME COVERAGE FORM
      COMMERCIAL CRIME POLICY
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      EMPLOYEE THEFT AND FORGERY POLICY
      FARM COVERAGE PART
      GOVERNMENT CRIME COVERAGE FORM
      GOVERNMENT CRIME POLICY
      KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
      KIDNAP/RANSOM AND EXTORTION POLICY
      STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

**1.** The act resulted in aggregate losses in excess of $5 million; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE PART
> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including micro-processors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and re-lated software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, or the Commercial Inland Marine Coverage Part; or

   **2.** Under the Businessowners Coverage Part:

      **a.** In a Covered Cause of Loss under the Businessowners Property Coverage Standard Form, or in elevator collision resulting from mechanical breakdown;

      **b.** In a "Specified Cause of Loss", under the Businessowners Property Coverage Special Form, in elevator collision resulting from mechanical breakdown, or from "Theft" of Covered Property,

   we will pay only for the loss ("loss") or damage caused by such Covered Cause of Loss, elevator collision, Covered Cause of Loss or "Theft".

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Includes Material Copyrighted by
Insurance Services Office

POLICY NUMBER: I-680-584H8258-TIA-04                    ISSUE DATE: 12-02-03

# TRAVELERS RATING MODIFICATION REPORT
# ADDITIONAL COMMENTS

GENERAL COMMENTS

INCREASE OVERALL.THERE WAS A TOTAL 3 LOSSES WITH AN INCURRED TOTAL OF
$9,413 WHERE $4,413 OF THAT HAS BEEN PAID OUT SO FAR.ONLY 1 LOSS

**Travelers**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY OF AMERICA

**Named Insured:** CARROLLSBURG SQUARE CONDO.

**Policy Number:** I-680-584H8258-TIA-04
**Policy Effective Date:** 01-01-04
**Policy Expiration Date:** 01-01-05
**Issue Date:** 12-09-03
**Premium $** NIL

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:

| PREM. NO. | BLDG NO. | LOSS PAYEE NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 002 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 003 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 004 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 005 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 006 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 007 | 001 | BRANCH, BANKING & TRUST CO |

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                 MD   20754

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87** (Page 01 of 02)

Office: CHANTILLY/WASHDC



One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

| | |
|---|---|
| **Policy Number:** | I-680-584H8258-TIA-04 |
| **Policy Effective Date:** | 01-01-04 |
| **Policy Expiration Date:** | 01-01-05 |
| **Issue Date:** | 12-09-03 |

```
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

008     001         BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

009     001         BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

010     001         BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

011     001         BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

012     001         BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740
```

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

   CP 12 18 10 91

POLICY NUMBER:  I-680-584H8258-TIA-04

EFFECTIVE DATE:  01-01-04

ISSUE DATE:  12-09-03

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

IL T0 07 09 87   CHANGE ENDORSEMENT
IL T8 01 01 01   FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

BUSINESSOWNERS

CP 12 18 10 91   LOSS PAYABLE PROVISIONS

IL T8 01 01 01                                        PAGE:   1 OF   1

# BUSINESSOWNERS



# BUSINESSOWNERS

POLICY NUMBER: I-680-584H8258-TIA-04

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. | |
|---|---|---|
| 01 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "**X**" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading:

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

CP 12 18 10 91          Copyright, ISO Commercial Risk Services, Inc., 1983, 1990          Page 1 of 2

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least;

a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

b 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1990    **CP 12 18 10 91**

POLICY NUMBER: **I-680-584H8258-TIA-04**

COMMERCIAL PROPERTY
ISSUE DATE:**12-09-03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | |
|-----------|-----------|---|
| 02 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

|  | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.
The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

a. Warehouse receipts;

b. A contract for deed;

c. Bills of lading:

d. Financing statements; or

e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1990        **CP 12 18 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. |
|-----------|-----------|
| 03 | 01 |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.
The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "**X**" in the Schedule:

**B. LOSS PAYABLE**
For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading:

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so:

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least;

a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

b 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

D. **CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER IN-SURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

    Copyright, ISO Commercial Risk Services, Inc., 1983, 1990    **CP 12 18 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | |
|---|---|---|
| 04 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1.  Adjust losses with you; and

2.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1.  The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

a.  Warehouse receipts;

b.  A contract for deed;

c.  Bills of lading:

d.  Financing statements; or

e.  Mortgages, deeds of trust, or security agreements.

2.  For Covered Property in which both you and a Loss Payee have an insurable interest:

a.  We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b.  The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c.  If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

POLICY NUMBER: I-680-584H8258-TIA-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. | |
|---|---|---|
| 05 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

a. Warehouse receipts;

b. A contract for deed;

c. Bills of lading:

d. Financing statements; or

e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with terms of the Coverage Part, the

CP 12 18 10 91         Copyright, ISO Commercial Risk Services, Inc., 1983, 1990          Page 1 of 2

POLICY NUMBER: I-680-584H8258-TIA-04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. |
|---|---|
| 06 | 01 |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

|  | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least;

a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

b 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

        Copyright, ISO Commercial Risk Services, Inc., 1983, 1990        **CP 12 18 10 91**

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

        Copyright, ISO Commercial Risk Services, Inc., 1983, 1990        **CP 12 18 10 91**

Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so:

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

            Copyright, ISO Commercial Risk Services, Inc., 1983, 1990            **CP 12 18 10 91**

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

POLICY NUMBER: I-680-584H8258-TIA-04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. | |
|-----------|-----------|---|
| 07 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading:

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   **c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

CP 12 18 10 91          Copyright, ISO Commercial Risk Services, Inc., 1983, 1990          Page 1 of 2

