UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRACE DAUGHTRIDGE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0628 (PLF) |
| ) | |
| CARROLLSBURG SQUARE CONDOMINIUM ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This case was removed to this Court from the Superior Court of the District of Columbia on April 2, 2007 by defendant The Travelers Indemnity Company of America ("Travelers"). On April 20, 2007, plaintiffs filed a motion to remand this case to the Superior Court. Defendant Travelers has filed an opposition to plaintiffs' motion. Defendant Carrollsburg Square Condominium Assocation filed its answer to plaintiffs' complaint on May 15, 2007, but has not filed a brief stating its position with respect to the pending motion for remand. Accordingly, it is hereby

ORDERED that on or before June 15, 2007, defendant Carrollsburg Square Condominium Assocation shall file a brief setting forth its position with respect to the pending motion for remand and any legal authority or arguments that the Court should consider with respect to that motion.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: June 4, 2007                                    United States District Judge