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least;

a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

b 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990
**CP 12 18 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. | |
|---|---|---|
| 08 | 01 | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| Provisions Applicable: | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so:

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

  Copyright, ISO Commercial Risk Services, Inc., 1983, 1990    **CP 12 18 10 91**

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

POLICY NUMBER: I-680-584H8258-TIA-04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. | | |
|---|---|---|---|
| 09 | 01 | | |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "**X**" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so:

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least;

a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

b 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

  Copyright, ISO Commercial Risk Services, Inc., 1983, 1990  **CP 12 18 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. |
|---|---|
| 10 | 01 |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.
The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

  **1.** Adjust losses with you; and

  **2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

  **1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

  **a.** Warehouse receipts;

  **b.** A contract for deed;

  **c.** Bills of lading:

  **d.** Financing statements; or

  **e.** Mortgages, deeds of trust, or security agreements.

  **2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

  **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

  **b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

  **c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so:

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990
CP 12 18 10 91

COMMERCIAL PROPERTY
ISSUE DATE: 12-09-03

POLICY NUMBER: I-680-584H8258-TIA-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Prem. No. | Bldg. No. |
|---|---|
| 11 | 01 |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

| | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "**X**" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading;

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with terms of the Coverage Part, the

Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so:

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

     Copyright, ISO Commercial Risk Services, Inc., 1983, 1990     **CP 12 18 10 91**

POLICY NUMBER: I-680-584H8258-TIA-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT–OWNERS COVERAGE FORM
> STANDARD PROPERTY POLICY

## SCHEDULE

| Prem. No. | Bldg. No. |
|---|---|
| 12 | 01 |

**Description of Property**

LOAN FOR BLDG REPAIRS

**Loss Payee (Name & Address)**

BRANCH, BANKING & TRUST CO

9758 BALTIMORE AVENUE, #207

COLLEGE PARK          MD 20740

|  | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | X | | |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is re-placed by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in

Covered Property is established by such written instruments as;

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading:

**d.** Financing statements; or

**e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comp-ly with terms of the Coverage Part, the

      Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so:

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the dept plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least;

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**3.** The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

   Copyright, ISO Commercial Risk Services, Inc., 1983, 1990   **CP 12 18 10 91**

**Travelers**

One Tower Square, Hartford, Connecticut 06183

OTHER INTEREST                                                        **CHANGE ENDORSEMENT**

**Named Insured:** CARROLLSBURG SQUARE CONDO.

**Policy Number:** I-680-584H8258-TIA-04
**Policy Effective Date:** 01-01-04
**Policy Expiration Date:** 01-01-05
**Issue Date:** 12-09-03
**Premium $**            NIL

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:

| PREM. NO. | BLDG NO. | LOSS PAYEE NAME AND MAILING ADDRESS |
|-----------|----------|-------------------------------------|
| 001 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 002 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 003 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 004 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 005 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 006 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 007 | 001 | BRANCH, BANKING & TRUST CO |

NAME AND ADDRESS OF AGENT OR BROKER                    Countersigned by

RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105                    _____
DUNKIRK                MD   20754                         Authorized Representative

                                            DATE: _____

**IL T0 07 09 87** (Page 01 of 02)                    Office: CHANTILLY/WASHDC

One Tower Square, Hartford, Connecticut 06183

**Travelers**

OTHER INTEREST

**CHANGE ENDORSEMENT**

| | |
|---|---|
| **Named Insured:** | CARROLLSBURG SQUARE CONDO. |
| **Policy Number:** | I-680-584H8258-TIA-04 |
| **Policy Effective Date:** | 01-01-04 |
| **Policy Expiration Date:** | 01-01-05 |
| **Issue Date:** | 12-09-03 |
| **Premium $** | NIL |

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:

| PREM. NO. | BLDG NO. | LOSS PAYEE NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 002 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 003 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 004 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 005 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 006 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 007 | 001 | BRANCH, BANKING & TRUST CO |

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                    MD    20754

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87** (Page 01 of 02)

Office: CHANTILLY/WASHDC

**Travelers**

One Tower Square, Hartford, Connecticut 06183

OTHER INTEREST                                                    **CHANGE ENDORSEMENT**

**Named Insured:** CARROLLSBURG SQUARE CONDO.

**Policy Number:** I-680-584H8258-TIA-04
**Policy Effective Date:** 01-01-04
**Policy Expiration Date:** 01-01-05
**Issue Date:** 12-09-03
**Premium $**                NIL

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:

| PREM. NO. | BLDG NO. | LOSS PAYEE NAME AND MAILING ADDRESS |
|-----------|----------|-------------------------------------|
| 001 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 002 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 003 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 004 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 005 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 006 | 001 | BRANCH, BANKING & TRUST CO<br>9758 BALTIMORE AVENUE, #207<br>COLLEGE PARK, MD 20740 |
| 007 | 001 | BRANCH, BANKING & TRUST CO |

NAME AND ADDRESS OF AGENT OR BROKER                    Countersigned by

RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                    MD   20754

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87** (Page 01 of 02)                        Office:  CHANTILLY/WASHDC



One Tower Square, Hartford, Connecticut 06183

OTHER INTEREST                                                          **CHANGE ENDORSEMENT**

**Named Insured:** CARROLLSBURG SQUARE CONDO.

**Policy Number:** I-680-584H8258-TIA-04
**Policy Effective Date:** 01-01-04
**Policy Expiration Date:** 01-01-05
**Issue Date:** 12-09-03
**Premium $**          NIL

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

```
ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:
PREM.     BLDG     LOSS PAYEE
NO.       NO.      NAME AND MAILING ADDRESS
 001      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 002      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 003      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 004      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 005      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 006      001      BRANCH, BANKING & TRUST CO
                   9758 BALTIMORE AVENUE, #207
                   COLLEGE PARK, MD 20740

 007      001      BRANCH, BANKING & TRUST CO
```

NAME AND ADDRESS OF AGENT OR BROKER                    Countersigned by

```
RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                    MD   20754
```

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87** (Page 01 of 02)                        Office: CHANTILLY/WASHDC

**Travelers**

One Tower Square, Hartford, Connecticut 06183

OTHER INTEREST                                                    **CHANGE ENDORSEMENT**

**Named Insured:** CARROLLSBURG SQUARE CONDO.

**Policy Number:** I-680-584H8258-TIA-04
**Policy Effective Date:** 01-01-04
**Policy Expiration Date:** 01-01-05
**Issue Date:** 12-09-03
**Premium $** NIL

Effective from 01-01-04 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE BUSINESSOWNERS COVERAGE PART DECLARATIONS (LOSS PAYEE), THE
FOLLOWING LOSS PAYEE(S) IS/ARE ADDED:

| PREM. NO. | BLDG NO. | LOSS PAYEE NAME AND MAILING ADDRESS |
|---|---|---|
| 001 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 002 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 003 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 004 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 005 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 006 | 001 | BRANCH, BANKING & TRUST CO 9758 BALTIMORE AVENUE, #207 COLLEGE PARK, MD 20740 |
| 007 | 001 | BRANCH, BANKING & TRUST CO |

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

RICE\J E\INS AGCY          HF575
3140 WEST WARD RD STE 105
DUNKIRK                    MD   20754

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87** (Page 01 of 02)                          Office:  CHANTILLY/WASHDC

One Tower Square, Hartford, Connecticut 06183   

**CHANGE ENDORSEMENT**

```
        Policy Number:  I-680-584H8258-TIA-04
 Policy Effective Date:  01-01-04
Policy Expiration Date:  01-01-05
            Issue Date:  12-09-03
```

```
        9758 BALTIMORE AVENUE, #207
        COLLEGE PARK, MD 20740

008    001    BRANCH, BANKING & TRUST CO
              9758 BALTIMORE AVENUE, #207
              COLLEGE PARK, MD 20740

009    001    BRANCH, BANKING & TRUST CO
              9758 BALTIMORE AVENUE, #207
              COLLEGE PARK, MD 20740

010    001    BRANCH, BANKING & TRUST CO
              9758 BALTIMORE AVENUE, #207
              COLLEGE PARK, MD 20740

011    001    BRANCH, BANKING & TRUST CO
              9758 BALTIMORE AVENUE, #207
              COLLEGE PARK, MD 20740

012    001    BRANCH, BANKING & TRUST CO
              9758 BALTIMORE AVENUE, #207
              COLLEGE PARK, MD 20740
```

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

```
 CP 12 18 10 91
```

**Travelers**

One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

|  |  |
|---|---|
| **Policy Number:** | I-680-584H8258-TIA-04 |
| **Policy Effective Date:** | 01-01-04 |
| **Policy Expiration Date:** | 01-01-05 |
| **Issue Date:** | 12-09-03 |

9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

008    001        BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

009    001        BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

010    001        BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

011    001        BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

012    001        BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

  CP 12 18 10 91



One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

|  |  |
|---|---|
| **Policy Number:** | I-680-584H8258-TIA-04 |
| **Policy Effective Date:** | 01-01-04 |
| **Policy Expiration Date:** | 01-01-05 |
| **Issue Date:** | 12-09-03 |

```
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

008      001        BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

009      001        BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

010      001        BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

011      001        BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740

012      001        BRANCH, BANKING & TRUST CO
                    9758 BALTIMORE AVENUE, #207
                    COLLEGE PARK, MD 20740
```

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

    CP 12 18 10 91



One Tower Square, Hartford, Connecticut  06183

**CHANGE ENDORSEMENT**

Policy Number:  I-680-584H8258-TIA-04
Policy Effective Date:  01-01-04
Policy Expiration Date:  01-01-05
Issue Date:  12-09-03


9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

008    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

009    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

010    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

011    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

012    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

CP 12 18 10 91



One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

| | |
|---|---|
| **Policy Number:** | I-680-584H8258-TIA-04 |
| **Policy Effective Date:** | 01-01-04 |
| **Policy Expiration Date:** | 01-01-05 |
| **Issue Date:** | 12-09-03 |

9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

008    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

009    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

010    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

011    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

012    001    BRANCH, BANKING & TRUST CO
9758 BALTIMORE AVENUE, #207
COLLEGE PARK, MD 20740

THE FOLLOWING FORMS AND/OR ENDORSEMENTS IS/ARE INCLUDED WITH THIS CHANGE.
THESE FORMS ARE ADDED TO THE POLICY OR REPLACE FORMS ALREADY EXISTING
ON THE POLICY:

CP 12 18 10 91

POLICY NUMBER: I-680-584H8258-TIA-04                    ISSUE DATE: 12-09-03

# TRAVELERS RATING MODIFICATION REPORT
# ADDITIONAL COMMENTS

GENERAL COMMENTS

INCREASE OVERALL.THERE WAS A TOTAL 3 LOSSES WITH AN INCURRED TOTAL OF
$9,413 WHERE $4,413 OF THAT HAS BEEN PAID OUT SO FAR.ONLY 1 LOSS

**MP T0 41 10 01**

**Notice of Cancellation**

TRAVELERS
DBS - 226 584H8258 680    040101
P.O. BOX 26385
RICHMOND, VA 23260-6385

**Account** 9203A7068

Page 1 of 3

226

CARROLLSBURG SQUARE CONDO.
C/O THE SIMMONS MNGT GROUP INC
8911 60TH AVENUE, 2ND FLOOR
COLLEGE PARK    MD  20740

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION.   PLEASE
SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

CLDBNOC

# NOTICE OF CANCELLATION
# FOR NON-PAYMENT OF PREMIUM

**POLICY NO.** 584H8258 680
**Issue Date**  01/12/04
Page 2 of 3

Insuring Company: THE TRAVELERS INDEMNITY COMPANY OF AMERICA

Agent  J E RICE INS AGCY

**Named Insured
and Mailing Address**
CARROLLSBURG SQUARE CONDO.
C/O THE SIMMONS MNGT GROUP INC
8911 60TH AVENUE, 2ND FLOOR
COLLEGE PARK   MD  20740

Please contact your agent
if you have any questions.
PHONE: (301) 812-1200

## EFFECTIVE DATE OF CANCELLATION:   FEBRUARY 01, 2004

We are pleased to have you as a customer and would like to continue to provide your
insurance.  Unfortunately, we have not received the premium payment due on this policy.
Therefore, your policy shown on this notice is cancelled on the effective date of
cancellation shown above, and at the time the policy became effective. We will refund any
premium due you. We regret having to take this action, and will be pleased to reinstate
this coverage if we receive your payment on or before the effective date of cancellation.
In that event, we will send you a notice of reinstatement continuing your coverage.

| Premium Information | | |
|---|---|---|
| POLICY NUMBER  584H8258 680 | POLICY PERIOD 01/01/04 To 01/01/05 | |
| Previous balance           $30,561.00 | Pay Either Amount | MINIMUM DUE      $10,187.00 |
| | | TOTAL DUE       $30,561.00 |
| | By | **DUE DATE**   FEBRUARY 01, 2004 |

If you wish to reinstate your policy, you must pay the MINIMUM DUE by the effective date
of cancellation.  The MINIMUM DUE shown above includes:

$7,640.25 that was due on 01/01/04;
$2,546.75 that is  due on 02/01/04.

---

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS, CL REMITTANCE CENTER, HARTFORD, CT 06183-1008.

648844J    2004012  5503  226 0HF575

## Payment Coupon   *Make checks payable to:* TRAVELERS INDEMNITY AND AFFILIATES

J E RICE INS AGCY
CARROLLSBURG SQUARE CONDO.

9203A7068      584H8258 680

Include Account Number on the check.

Change of Address?
Place an "X" here.
Print changes on reverse side.

| TOTAL BALANCE |
|---|
| $30,561.00 |
| MINIMUM DUE |
| $10,187.00 |
| AMOUNT ENCLOSED |

PAYMENT MUST BE RECEIVED BY
FEBRUARY 01, 2004

TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

*C*

99393230330137303638403939393972001018700003056100bb

**Notice of Cancellation**

**Account** 9203A7068

Page 3 of 3

If this notice of cancellation pertains to a policy providing fire, extended coverage and possibly vandalism and malicious mischief coverage and you wish to replace your policy, you should make an effort to obtain insurance through another company in the normal market. If you have difficulty procuring replacement coverage in the normal market, you possibly may obtain coverage through the Joint Insurance Association. For further information, please contact your agent or broker or the Association at the following address or phone number: JOINT INSURANCE ASSOCIATION, 210 North Charles Street, Suite 1001 Baltimore, MD 21201-4012 Phone No: 410-539-6808.

The account number shown above consists of your CL policy number and policy form.  For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers affiliated company indicated on the policy shown on this notice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* QUESTIONS? \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 9203A7068.

648844J    2004012    5503    226 0HF575

CLDBNOC3

**Travelers**

J E RICE INS AGCY
3140 WEST WARD RD STE 105
DUNKIRK MD 20754

Date of this Notice                    01/19/04

CARROLLSBURG SQUARE CONDO.
C/O THE SIMMONS MNGT GROUP INC
8911 60TH AVENUE, 2ND FLOOR
COLLEGE PARK     MD   20740

Please contact your agent
with any questions, future
policy changes and all
address changes.

J E RICE INS AGCY
(301) 812-1200

**Insuring Company:** THE TRAVELERS INDEMNITY COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| CARROLLSBURG SQUARE CONDO. | 584H8258 680 |
| **TYPE OF INSURANCE** | **POLICY PERIOD** |
| Commercial Package | 01/01/04 To 01/01/05 |

Receipt of funds dishonored upon presentment is not a valid means of
reinstatement.  Reinstatement will only occur when all conditions have
been met.  If these conditions have not been met the reinstatement will
be null and void.

We understand that circumstances will occasionally cause a payment to
arrive late, but please be aware that if future payments don't reach us
on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR
POLICY.  Please contact your Travelers representative if you have any
questions concerning this notice.  Thank you for your business.

648826R     2004019     5508     226 0HF575

CLDBREIN

12709 037

## ARTICLE VI

### INSURANCE

#### A. Authority To Purchase

Except builder risk and other required insurance furnished by the Developer during construction, all insurance policies upon the property (except as hereinafter allowed) including each Condominium Unit, shall be purchased by the Council of Co-Owners acting through the Board of Directors or the Managing Agent for the benefit of the respective Condominium Co-Owners and their respective mortgagees as their interest may appear, and shall provide for the issuance of certificates of insurance and mortgage endorsements to the holders of the mortgages on the Condominium Units or any of them and, if the insurance companies will agree, shall provide that the insurer waives its right of subrogation as to any claims against the Condominium Unit Co-Owners, the Council of Co-Owners, the Managing Agent, the Board of Directors, and their respective agents. The Managing Agent or the Board of Directors shall obtain such insurance for the property against loss or damage by fire and such other hazards under such terms and for such amounts as shall be deemed necessary by the Board of Directors or requested from time to time by a majority of the Co-Owners. Such insurance coverage shall be written on the Carrollsburg Square Condominium and on the respective Condominium Units and shall provide for the insurance proceeds covering any loss to be payable to the Insurance Trustee named, as hereinafter provided, or to its successor, for the benefit of each Co-Owner, and to his mortgagee, for his respective Condominium Unit and for his individual Percentage Interest in the Common Elements and the Limited Common Elements. Premiums for such fire and other hazard insurance and the fee to the Insurance Trustee for its services rendered hereunder shall be Common Expenses. Provisions for such insurance shall be without prejudice to the right of each Co-Owner to insure his own Condominium Unit for his benefit, but such insurance shall not diminish the liability of the insurance carrier with whom contracts of insurance have been made by the Board of Directors or Managing Agent on behalf of all Co-Owners. The Insurance Trustee at the time of the deposit of such policies and endorsements shall first acknowledge that the policies and any proceeds

BL-19

EXHIBIT

2

BOOK    PAGE

12709 668

thereof will be held in accordance with the terms of the Declaration and these By-Laws. All insurance policies shall require written notice of cancellation to the Managing Agent or the Board of Directors and where the same is appropriate to any mortgagee of any Condominium Unit.

B. Separate Insurance

Each Condominium Unit Owner may obtain insurance at his own expense affording coverage upon his personal property and for his personal liability, as may be required by law, but all such insurance shall contain the same waiver of subrogation as that set forth in the preceding paragraph, if the same is available, and must be obtained from an insurance company from which the Council of Co-Owners obtains coverage against the same risk, liability or peril, if the Council of Co-Owners has such coverage.

C. Coverage

1. Casualty: The Carrollsburg Square Condominium shall be insured in an amount equal to the maximum insurable replacement value thereof (exclusive of excavations and foundations) as determined annually by the insurance company affording such coverage. Such coverage shall afford protection against:

a. loss or damage by fire and other hazards covered by the standard extended coverage endorsement;

b. such other risks as from time to time customarily shall be covered with respect to buildings similar in construction, location and use as the Carrollsburg Square Condominium, including but not limited to vandalism, malicious mischief, windstorm and water damage.

2. Public liability and property damage in such amounts and in such forms as shall be required by the Board of Directors which, however, in no event shall be less than $100,000 with respect to any individual and $300,000 with respect to any one accident or occurrence and $50,000 with respect to any claim for property damage.

BL-20

3. Workmen's Compensation policy where necessary to meet the requirements of law.

4. All liability insurance shall contain cross-liability endorsements to cover liabilities of the Council of Co-Owners as a group, and the Board of Directors and Managing Agent to each individual Condominium Unit Co-Owner.

D. Premiums

Premiums upon insurance policies purchased by the Council of Co-Owners shall be paid by the Council of Co-Owners and charged as a Common Expense.

E. Insurance Trustee

The Insurance Trustee shall be designated by the holder or holders of more than 51 percent of the mortgages or deeds of trust encumbering the Condominium Units. Should there be no such mortgage or deed of trust, then the Board of Directors shall have the right to designate the Insurance Trustee, and all parties beneficially interested in such insurance coverage shall be bound thereby.

All insurance policies purchased by the Council of Co-Owners shall be for the benefit of the Council of Co-Owners, each Co-Owner and their mortgagees, as their respective interests may appear, and shall provide that all proceeds payable as a result of casualty losses shall be paid the designated Insurance Trustee with trust powers as may be approved by the Council of Co-Owners. The Insurance Trustee shall not be liable for payment of premiums nor for the renewal of the policies, nor for the sufficiency of coverage, nor for the form or contents of the policies, nor for the failure to collect any insurance proceeds. The sole duty of the Insurance Trustee shall be to receive such proceeds as are paid and to hold the same in trust for the purposes elsewhere stated herein, and for the benefit of the Council

BL-21

of Co-Owners, the Co-Owners and their respective mortgagees, in the following shares, but such shares need not be set forth upon the records of the Insurance Trustee:

    1.  <u>Common Elements</u>:

      Insurance proceeds payable on account of damage to Common Elements shall be applied by the Insurance Trustee to benefit each Co-Owner and his mortgages, if any, in proportion to the Individual Percentage Interest of such Co-Owner.

    2.  <u>Limited Common Elements</u>:

      Insurance proceeds payable on account of damage to Limited Common Elements shall be applied by the Insurance Trustee for the benefit of those Co-Owners directly sharing the benefit of the Limited Common Elements damaged.

    3.  <u>Condominium Units</u>:

      Insurance proceeds on account of damage to Condominium Units shall be held in the following undivided shares:

      a.  Where two-thirds or less of the Condominium Units are damaged or destroyed there shall be compulsory restoration and repair and the insurance proceeds shall be applied for the benefit of the Co-Owners of the affected Condominium Units in proportion to the cost of repairing the damage suffered by each damaged Condominium Unit. Upon the request of the Insurance Trustee, the Council of Co-Owners or the Board of Directors shall certify to the Insurance Trustee the appropriate portions as aforesaid, and each Owner shall be bound by the Insurance Trustee may rely upon such certificate.

      b.  Where more than two-thirds of the Condominium Units are damaged or destroyed or where there is total destruction of all the Condominium Units and where the same are not to be restored, the insurance proceeds shall be payable to all of the Condominium Unit Co-Owners in proportion to their respective Individual Percentage Interests.

BL-22

4. **Mortgagees:**

In the event there is a recorded mortgage on a Condominium Unit, the share of the Co-Owner shall be held in trust for the Mortgagee thereof and the Co-Owner as their interests may appear.

F. **Distribution of Proceeds**

Proceeds of insurance policies received by the Insurance Trustee shall be distributed to or for the benefit of the Co-Owner entitled thereto after first paying or making provision for the payment of the expense of the Insurance Trustee in the following manner:

1. **Reconstruction or Repair:**

If the damage for which the proceeds were paid is to be repaired or reconstructed, the proceeds shall be paid to defray the cost thereof as elsewhere provided. Any proceeds remaining after defraying such costs shall be distributed to the Co-Owner and the mortgagee, if any, entitled thereto; all remittances to Co-Owners and their mortgagees being payable jointly to them. This is a covenant for the benefit of any mortgagee of a Condominium Unit and may be enforced by him.

2. **Failure to Reconstruct or Repair:**

If it is determined in the manner elsewhere provided that the damage for which the proceeds are paid shall not be reconstructed or repaired, the proceeds shall be distributed pro rata to the Co-Owner entitled thereto, after first paying off, out of the respective shares of the Co-Owners, to the extent sufficient for that purpose, all liens, including mortgage liens, on the Unit of each Co-Owner. Remittances to Co-Owners and their mortgagees shall be payable jointly to them. This is a covenant for the benefit of any mortgagee of a Condominium Unit and may be enforced by him.

3. **Certificate:**

In making distribution to Co-Owners and their mortgagees, the Insurance Trustee may rely upon a certificate of the Council of Co-Owners or Board of Directors as

BOOK    PAGE
12703  032

to the names of the Co-Owners and their respective shares
of the distribution.  Upon request of the Insurance Trustee,
the Council of Co-Owners or Board of Directors forthwith
shall deliver such certificate.

G.  Reconstruction or Repair of Casualty Damage

1.  Duty To Reconstruct or Repair:

If any part of the Common Elements or the Condo-
minium Units shall be damaged by casualty, the determination
of whether or not to reconstruct or repair the same shall be
made as follows:

a.  Where there is partial destruction, which shall
be deemed to mean destruction which does not render two-thirds
or more of the Condominium Units untenantable, there shall be
compulsory reconstruction or repair.

b.  Where there is total destruction, which shall
be deemed to mean destruction which does render more than two-
thirds of the Condominium Units untenantable, reconstruction
or repair shall not be compulsory unless at a meeting which
shall be called within ninety (90) days after the occurrence
of the casualty, or, if by such date, the insurance loss has
not been finally adjusted, then within thirty (30) days
thereafter, all of the Co-Owners unanimously vote in favor
of such reconstruction or repair.

c.  Any such reconstruction or repair shall be
substantially in accordance with the original Plans and
Specifications under which the Tiber Island Condominium was
originally constructed.

d.  Encroachments upon or in favor of Condominium
Units which may be created as a result of such reconstruc-
tion or repair shall not constitute a claim or basis at a
proceeding or action by the Co-Owners upon whose property
such encroachment exists, provided that such reconstruction
was substantially in accordance with the Plans and Specifi-
cations under which the Condominium Regime was originally
constructed.  Such encroachments shall be allowed to con-
tinue in existence for so long as the buildings stand.

BL-24

e. Certificate: The Insurance Trustee may rely upon a certificate of the Council of Co-Owners or the Board of Directors certifying as to whether or not the damaged property is to be reconstructed or repaired. The Council of Co-Owners or the Board of Directors, upon request of the Insurance Trustee, shall deliver such certificate as soon as practical.

2. Responsibility:

If the damage is only to those parts of one Condominium Unit for which the responsibility of maintenance and repair is that of the Co-Owner, then the Co-Owner shall be responsible for reconstruction and repair after casualty. In all other instances the responsibility of reconstruction and repair after casualty shall be that of the Council of Co-Owners.

a. Estimate of Costs: Immediately after a casualty causing damage to property for which the Council of Co-Owners has the responsibility of maintenance and repair, the Council of Co-Owners shall obtain reliable and detailed estimates of the cost to place the damaged property in condition as good as that before the casualty. Such costs may include professional fees and premiums for such bonds as the Board of Directors desires.

b. Assessments: If the proceeds of insurance are not sufficient to defray the estimated costs of reconstruction and repair by the Council of Co-Owners (including the aforesaid fees and premiums, if any) assessments shall be made against all the Co-Owners in proportion to their Individual Percentage Interests in sufficient amounts to provide funds to pay the estimated costs. If at any time during reconstruction and repair, or upon completion of reconstruction and repair, the funds for the payment of the costs thereof are insufficient, assessments shall be made against all the Co-Owners in proportion to their Individual Percentage Interests in sufficient amounts to provide funds for the payment of such costs.

c. Construction Funds: The funds for payment of costs of reconstruction and repair after casualty, which shall consist of proceeds of insurance held by the Insurance Trustee

BL-25

and funds collected by the Council of Co-Owners from assessments against Co-Owners, shall be disbursed in payment of such cost in the following manner:

(1) Council of Co-Owners: If the amount of the estimated costs of reconstruction and repair exceeds the total of the annual assessments for Common Expenses made during the year in which the casualty occurred, then the sums paid upon assessments to meet such costs shall be deposited by the Council of Co-Owners with the Insurance Trustee. In all other cases, the Council of Co-Owners shall hold the sums paid upon such assessments and disburse the same in payment of the costs of reconstruction and repair.

(2) Insurance Trustee: The proceeds of insurance collected on account of casualty, and the sums deposited with the Insurance Trustee by the Council of Co-Owners from collections of assessments against Co-Owners on account of such casualty, shall constitute a construction fund which shall be disbursed in payment of the costs of reconstruction and repair in the following manner.

(a) Co-Owner: The portion of insurance proceeds representing damage for which the responsibility of reconstruction and repair lies with the Co-Owner; to such contractors, suppliers and personnel as do the work or supply the materials or services required for such reconstruction or repair, in such amounts and at such times as the Co-Owner may direct, or if there is a mortgagee endorsement, then to such payees as the Co-Owner and the first mortgagee jointly direct. Nothing contained herein, however, shall be construed so as to limit or modify the responsibility of the Co-Owner to make such reconstruction or repair.

(b) Council of Co-Owners - lesser damage: If the amount of the estimated costs of reconstruction and repair is less than the total of the annual assessments for Common Expenses made during the year in which the casualty occurred, then the construction fund shall be disbursed in payment of such costs upon the order of the Council of Co-Owners; provided, however, that upon request of a mortgagee which is a beneficiary of an insurance policy, the proceeds of which are included in the construction fund, such fund shall be disbursed in the manner hereafter provided for the reconstruction and repair of major damage.

BL-26

(c)  Council of Co-Owners - major damage:
If the amount of the estimated costs of reconstruction and
repair of the Condominium Unit or other improvement is more
than the total of the annual assessments for Common Expenses
made during the year in which the casualty occurred, then the
construction fund shall be disbursed in payment of such costs
in the manner required by the Board of Directors of the Council
of Co-Owners and upon approval of an architect qualified to
practice in the District of Columbia and employed by the Coun-
cil of Co-Owners acting through their Board of Directors to
supervise the work.

(d)  Surplus:  It shall be presumed that the
first monies disbursed in payment of costs of reconstruction
and repair shall be from insurance proceeds; and if there is
a balance in a construction fund after payment of all costs
of the reconstruction and repair for which the fund is es-
tablished, such balance shall be distributed jointly to the
Co-Owners and their mortgagees who are the beneficial owners
of the fund.

(e)  When the damage is to both Common
Elements and Condominium Units, the insurance proceeds shall
be applied first to the costs of repairing the Common Elements
and the balance to the Condominium Units in the shares above
stated.

d.  Insurance Adjustments:  Each Co-Owner shall
be deemed to have delegated to the Board of Directors his
right to adjust with insurance companies all losses under
policies purchased by the Council of Co-Owners except in any
case where the damage is restricted to one Condominium Unit,
subject to the rights of mortgagees of such Co-Owners.

BL-27

additional assessment against the Unit Owners in proportion to the percentage interest in their Units, payable into such reserve fund in a lump sum or in installments as the Board of Directors may determine. The Board of Directors shall give notice of any such further assessment on the Unit Owners by a statement in writing giving the amount and reasons therefor, and such additional assessments shall become due and payable, unless otherwise specified in the notice, with the next monthly assessment payment which is due more than ten (10) days after the delivery or mailing of such notice of additional assessment. All Unit Owners shall be obligated to pay the adjusted monthly amount or, if the additional assessment is not payable in installments, the amount of such assessment.

The proportionate interest of any Unit Owner in any reserve fund shall be considered an appurtenance of his or her Unit and shall not be separately withdrawn, assigned or transferred or otherwise separated from the Unit to which it is appurtenant, and shall be deemed to be transferred with such Unit.

<u>ARTICLE VI</u>.

<u>INSURANCE</u>

A.   <u>Insurance Obtained by the Association</u>

The Association shall obtain and maintain, to the extent reasonably available:

1.   Property insurance on the Common Elements and the Units, exclusive of improvements and betterments installed in the Units by the Unit owners, insuring against those risks of direct physical loss commonly insured against, in an amount equal to 100% of the replacement cost of the insured property.

2.   Liability insurance, including medical payments insurance, in an amount determined by the Board of Directors, but not less than $1,000,000, that covers all occurrences commonly insured against for death, bodily injury, or property damage arising out of or in connection with the use, ownership, or maintenance of the Common Elements.

3.   Any other insurance that the Board of Directors deems appropriate to protect the Association or the Unit Owners.

B.   <u>Notice to Unit Owners</u>

21

EXHIBIT

3

If the insurance described in Section A of this Article is not reasonably available, the Association shall promptly cause notice of the unavailability of insurance to be hand-delivered or sent prepaid by the United States mail to all of the Unit Owners.

C.    Insurance Terms

An insurance policy carried pursuant to Section A of this Article shall provide that:

1.    A Unit Owner is an insured person under the policy with respect to liability that arises out of the Unit Owner's interest in the Common Elements or membership in the Association; and

2.    The insurer waives the insurer's right to subrogation under the policy against any Unit owner or member of the Unit Owner's household; and

3.    An act or omission by the Unit Owner, unless acting within the scope of his or her authority on behalf of the Association, shall not void the policy or be a condition to recover under the policy; and

4.    If at the time of loss under the policy, there is other insurance in the name of the Unit Owner that covers the same risk covered by the policy, the Association's policy shall provide primary insurance; and

5.    If the Association brings suit against a Unit Owner, or vice versa, with respect to any loss, the insurer shall provide for the defense of the defendant.

D.    Insurance Protections

1.    Any loss covered by the property insurance under Section A.1 of this Article shall be adjusted with the Association, but the insurance proceeds for the loss shall be payable to the insurance trustee designated to receive payments or otherwise to the Association, and not to any mortgagee or beneficiary under a deed of trust.  The insurance trustee or the Association shall hold any insurance proceeds in trust for the Unit Owners or lienholders as the Unit Owners' or lienholders' interests may appear.  Subject to the provisions of Section E of this Article, the proceeds shall be disbursed first for the repair or restoration of the damaged property.  A Unit Owner or lienholder shall not be entitled to receive any portion of the proceeds unless there is a surplus of proceeds after the property has been completely repaired or restored or the Condominium is terminated.  The Board of Directors

22

shall have the right to act as insurance trustee, and all parties beneficially interested in such insurance coverage shall be bound thereby. The sole duty and responsibility of the insurance trustee shall be to receive the insurance proceeds as are paid and to hold and distribute the same for the purposes stated in these Bylaws.

2. An insurance policy issued to the Association shall not prevent a Unit Owner from obtaining insurance for his or her own benefit.

3. An insurer that has issued an insurance policy under this Article shall issue certificates of insurance to the Association and, upon written request, to any Owner, mortgagee, or beneficiary under a deed of trust. The insurer that issues the policy may not cancel or refuse to renew the policy until 30 days after notice of the proposed cancellation or nonrenewal has been mailed to the Association, any Unit Owner, and any mortgagee or beneficiary under the deed of trust to whom a certificate of insurance has been issued at their respective last known addresses.

E. Reconstruction and Repair

1. Any portion of the Condominium for which insurance is required under this Article that is damaged or destroyed shall be repaired or replaced promptly by the Association unless the Condominium is terminated, repair or replacement would be illegal under any health or safety statute, rule or regulation, or 80% of the Unit Owners, including every Owner of a Unit or assigned Limited Common Element which will not be rebuilt, vote not to rebuild. The cost of repair or replacement in excess of insurance proceeds shall be a Common Expense.

2. If the entire Condominium is not repaired, the insurance proceeds attributable to the damaged Common Elements shall be used to restore the damaged area to a condition compatible with the remainder of the Condominium. The insurance proceeds attributable to the Units and Limited Common Elements that are not rebuilt shall be distributed to the Owners of those Units and the Owners of the Units to which those Limited Common Elements appertained, or to lienholders, as their interests may appear. The remainder of the proceeds shall be distributed to all of the Unit Owners or lienholders, as their interests may appear, in proportion to the interests in the Common Elements appertaining to all of the Units.

3. If the Unit Owners vote not to rebuild any Unit, that Unit's allocated interests shall be automatically reallocated upon the vote as if the Unit had been condemned under Section 45-1806 of the Act, and the Association shall promptly prepare, execute, and

record an amendment to the Condominium Instruments reflecting the reallocations.   Notwithstanding the provisions of this Article, Section 45-1838 of the Condominium Act shall govern the distribution of insurance proceeds if the Condominium is terminated.

F.   Individual Insurance

Each Condominium Unit Owner is encouraged to obtain insurance at his or her own expense to cover his or her personal belongings, unit, improvements and betterments, personal liability exposures, additional living expenses, and the Association's property insurance deductible amounts that he or she may be responsible for under Section G of this Article.   Tenants are also encouraged to obtain the necessary insurance for their protection, including liability and property coverage.   No Unit Owner shall maintain insurance coverage which will tend to decrease the amount which the Association may realize under any insurance policy which it may have in force at any particular time.   The Board of Directors may require that each Unit Owner shall file with the Managing Agent a copy of each individual policy of insurance purchased by the Unit Owner within thirty (30) days after its purchase; and the Board of Directors may also require that each Unit Owner shall notify the Board of Directors of all improvements made to his or her Unit having a value in excess of One Thousand Dollars ($1,000.00).

G.   Premiums and Deductibles

1.   Premiums upon insurance policies purchased by the Association shall be paid by the Association and charged as a Common Expense.

2.   The Association shall pay the deductible for loss or damage in which the event causing loss or damage initially occurred in or to the Common Elements.   The Association shall not pay the deductible for loss or damage arising from an event which initially occurred in or to a Unit.   In such case, the Unit Owner shall be responsible for the deductible.

3.   The Association's property insurance deductible is not a cost of repair or replacement in excess of insurance proceeds, but rather an expense that is obligated before insurance proceeds are received.

4.   The Managing Agent, as provided by the Board of Directors' Resolution, shall determine where the event initially occurred that caused the loss or damage, and who is responsible for the deductible.   If a Unit Owner disagrees with the Managing Agent's

24

decision, the Unit Owner may appeal the matter to the Board of Directors.

H.   The Condominium Act and Insurance

If there is a conflict between the insurance provisions in these Bylaws and the provisions in the Condominium Act, as amended from time to time, the provisions in the Act shall control.

ARTICLE VII.

OBLIGATIONS OF THE OWNERS

A.   Assessments

All Owners are obligated to pay the installments on their contribution to the Common Expenses and assessments imposed by the Association.

B.   Maintenance and Repair

Every Owner shall promptly perform all maintenance and repair work required to be performed by him or her in the Declaration, these By-Laws and the Condominium Act.

C.   Use Restrictions

In order to provide for a for a community of congenial residents and to provide for the protection of the value of the Condominium Units, the use of Carrollsburg Square Condominium and the sale, lease, rental and transfer of any Condominium Unit by any Owner, shall be subject to the following provisions:

1.   Restrictions

a.   No Unit Owner or other resident of the Condominium shall post any advertisements or posters of any kind in or on the Condominium except as authorized by the Board or as provided by Rules and Regulations of the Association.

b.   All Units shall be used only for private residential purposes and such other uses as may be permitted by the zoning regulations of the District of Columbia.  No activity shall be conducted or maintained in any Unit or upon any of the Common Elements which is not in conformity with the zoning regulations of the District of Columbia.

25